**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS,<br>UNITED STATES HOUSE OF REPRESENTATIVES,<br>1102 Longworth House Office Building<br>Washington, D.C. 20515,<br><br>                                    *Plaintiff*,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF<br>THE TREASURY,<br>1500 Pennsylvania Avenue N.W.<br>Washington, D.C. 20220, *et al.*,<br><br>                                    *Defendants*. | Case No. 1:19-cv-1974 |

# Exhibit J



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

COMMISSIONER

May 6, 2019

The Honorable Richard E. Neal
Chairman
Committee on Ways and Means
U.S. House of Representatives
Washington, DC 20515

Dear Chairman Neal:

In further response to your letter dated April 3, 2019, I concur with the letter sent to you today by Secretary Mnuchin and the conclusion reached in that letter.

If I can be of further assistance, please contact me, or a member of your staff can contact Leonard Oursler, Director, Legislative Affairs, at 202-317-6985.

Very truly yours,

Charles P. Rettig