AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-1974

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jessie K. Liu
was received by me on *(date)*  July 8, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the summons on Tammy Dawkins, Paralegal, who represented that she was authorized to accept service of process on behalf of the U.S. Attorney's Office for the District of Columbia, on July 8, 2019, and she provided the attached stamped first page of the complaint as a receipt.

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: July 8, 2019

*Lily Hsu* (signature)
*Server's signature*

Lily Hsu, Law Clerk
*Printed name and title*

Office of General Counsel, U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON WAYS AND MEANS,
UNITED STATES HOUSE OF REPRESENTATIVES,
1102 Longworth House Office Building
Washington, D.C. 20515,

           *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
THE TREASURY,
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220,

INTERNAL REVENUE SERVICE,
1111 Constitution Avenue, N.W.
Washington, D.C. 20224,

STEVEN T. MNUCHIN,
in his official capacity as Secretary of the
United States Department of the Treasury,
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220,

CHARLES P. RETTIG,
in his official capacity as Commissioner of the
Internal Revenue Service,
1111 Constitution Avenue, N.W.
Washington, D.C. 20224,

           *Defendants*.

Case No. 1:19-cv-1974

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**INTRODUCTION**

1.    The Committee on Ways and Means of the United States House of Representatives (Ways and Means or Committee) brings this action against Defendants United

