AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Committee on Ways and Means,<br>United States House of Representatives<br><br>*Plaintiff(s)*<br>v.<br>United States Department of the Treasury, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-1974<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Barr
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas N. Letter
General Counsel
Office of General Counsel, U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C.  20515

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 07/08/2019                                              /s/ Simone Bledsoe
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-1974

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    William Barr

was received by me on *(date)*    July 8, 2019    .

☐ I personally served the summons on the individual at *(place)* _____
     on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to Fed. R. Civ. P 4(i)(1)(B), I mailed via the U.S. Postal Service, via certified mail, a copy of the Summons and Complaint to Attorney General William Barr, which was delivered on July 10, 2019.

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    July 15, 2019

*Server's signature*

Lily Hsu, Law Clerk
*Printed name and title*

Office of General Counsel, U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
*Server's address*

Additional information regarding attempted service, etc:



```
=====================================
           LONGWORTH
    15 INDEPENDENCE AVE SE RM B202
           WASHINGTON, DC
              20515-9992
              1050091422

07/08/2019    (800)275-8777    11:30 AM
=====================================
=====================================
Product                Sale        Final
Description            Qty         Price

PM 1-Day                1          $7.35
   (Domestic)
   (WASHINGTON, DC  20224)
   (Weight:0 Lb 15.20 Oz)
   (Expected Delivery Day)
   (Tuesday 07/09/2019)
Certified               1          $3.50
   (@@USPS Certified Mail #)
   (70151730000032922921)
PM 1-Day                1          $7.35
   (Domestic)
   (WASHINGTON, DC  20220)
   (Weight:0 Lb 15.10 Oz)
   (Expected Delivery Day)
   (Tuesday 07/09/2019)
Certified               1          $3.50
   (@@USPS Certified Mail #)
   (70151730000032922914)
PM 1-Day                1          $7.35
   (Domestic)
   (WASHINGTON, DC  20224)
   (Weight:0 Lb 15.20 Oz)
   (Expected Delivery Day)
   (Tuesday 07/09/2019)
Certified               1          $3.50
   (@@USPS Certified Mail #)
   (70151730000032922891)
PM 1-Day                1          $7.35
   (Domestic)
   (WASHINGTON, DC  20530)
   (Weight:0 Lb 15.10 Oz)
   (Expected Delivery Day)
   (Tuesday 07/09/2019)
Certified               1          $3.50
   (@@USPS Certified Mail #)
   (70142120000190230576)
PM 1-Day                1          $7.35
   (Domestic)
   (WASHINGTON, DC  20220)
   (Weight:0 Lb 15.10 Oz)
   (Expected Delivery Day)
   (Tuesday 07/09/2019)
Certified               1          $3.50
   (@@USPS Certified Mail #)
   (70151730000032909519)

Total                              $54.25

Credit Card Remitd                 $54.25
   (Card Name:VISA)
   (Account #:XXXXXXXXXXXX2464)
   (Approval #:039771)
   (Transaction #:301)
   (AID:A0000000031010       Chip)
   (AL:Visa Credit)
   (PIN:Not Required    CITI VISA)
```

TROPICAL STORM THREATENS GULF COAST. SEE IMPACTS TO USPS OPERATIONS IN YOUR ...

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70142120000190230576

Remove ✕

Your item was delivered at 5:44 am on July 10, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

July 10, 2019 at 5:44 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)