AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Committee on Ways and Means, United States House of Representatives <br><br> *Plaintiff(s)* <br><br> v. <br><br> United States Department of the Treasury, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-1974 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles P. Rettig
Commissioner of the Internal Revenue Service
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas N. Letter
General Counsel
Office of General Counsel, U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 07/08/2019                          /s/ Simone Bledsoe
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-1974

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Charles P. Rettig
was received by me on *(date)* July 8, 2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to Fed. R. Civ. P 4(i)(1)(B), I mailed via the U.S. Postal Service, via certified mail, a copy of the Summons and Complaint to Commissioner Rettig, which was delivered on July 9, 2019.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 15, 2019

*Lily Hsu*
*Server's signature*

Lily Hsu, Law Clerk
*Printed name and title*

Office of General Counsel, U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20224

OFFICIAL USE

Certified Mail Fee  $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $____
☐ Return Receipt (electronic)    $____
☐ Certified Mail Restricted Delivery $____
☐ Adult Signature Required       $____
☐ Adult Signature Restricted Delivery $____

Postage  $7.35

Total Postage and Fees  $10.85

Sent To: Charles P. Rettig, Commissioner of the IRS
Street and Apt. No., or PO Box No.: 1111 Constitution Ave., NW
City, State, ZIP+4: Washington, DC 20224

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 1730 0000 3292 2921

Postmark: JUL 8 2019

---

```
============================================
              LONGWORTH
    15 INDEPENDENCE AVE SE RM B202
            WASHINGTON, DC
               20515-9992
               1050091422

07/08/2019    (800)275-8777    11:30 AM
============================================
============================================
Product                Sale          Final
Description            Qty           Price
--------------------------------------------
PM 1-Day                 1           $7.35
   (Domestic)
   (WASHINGTON, DC  20224)
   (Weight:0 Lb 15.20 Oz)
   (Expected Delivery Day)
   (Tuesday 07/09/2019)
Certified                1           $3.50
   (@@USPS Certified Mail #)
   (70151730000032922921)
PM 1-Day                 1           $7.35
   (Domestic)
   (WASHINGTON, DC  20220)
   (Weight:0 Lb 15.10 Oz)
   (Expected Delivery Day)
   (Tuesday 07/09/2019)
Certified                1           $3.50
   (@@USPS Certified Mail #)
   (70151730000032922914)
PM 1-Day                 1           $7.35
   (Domestic)
   (WASHINGTON, DC  20224)
   (Weight:0 Lb 15.20 Oz)
   (Expected Delivery Day)
   (Tuesday 07/09/2019)
Certified                1           $3.50
   (@@USPS Certified Mail #)
   (70151730000032922891)
PM 1-Day                 1           $7.35
   (Domestic)
   (WASHINGTON, DC  20530)
   (Weight:0 Lb 15.10 Oz)
   (Expected Delivery Day)
   (Tuesday 07/09/2019)
Certified                1           $3.50
   (@@USPS Certified Mail #)
   (70142120000190230576)
PM 1-Day                 1           $7.35
   (Domestic)
   (WASHINGTON, DC  20220)
   (Weight:0 Lb 15.10 Oz)
   (Expected Delivery Day)
   (Tuesday 07/09/2019)
Certified                1           $3.50
   (@@USPS Certified Mail #)
   (70151730000032909519)
--------------------------------------------
Total                              $54.25
--------------------------------------------
Credit Card Remitd                 $54.25
   (Card Name:VISA)
   (Account #:XXXXXXXXXXXX2464)
   (Approval #:039771)
   (Transaction #:301)
   (AID:A0000000031010          Chip)
   (AL:Visa Credit)
   (PIN:Not Required        CITI VISA)
```

TROPICAL STORM THREATENS GULF COAST. SEE IMPACTS TO USPS OPERATIONS IN YOUR ...

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

Tracking Number: 70151730000032922921

Remove ✕

**Expected Delivery on**

**TUESDAY**

**9** JULY 2019 ⓘ

by **8:00pm** ⓘ

Feedback

## ✓ Delivered

July 9, 2019 at 11:08 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20224

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∨

---

**Product Information** ∨

---

See Less ∧

Can't find what you're looking for?