Duane Morley Cox, Pro Se
1199 Cliffside Dr.
Logan, Utah 84321
Ph: (801) 755-3578

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

| | |
|---|---|
| Committee On Ways And Means United States House Of Representatives 1102 Longworth House Office Building Washington D.C. 20515 | Civil Action No. 1:19-cv-1974 |
| Plaintiff | |
| | Notice Of Appearance |
| United States Department Of The Treasury et. al. 1500 Pennsylvania Avenue, N.W. Washington D.C. 20220 | |
| Defendants | |

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Now Comes** Duane Morley Cox, Pro Se, as Intervenor, providing his Notice Of Appearance in the above matter.

_____
Duane Morley Cox, Pro Se

8 July 2019
Date

RECEIVED
Mail Room
JUL 11 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Certificate Of Service

I, Duane Morley Cox, do hereby swear that on _8_ July 2019, that I provided a true and correct copy of the attached Notice Of Appearance to the below listed parties by first class mail, postage prepaid.

Clerks Office (Original)
U.S. District Court
District of Columbia
Room 1225
333 Constitution Avenue N.W.
Washington D.C. 20001

Office Of General Counsel
U.S. House of Representatives
291 Cannon House Office Building
Washington D.C. 20515

United States Department Of The Treasury
1500 Pennsylvania Avenue, N.W.
Washington D.C. 20224

Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington D.C. 20224

Steven T. Mnuchin
In his Official Capacity As
Secretary Of The U.S. Dept. Of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington D.C. 20220

Charles P. Rettig
In His Official Capacity As
Commissioner Of The Internal Revenue
1111 Constitution Avenue N.W.
Washington D.C. 20220

_____                                        8 July 2019
Duane Morley Cox, Pro Se                                                        Date