IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Committee On Ways And Means<br>United States House Of Representatives<br>1102 Longworth House Office Building<br>Washington D.C. 20515 | + | Civil Action No. 1:19-cv-1974 TNM |
| Plaintiff | + | |
| | + | Order |
| United States Department Of The<br>Treasury et. al.<br>1500 Pennsylvania Avenue, N.W.<br>Washington D.C. 20220 | + | |
| Defendants | + | |

Upon consideration of the Motion of pro-se movant Duane Morley Cox to Intervene as a Defendant, and lodged Answer In Intervention,

**ORDERED**, that the motion be granted. The Clerk is directed to file the lodged Answer In Intervention.

For The Court:



RECEIVED
Mail Room

JUL 11 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia