AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Comm. on Ways and Means | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:19-cv-1974-TNM |
| U.S. Dep't of Treasury, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor-Defendants Donald J. Trump, et al.                                    .

Date:    07/17/2019

/s/ William S. Consovoy
*Attorney's signature*

William S. Consovoy (#493423)
*Printed name and bar number*

Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

*Address*

will@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*