IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury; and CHARLES L. RETTIG, in his official capacity as Commissioner of the Internal Revenue Service,<br><br>*Defendants*. | Case No. 1:19-cv-1974-TNM |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO INTERVENE

The unopposed motion to intervene filed by Proposed Intervenor-Defendants Donald J. Trump, The Donald J. Trump Revocable Trust, DJT Holdings LLC, DJT Holdings Managing Member LLC, DTTM Operations LLC, DTTM Operations Managing Member Corp, LFB Acquisition Member Corp., LFB Acquisition LLC, and Lamington Farm Club, LLC d/b/a Trump National Golf Club-Bedminster is **GRANTED**.

Dated: _____ _____

Judge Trevor N. McFadden
UNITED STATES DISTRICT COURT JUDGE