# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,

    *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; STEVEN T. MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury; and CHARLES L. RETTIG, in his official capacity as Commissioner of the Internal Revenue Service,

    *Defendants*,

DONALD J. TRUMP, THE DONALD J. TRUMP REVOCABLE TRUST, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, DTTM OPERATIONS LLC, DTTM OPERATIONS MANAGING MEMBER CORP., LFB ACQUISITION MEMBER CORP., LFB ACQUISITION LLC, and LAMINGTON FARM CLUB, LLC d/b/a Trump National Golf Club-Bedminster,

    *Intervenor-Defendants*,

Case No. 1:19-cv-1974-TNM

## **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for the corporate intervenor-defendants (DJT Holdings LLC, DJT Holdings Managing Member LLC, DTTM Operations LLC, DTTM Operations Managing Member Corp., LFB Acquisition Member Corp., LFB Acquisition LLC, and Lamington Farm Club, LLC d/b/a Trump National Golf Club-Bedminster), certify that to the best of my knowledge

and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of the corporate intervenor-defendants which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: July 18, 2019                               /s/ William S. Consovoy

                                                William S. Consovoy (#493423)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423

*Attorney of Record for Proposed Intervenor-Defendants Donald J. Trump, The Donald J. Trump Revocable Trust, DJT Holdings LLC, DJT Holdings Managing Member LLC, DTTM Operations LLC, DTTM Operations Managing Member Corp, LFB Acquisition Member Corp., LFB Acquisition LLC, and Lamington Farm Club, LLC d/b/a Trump National Golf Club-Bedminster*