UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, U.S. HOUSE OF REPRESENTATIVES,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-01974 (TNM) |

## ORDER

The Court has considered the Unopposed Motion to Intervene filed by Donald J. Trump, The Donald J. Trump Revocable Trust, DJT Holdings LLC, DJT Holdings Managing Member LLC, DTTM Operations LLC, DTTM Operations Managing Member Corp, LFB Acquisition Member Corp., LFB Acquisition LLC, and Lamington Farm Club, LLC d/b/a Trump National Golf Club-Bedminster.  ECF No. 12.  It is hereby

ORDERED that the motion is granted.  The Clerk of Court shall add the movants as Intervenor-Defendants to the case.  It is further

ORDERED that the Intervenor-Defendants shall strictly abide by the Court's Standing Order, ECF No. 2.  It is further

ORDERED that, before filing any motion or responsive brief, the Defendant-Intervenors shall meet and confer with the Defendants to determine whether their position may be set forth in a consolidated manner.  Any separate filings by the Intervenor-Defendants shall include a certificate of compliance with this requirement and shall briefly describe the need for separate filings.

　　　**SO ORDERED**.

Dated: July 18, 2019

TREVOR N. McFADDEN
United States District Judge