**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:19-cv-1974 (TNM) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, ) ) ) | |
| Defendants. ) ) | |

**[PROPOSED] ORDER**

The Motion to Intervene filed by Duane Morley Cox, *see* ECF No. 10, is hereby DENIED.

Dated: _____     _____
                                           HON. TREVOR N. MCFADDEN
                                           UNITED STATES DISTRICT JUDGE