IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:19-cv-1974 (TNM)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rules 83.2(e) and 83.6(a), SERENA M. ORLOFF hereby enters her appearance in the above-captioned matter as counsel of record for Defendants United States Department of the Treasury; Internal Revenue Service; Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury; and Charles P. Rettig, in his official capacity as Commissioner of the Internal Revenue Service. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated: July 25, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JAMES J. GILLIGAN
Acting Director

ELIZABETH J. SHAPIRO
Deputy Director

JOSHUA E. GARDNER
Special Counsel

/s/ *Serena M. Orloff*
CRISTEN C. HANDLEY (MO Bar No. 69114)
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 305-0167
Fax: (202) 305-8470
Email: Serena.M.Orloff@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel of record by the Electronic Case Filing System on July 25, 2019. In addition, the following individual is being served by first-class mail:

>Duane Morley Cox
>1199 Cliffside Dr.
>Logan, UT 84321

>*/s/ Serena Orloff*
>SERENA ORLOFF