IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:19-cv-1974 (TNM)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rules 83.2(e) and 83.6(a), CRISTEN C. HANDLEY hereby enters her appearance in the above-captioned matter as counsel of record for Defendants United States Department of the Treasury; Internal Revenue Service; Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury; and Charles P. Rettig, in his official capacity as Commissioner of the Internal Revenue Service.  Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated: July 25, 2019                              Respectfully submitted,

                                                         JOSEPH H. HUNT
                                                         Assistant Attorney General

                                                         JAMES M. BURNHAM
                                                         Deputy Assistant Attorney General

                                                         JAMES J. GILLIGAN
                                                         Acting Director

ELIZABETH J. SHAPIRO
Deputy Director

JOSHUA E. GARDNER
Special Counsel

/s/ *Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar No. 69114)
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 305-8648
Fax: (202) 305-2677
Email: cristen.handley@usdoj.gov

*Attorneys for Defendants*