IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS,<br>UNITED STATES HOUSE OF REPRESENTATIVES,<br>1102 Longworth House Office Building<br>Washington, D.C. 20515,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>THE TREASURY,<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220,<br><br>INTERNAL REVENUE SERVICE,<br>1111 Constitution Avenue, N.W.<br>Washington, D.C. 20224,<br><br>STEVEN T. MNUCHIN,<br>in his official capacity as Secretary of the<br>United States Department of the Treasury,<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20220,<br><br>CHARLES P. RETTIG,<br>in his official capacity as Commissioner of the<br>Internal Revenue Service,<br>1111 Constitution Avenue, N.W.<br>Washington, D.C. 20224,<br><br>*Defendants*. | Case No. 1:19-cv-1974 |

## NOTICE OF APPEARANCE

I, Megan Barbero, hereby enter my appearance as counsel in the above-captioned case for the Committee on Ways and Means of the United States House of Representatives. Please send all future notices in this matter to me.

                                                          Respectfully submitted,

                                                          */s/ Megan Barbero*
                                                          MEGAN BARBERO (MA Bar No. 668854)
                                                          *Associate General Counsel*

                                                          OFFICE OF GENERAL COUNSEL[*]
                                                          U.S. HOUSE OF REPRESENTATIVES
                                                          219 Cannon House Office Building
                                                          Washington, D.C. 20515
                                                          Telephone: (202) 225-9700

                                                          *Counsel for Plaintiff the Committee on Ways and*
                                                               *Means, U.S. House of Representatives*

August 9, 2019

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

> _/s/ Megan Barbero_
> Megan Barbero