Duane Morley Cox, Pro Se
1199 Cliffside Dr.
Logan, Utah 84321
Ph: (801) 755-3578

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Committee On Ways And Means<br>United States House Of Representatives<br>1102 Longworth House Office Building<br>Washington D.C. 20515<br><br>　　　　Plaintiff<br><br>United States Department Of The<br>Treasury et. al.<br>1500 Pennsylvania Avenue, N.W.<br>Washington D.C. 20220<br><br>　　　　Defendants | Civil Action No. 1:19-cv-1974 (TNM)<br><br><br><br><br>Notice To Submit For Decision<br>On<br>Duane Morley Cox's Motion To<br>Intervene. |

Judge Trevor N McFadden

Mr. Cox properly and timely filed his Motion To Intervene, Defendant Attorneys For The Department of Justice timely filed their Opposition there-to, Mr. Cox promptly and timely filed his Reply there-to and his subsequent Amendment to his Reply. Therefore, all pleadings having been submitted, Movant now gives Notice To Submit For Decision.

_Duane Morley Cox_　　　　　　　　　　　　　　3 August 2019
Duane Morley Cox, Pro Se　　　　　　　　　　　Date



RECEIVED
Mail Room

AUG - 6 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## Certificate Of Service

I, Duane Morley Cox, do hereby swear that on 3 August 2019, that I did serve a true and correct copy of the attached Notice To Submit For Decision to the below listed parties by first class mail, postage prepaid.

Clerk's Office (Original)
U.S. District Court
District of Columbia
Room 1225
333 Constitution Avenue, NW
Washington D.C. 20001

Office Of General Counsel
U.S. House of Representatives
291 Cannon House Office Building
Washington, D.C. 20515

Steven A. Myers et., al.
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

William S. Consovoy, et. al.
Consovoy McCarthy Park PLLC
3033 Wilson Blvd., Ste 700
Arlington, Va. 22201

_____
Duane Morley Cox, Pro Se

3 August 2019
Date