IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY et al.,<br><br>*Defendants*. | Case No. 19-cv-01974-TNM |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion for Leave to Exceed Page Limit, it is hereby

ORDERED that Plaintiff's motion is granted and it is

FURTHER ORDERED that Plaintiff's forthcoming Memorandum of Law in support of its Motion for Summary Judgment may be up to 55 pages in length.

Dated: _____     _____
                                              TREVOR N. McFADDEN
                                              United States District Judge