## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON WAYS AND MEANS,
UNITED STATES HOUSE OF
REPRESENTATIVES,

*Plaintiff*,

vs.

UNITED STATES DEPARTMENT OF THE
TREASURY, *et al.*,

*Defendants*.

**ORAL ARGUMENT REQUESTED**

Case No. 1:19-cv-01974-TNM

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7, Plaintiff Committee on Ways and Means of the United States House of Representatives moves for summary judgment on all claims stated in the Complaint.  There are no genuine issues of material fact and, for all the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, the Committee is entitled to judgment as a matter of law.  A proposed order is submitted herewith.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492),
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008),
   *Deputy General Counsel*
Megan Barbero (MA Bar No. 668854),
   *Associate General Counsel*
Josephine Morse (D.C. Bar No. 1531317),
   *Associate General Counsel*
Brooks M. Hanner (D.C. Bar No. 1005346),
   *Assistant General Counsel*
Sarah E. Clouse (MA Bar No. 688187)
   *Attorney*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Ways and*
*Means, U.S. House of Representatives*

August 20, 2019

2