**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>     *Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>     *Defendants*. | Case No. 1:19-cv-01974-TNM |

# Exhibit M

(/)

 (http://twitter.com/WaysMeansCmte)  (http://www.facebook.com/waysandmeanscommitteedems)  (http://www.youtube.com/user/waysandmeansdems)

# NEAL ISSUES SUBPOENAS TO TREASURY SECRETARY AND IRS COMMISSIONER

May 10, 2019 | Press Release

**WASHINGTON, DC –** Today, Ways & Means Committee Chairman Richard E. Neal (D-MA) released the following statement after issuing subpoenas to Department of Treasury Secretary Steven Mnuchin (/sites/democrats.waysandmeans.house.gov/files/documents/WM%20Letter%20Mnuchin%205.10.19.pdf) and Internal Revenue Service (IRS) Commissioner Charles Rettig (/sites/democrats.waysandmeans.house.gov/files/documents/WM%20Letter%20Rettig%205.10.19.pdf) for six years of the President's personal and business tax returns:

"Last month, the Ways and Means Committee began an investigation into the mandatory audit program at the IRS in an effort to assess the extent to which the IRS audits and enforces the federal tax laws against a sitting President and to determine if those audits need to be codified into federal law. As part of that inquiry, on April 3, I requested six years of the President's personal and business tax returns, pursuant to my authority under section 6103(f) of the IRS Code. I believed then, as I do now, that reviewing the requested documents is a necessary piece of the committee's work.

"Unfortunately, the Treasury Department and the IRS have denied my reasonable request. Despite the agency's denial, we on the Ways and Means Committee are still moving forward with our inquiry. After reviewing the options available to me, and upon the advice of counsel, I issued subpoenas today to the Secretary of the Treasury and the Commissioner of the IRS for six years of personal and business returns. While I do not take this step lightly, I believe this action gives us the best opportunity to succeed and obtain the requested material. I sincerely hope that the Treasury Department will furnish the requested material in the next week so the committee can quickly begin its work."

###