IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      *Plaintiff*,<br><br> vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>      *Defendants*. | Case No. 1:19-cv-01974-TNM |

# Exhibit Q



