IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>　　　　　　　　　*Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>　　　　　　　　　*Defendants*. | Case No. 1:19-cv-01974-TNM |

# Exhibit X

**The New York Times**

WEALTH MATTERS

# How Loopholes Help Trump and Other Real Estate Moguls Avoid Taxes

By Paul Sullivan

May 10, 2019

Donald Trump reported more than $1 billion in real estate losses on his tax returns from 1985 to 1994, The New York Times revealed this week. Those losses allowed him to avoid paying any income tax for eight of the 10 years that were reviewed.

The Times investigation offered a detailed portrait of Mr. Trump's financial failures over a decade. It also showed the extent of the special treatment the tax code allows for real estate investments.

A portion of Mr. Trump's losses were related to depreciation, a tax strategy that he, and others in commercial real estate, can use to write down the cost of their buildings over a number of years.

Depreciation is just the start for real estate moguls.

Favorable treatment for commercial real estate occurs at multiple levels, including income and property taxes as well as more complicated structures that allow savvy families to pass real estate worth hundreds of millions to heirs tax-free. There are myriad benefits, all legal, created specifically for commercial real estate.

In the 2017 tax overhaul, the deductions for real estate taxes and mortgage interest on a home were severely curtailed. Not so for commercial real estate. The taxes a property incurs are fully deductible as a business expense.

The overhaul also allowed real estate companies to take a special deduction for qualified business income meant as an incentive for companies with a large number of employees. During the tax bill's negotiations in Congress, an exemption was added for real estate. Instead of considering employees for the deduction, real estate companies could use a different calculation based on their assets.

That favorable treatment comes on top of existing tax breaks. The biggest additional benefits are depreciation and a tax structure called a like-kind exchange, also known as a 1031 exchange. Both are billed as tax-deferral strategies, but in many cases, those taxes are never paid.

The concept of depreciation refers to the loss of value of everything in a real estate investment, from the furniture in the lobby to the building itself. The rate at which these assets depreciate varies. For personal effects, like couches and dishwashers, their value hits zero after five to seven years.

For buildings, the useful life is determined by what kind of property it is. It's 27.5 years for multifamily residential buildings and 39 years for commercial property, like an industrial park. At the end of that time, the building would be worth zero, from a tax perspective, and the owner would have received the loss of that value in increments year after year.

Mr. Trump proclaimed in a 2016 presidential debate: "I love depreciation." And that phrase could be a motto for real estate investors in general.

When a property is sold, the seller would in theory owe tax on the difference between the depreciated value and the sale price. This is known as depreciation recapture, and it's the point where the deferred taxes are supposed to be paid.

Some real estate investors see a benefit in selling a property and paying the tax on the gain.

Timothy Wallen, chief executive of MLG Capital, a series of real estate funds that manage $1.73 billion in 95 commercial real estate buildings, said selling buildings and paying taxes allowed them to make new investments that would generate higher returns.

"Our belief is, we can buy more stuff and offset any tax burdens," he said. "There's an opportunity cost to buy and hold."

Other times, though, the seller — particularly when it is an individual or a family, and not a fund investing other people's money — can put the property into a like-kind exchange.

This tax structure allows the owner to sell one property and put that money into another property within six months. If the transaction is done properly, the property owner doesn't pay any taxes on the gain from the sale of the original building. This tax benefit is given to investors who put their money into commercial and residential real estate, but it is not available to homeowners.

These like-kind exchanges used to be open to all kinds of assets, including art and classic cars. But in the 2017 tax act, they were restricted to just one: commercial real estate. Within that asset class, though, the types of properties that can be exchanged can vary. A storage facility could be swapped for a hotel, for example, or the air rights over an office tower could be turned into a mall.

The tax code is written so that the accumulated capital gains taxes are eventually supposed to be paid. But when an individual owns the real estate, the properties can be held until death. At that point, all of the embedded capital gains are wiped out, so no capital gains tax is owed. The family inherits the properties at whatever value they were appraised at on the date of death.

Along the way, though, the owner could have refinanced the building and taken the cash out. It's known in real estate parlance as "the harvest," and as long as the building's cash flow is enough to cover the debt payments, the money is tax-free, said Kevin D. Gray, a lecturer in real estate at the Yale School of Management and the Yale School of Architecture.

Death and taxes are unavoidable, but real estate investors can circumvent the second part by using estate planning to significantly lower, if not eliminate, taxes on hundreds of millions of dollars of property at death.

The estate tax exemption for a married couple is $22.8 million, so generous that only a sliver of the wealthiest of the wealthy will need to worry about it. But commercial real estate is generally owned through a partnership or limited liability company, in which there is no tax at the corporate level and all the gains and losses flow through to the individual. They have a built-in advantage allowing owners to transfer exponentially more to heirs free of taxes.

Consider a building worth $30 million. If the owner puts it into a trust for his heirs, he can discount the value by a third or more because a fractional stake in the partnership that owns the building is worth less because it lacks control and marketability, according to the Internal Revenue Code. The buyer is likely to be just another family member.

That 30 percent discount, or $10 million, on the real estate is a benefit that someone with $30 million of Google stock does not get, but there's more, said Justin Miller, national wealth strategist at BNY Mellon. At a conservative 7 percent growth rate, the building could be worth $120 million, when other deductions are considered, in 20 years' time, he said.

The owner could then swap the building for $120 million of stock, making it easier for his heirs to divide. The building would be valued at its original price for capital gains taxes, but when the owner died, all of those taxable gains would die with him. Or, Mr. Miller said, the owner could take a $120 million loan, and the loan and the building would cancel each out at death, resulting in no estate tax.

The ways real estate gets preferential treatment are dizzying. But Mr. Miller said one thing was clear: In the debate over economic fairness, these tax breaks have flown under the radar.

"I don't think people realize how much is being taken advantage of here," he said. "It's not just for taxpayers now. It's for their heirs — you're almost allowing the creation of a royal class of families."

None of these tax benefits work, of course, if the real estate investment is not sound.

"There are the tax benefits that go along with the investment," said T. Richard Litton Jr., president of Harbor Group International, which owns $8.2 billion of real estate. "Fundamentally, on the investment decision, the thesis should always be, how can you grow income like any business you buy?"

In the 1980s and 1990s, Mr. Trump's tax losses had consequences. During the 10 years examined in the Times report, three of his New Jersey casinos and New York's famed Plaza Hotel filed for bankruptcy.

"It's one thing to shelter your income and not have real losses," said Mr. Gray of Yale. "If you lose money, you lose money. But if you lose enough of it, you're going to lose the property."

A version of this article appears in print on May 11, 2019, Section B, Page 8 of the New York edition with the headline: The Perks of Being a Real Estate Mogul