**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-01974-TNM |

# Exhibit AA

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/donald-trumps-land-donations-put-him-in-line-for-conservation-tax-breaks-1457656717

POLITICS | ELECTION 2016

# Donald Trump's Donations Put Him in Line for Conservation Tax Breaks

Republican front-runner frequently donates development rights for properties, giving him the ability to claim a tax break in return



Donald Trump, with his wife, Melania, at the Mar-a-Lago Club in Palm Beach, Fla., one of his properties with a conservation easement. **PHOTO:** RICHARD GRAULICH/THE PALM BEACH POST/ZUMA PRESS

*By Richard Rubin*
Updated March 10, 2016 10:41 pm ET

Donald Trump might be scoring millions of dollars in federal tax breaks by promising to limit development on some of his properties.

The self-described "ardent philanthropist" donated development rights for some of his most valuable properties to conservation groups and local governments, protecting songbirds and big brown bats, and giving himself the ability to claim federal tax deductions, according to land records in four states.

Last year, the front-runner for the Republican presidential nomination pledged not to build on 74% of his Westchester County, N.Y., estate, and in 2014, he promised not to construct houses on a driving range in California, according to the records. He previously donated so-called conservation easements on his Mar-a-Lago Club in Palm Beach, Fla., and his Bedminster, N.J., golf course. The land restrictions are legally binding and permanent.

Mr. Trump's campaign in a news release described him last year as a "major contributor" to charities, citing donations of "valuable parcels of land throughout the country." The campaign said he had donated $102 million over five years, far exceeding reported gifts to his foundation.

The campaign hasn't provided a detailed list of donations and didn't respond to requests for comment.

Because Mr. Trump has so far declined to release his tax returns, citing continuing audits, it is impossible to tell what he deducted, how he valued the donations and whether the Internal Revenue Service challenged him. The 2015 easement would appear on tax returns for that year. Federal law prohibits the IRS from discussing individual taxpayers' returns.

Each easement includes specific prohibitions on what Mr. Trump can do with the property, and each gives him certain rights, such as the ability to run a golf course or a private club. At his Westchester estate, for example, Mr. Trump can install solar panels



Last year, Mr. Trump pledged not to build on 74% of the Seven Springs estate in Westchester, N.Y. **PHOTO:** MARY ALTAFFER/ASSOCIATED PRESS

or wind turbines, build picnic shelters and fire pits and "construct a reasonable number of wildlife hunting or observation stands" under the supervision of a land trust. But he can't erect any significant building, introduce non-native plants or excavate.

To get a tax break, Mr. Trump would need an appraisal before and after the easement. He could then deduct the difference from his federal income taxes.

The easement tax break is a valuable tool for protecting open spaces and habitats that has bipartisan support in Congress. In 2012, 1,114 taxpayers donated a total of $972 million in conservation easements, according to the most recent IRS data.

The break can be susceptible to abuse by wealthy landowners through inflated appraisals and tenuous definitions of conservation. The IRS routinely fights taxpayers over the tax break in audits and court cases, and the government often looks skeptically at easements on golf courses. The developers of the Ritz-Carlton hotel in New Orleans and the National Golf Club of Kansas City have both landed in court with the IRS over their easements.

The Westchester donation is the latest twist in Mr. Trump's 20-year ownership of the Seven Springs estate, once owned by the late Eugene Meyer, a former Federal Reserve chairman. It follows other attempts by Mr. Trump to develop the 213-acre property, which rests on a hilltop above Byram Lake, 40 miles north of Trump Tower in New York.

Years before he claimed the conservation donation, Mr. Trump proposed a golf course for the site, enraging neighbors, particularly those in Mount Kisco, which gets its drinking water from Byram Lake. Mr. Trump dropped the golf project, but his next plan —high-end housing—landed him in a second spat with residents and a lawsuit.

He made his Westchester donation on Dec. 11. On his federal disclosure form, Mr. Trump said Seven Springs is worth more than $50 million.

"Our community has waited years for this to happen, and it is exactly what we had hoped Mr. Trump would do," said Amy Fenno, a neighbor who opposed Mr. Trump's previous development plans. "It really should be preserved for generations."

The easement doesn't cover the Meyer house, an old Heinz family house on the property and a caretaker's residence, and it isn't clear what the Trumps plan to do with that land.

# Land-Use Donations

Republican presidential candidate Donald Trump has donated development rights on at least four of his properties.

### Seven Springs, Westchester, N.Y.
- 213-acre estate that once belonged to Eugene Meyer
- 158 acres donated for conservation
- Donated: Dec. 11, 2015
- Trump estimated value: Over $50 million

### Trump Nat'l Golf Club Bedminster, Bedminster, N.J.
- Golf club on the late John DeLorean's estate
- Easements preserves open space and protects songbirds
- March 10, 2004 and Dec. 29, 2005
- Trump estimated value: Over $50 million

### Trump National Golf Club Los Angeles
- Golf driving range near the coast
- 11.5-acre easement prevented construction of 16 houses
- December 26, 2014
- Trump estimated value: Over $50 million

### Mar-a-Lago, Palm Beach, Fla.
- Club that once belonged to Marjorie Merriweather Post
- Historic site preserved and further home construction prevented
- April 6, 1995 and Sept. 13, 2002
- Trump estimated value: Over $50 million

Source: county land records
THE WALL STREET JOURNAL.

The 158 acres Mr. Trump pledged to protect contain "scattered but impressive" stands of huckleberry, the homes of brown bats, potential habitats for mountain dusky and spring salamanders, and "mature mixed hardwood forests" that "are valuable in terms of removing $CO_2$ from the atmosphere," according to the document Mr. Trump signed in December. In September, he said he didn't believe in climate change.

"It is a great piece of work to conserve this land," said Stephen Johnson, president of the North American Land Trust, the Chadds Ford, Penn., group that accepted the donation. "It's just a fabulous, fabulous project."

Mr. Trump has donated easements at three other properties, which his federal financial disclosure says are each worth more than $50 million. Before the launch of his campaign in June, Mr. Trump and the Palos Verdes Peninsula Land Conservancy announced an 11.5-acre easement that prevented the construction of 16 houses on the driving range of the Trump National Golf Club Los Angeles. He signed the donation in December 2014, which means it should appear on his 2014 taxes.



Mr. Trump signed an easement that prevented the construction of 16 houses on the driving range of the Trump National Golf Club Los Angeles. **PHOTO:** NICK UT/ASSOCIATED PRESS

In 2004, Mr. Trump signed an easement detailing how he would protect the natural habitat of the bobolink, a grassland bird, at Trump National Golf Club in Bedminster, about 50 miles west of New York. A year later, after the first 18 holes opened, he signed an easement preserving the land as open space—while reserving the right to operate two golf courses and a country club.

At Mar-a-Lago, where Mr. Trump hosted his Super Tuesday victory party, he pledged in 1995 to maintain the historic site and protect its critical features, including carvings, light fixtures, doors and windows. In 2002, Mr. Trump further clarified the easement to prevent more single-family homes being built on the property. The National Trust for Historic Preservation, which holds the easements, said the terms have been followed and the historic attributes of the property are well-maintained.

Copyright © 2019 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.