**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>     *Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>     *Defendants*. | Case No. 1:19-cv-01974-TNM |

# Exhibit BB

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/donald-trump-got-a-big-break-on-2005-taxes-1458249902

U.S.

# Donald Trump Got a Big Break on 2005 Taxes

Conservation easement on a New Jersey golf club triggered deduction of $39.1 million



A conservation easement on a property in New Jersey permitted Republican presidential candidate Donald Trump to deduct tens of millions of dollars from his 2005 federal income taxes, public records show. **PHOTO:** BRANDEN CAMP/GETTY IMAGES

*By Richard Rubin*
March 17, 2016 5:25 pm ET

Donald Trump was able to deduct $39.1 million from his 2005 federal income taxes by pledging not to build houses on a New Jersey golf course he owns, according to public records.

An appraisal conducted for the 2005 transaction determined that Trump National Golf Club in Bedminster, N.J. was worth $49.5 million if it could be split into 33 estates, but just $10.4 million as a golf course. Tax law lets property owners impose permanent conservation restrictions and then claim charitable deductions for the reduction in value. Those restrictions curb what future owners may do with a property.

In 2005, according to the Internal Revenue Service, 2,186 taxpayers claimed so-called conservation easements for a total of $1.8 billion. That means Mr. Trump's $39.1 million would have represented about 2% of all such deductions nationwide that year.

Mr. Trump, now the front-runner for the Republican presidential nomination, subsequently built a second golf course on the property, which once belonged to automobile executive John DeLorean. He said last year in his federal financial disclosure that the property was worth more than $50 million.

The appraisal raises questions about the success of the golf club, in a semi-rural part of New Jersey where Mr. Trump once considered building his own private cemetery.

"The property owner has shared projections for the existing golf course operations… that show, prior to depreciation, a consistent loss emanating from the operation of the country club," wrote the appraiser, Robert Heffernan. "I would not perceive a point in the near future where the golf course operation would establish adequate operational income to substantiate a reasonable value to the underlying land that would exceed its alternate value as a residential subdivision of 33 individual building lots."

Unlike other candidates, Mr. Trump has refused to release even part of his federal income-tax returns, citing continuing audits. But county land records revealed that he has donated conservation easements on at least four of his properties: The Mar-a-Lago

MORE ON ELECTION 2016

- 'Mass Shootings Draw Attention to 'Drum Magazines' August 16, 2019
- 'The Reach of Shootings in America August 16, 2019
- 'Federal Prosecutor Blames Police Shooting on 'Culture of Disrespect' August 15, 2019
- 'Dayton Gunman Had Drugs in His System, Coroner Says August 15, 2019
- 'July Was Hottest on Record August 15, 2019

Club in Palm Beach, Fla., the Seven Springs estate in Westchester County, N.Y., the New Jersey golf club and a golf driving range on the California coast. Three of the donations, including the Bedminster one, were made in December, when taxpayers are typically making deductions that can offset that year's income.

In 2005, the top federal income-tax rate was 35%, so Mr. Trump could have shaved more than $14 million off his tax bill and claimed a state income-tax deduction.

"Trump is not a rare bird in this. This is a common practice," said Dean Zerbe, a former Republican Senate staffer who helped lead investigations into the aggressive use of conservation easements. "From a public-policy viewpoint of 'we want to preserve public space, we want to preserve farmland, we want to preserve habitat,' that's where you kind of wince a little bit."

Mr. Trump has called himself an "ardent philanthropist" and his campaign claimed in 2015 that he had donated $102 million over the prior five years. That amount dwarfs his publicly reported contributions to his own foundation.

The easements themselves don't show how much Mr. Trump deducted. Most of them were donated to nonprofit groups that don't have to disclose the appraisals.

But in New Jersey, Mr. Trump donated the easement to the town of Bedminster, and a clause on page 13 required him to send the town the appraisal he was using "to calculate any deduction for federal income-tax purposes." The Wall Street Journal obtained the appraisal on Thursday through a public-records request. The appraisal doesn't include any portion of Mr. Trump's tax return.

The IRS has been aggressively challenging conservation easements, especially on golf courses, through audits and litigation.

Hope Hicks, a spokesman for Mr. Trump's campaign, didn't immediately respond to a request for comment on Thursday. Neither did Mr. Heffernan, the appraiser.

**Write to** Richard Rubin at richard.rubin@wsj.com

Copyright © 2019 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.