**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>     *Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>     *Defendants*. | Case No. 1:19-cv-01974-TNM |

# Exhibit EE



# Trump says he has 'brilliantly' used tax laws to his advantage

BY LISA HAGEN - 10/03/16 05:06 PM EDT

**3,538** SHARES                                            SHARE          TWEET

### Just In...

**Immigrants in America: Fear should never be our new normal**
OPINION — 6M 22S AGO

**Chinese oil tanker may have changed name to try and avoid US sanctions: report**
INTERNATIONAL — 6M 36S AGO

**The doctor will accuse you now**
OPINION — 21M 20S AGO

**Poll: Support for Sanders among college students reaches highest level since April**
RISING — 29M 12S AGO

**Iranian tanker US is seeking to detain could leave Gibraltar Friday**
INTERNATIONAL — 30M 42S AGO

**Young Turks Ken Klippenstein: Documents expose FBI equivalence between black and white extremism**
RISING — 39M 14S AGO

**Americans are tired of waiting for Washington to act on gun reform**
OPINION — 51M 19S AGO

**Trump administration backs bid to protect wild giraffes**
ENERGY & ENVIRONMENT — 53M 27S AGO

VIEW ALL

Related News    by    |



**ABC News Politics**
@ABCPolitics

.@realDonaldTrump: I have "legally used the tax laws to my benefit...Honestly, I have brilliantly used those laws."

127   4:37 PM - Oct 3, 2016

233 people are talking about this

Donald Trump on Monday defended his use of federal tax laws following a report that he might have avoided paying federal income tax for up to 18 years.

"As a businessman and real estate developer, I have legally used the tax laws to my benefit, and to the benefit of my company and my employees," Trump said on Monday, adding that he "brilliantly used those laws."

"I have often said on the campaign trail, that I have a fiduciary responsibility to pay no more tax than legally required – or, put another way, to pay as little tax as legally possible."

But, he assured supporters at a rally in Pueblo, Colo., "I'm working for you now, I'm not working for Trump," a remark that was met with huge applause from the crowd.

He criticized current tax laws as unfair as he tried to turn the attention away from the New York Times report that showed the GOP presidential nominee could have legally avoided paying federal income tax for up to 18 years.

Trump acknowledged that he benefited from these laws and he had a "tremendous advantage" by understanding the tax code. He then added that he's now working to help the American people.

"The unfairness of the tax laws is unbelievable, it's something I've been talking about for a long time, despite frankly being a big beneficiary of the laws," Trump said.

The real estate mogul explained that while he tried to reduce the number of taxes he paid, he argued that allowed him to "reinvest in neighborhoods, workers, and build amazing properties which fuel tremendous growth in their communities" as well as help small businesses.



[Photos] 96-Year-Old Puts Her House For...
Sponsored | Coolimba



George Conway tweets cartoon of Trump...



El Paso orphan's family explains Trump photo...



Ex-Foreign Service officer rips Trump...

Trump's taxes have been put back into the spotlight after a report from the Times surfaced over the weekend that found Trump reported a $916 million loss in his 1995 income tax returns which could have allowed him to legally avoid paying any federal income tax for up to 18 years.

The real estate mogul has come under fire for not releasing his tax returns, saying he'll do so once the IRS wraps up its federal audit of him. But the IRS has repeatedly said that an audit doesn't prevent a person from releasing his or her tax returns.

During a rally in Toledo, Ohio, earlier on Monday, Democratic nominee Hillary Clinton knocked Trump over his taxes and also mocked him for losing nearly $1 billion.

"What kind of genius loses a billion dollars in a single year?" Clinton responded with a laugh.

"This is Trump to a T. He's taken corporate excess and made a business model out of it. He abuses his power, games the system, puts his own interests ahead of the country. It's Trump first and everyone else last."

At the Monday rally, Trump continued to hit the same refrain that he followed the law and painted a picture of himself as a job creator and savvy businessman. He drew contrasts with Clinton as someone he argues never "made an honest dollar in her entire life" and has not created any jobs to boost the country's economy.

"Hillary Clinton hasn't made an honest dollar in her entire life – all she does is take from you, from our country, and peddles influence to donors, special interests, and foreign actors – for astronomical dollars and like never before," Trump said Monday.

"While I made my money as a highly-successful private businessman following the law, Hillary Clinton made her money as a corrupt public official breaking the law and putting her government office up for sale."

TAGS   HILLARY CLINTON   DONALD TRUMP

SHARE            TWEET



THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX
THE CONTENTS OF THIS SITE ARE ©2019 CAPITOL HILL PUBLISHING CORP., A SUBSIDIARY OF NEWS COMMUNICATIONS, INC.