**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      *Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>      *Defendants*. | Case No. 1:19-cv-01974-TNM |

# Exhibit FF



**Donald J. Trump** @realDonaldTrump · May 8

Real estate developers in the 1980's & 1990's, more than 30 years ago, were entitled to massive write offs and depreciation which would, if one was actively building, show losses and tax losses in almost all cases. Much was non monetary. Sometimes considered "tax shelter," ......

💬 23K   🔁 18K   ♡ 91K



**Donald J. Trump**
@realDonaldTrump



....you would get it by building, or even buying. You always wanted to show losses for tax purposes....almost all real estate developers did - and often re-negotiate with banks, it was sport. Additionally, the very old information put out is a highly inaccurate Fake News hit job!

3:56 AM - 8 May 2019

16,112 Retweets   82,340 Likes   

💬 31K   🔁 16K   ♡ 82K