**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-01974-TNM |

# Exhibit JJ

AXIOS 

**Sign up for a daily newsletter defining what matters in business and markets**

Type your email

Orion Rummler Apr 10, 2019

## IRS commissioner: No rule against releasing Trump's tax returns while under audit



Photo: Alex Wong/Getty Images

IRS Commissioner Charles Rettig confirmed at a House Appropriations Subcommittee on Tuesday that there is "no rule that would prohibit the release of a tax return because it's under audit," in reference to an ongoing effort by House Democrats to obtain President Trump's tax returns.

**Driving the news:** Trump told reporters on Wednesday, the deadline given by House Ways and Means Chairman Richard Neal for Trump to release his tax returns, that he will not do so while under audit — a defense he has used for the past 3 years. Trump's lawyers sent a letter to the Department of Treasury counsel last week dismissing the request for returns as politically-motivated.

 **NBC News**
@NBCNews



> IRS Commissioner Charles Rettig: "I think I've answered that question. No."
>
> 
>
> 444   9:50 AM - Apr 10, 2019
>
> 292 people are talking about this

**Go deeper:** Mick Mulvaney says Democrats will never get Trump's tax returns

---

**Never miss a major politics story**

Get breaking news alerts sent directly to your inbox

[Type your email]

---

TRUMP TAX RETURNS ›

---

Sara Fischer, Courtenay Brown   6 hours ago

# Employees revolt over immigration