**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-01974-TNM |

# Exhibit QQ

RICHARD E. NEAL, MASSACHUSETTS
CHAIRMAN

JOHN LEWIS, GEORGIA
LLOYD DOGGETT, TEXAS
MIKE THOMPSON, CALIFORNIA
JOHN B. LARSON, CONNECTICUT
EARL BLUMENAUER, OREGON
RON KIND, WISCONSIN
BILL PASCRELL JR., NEW JERSEY
DANNY K. DAVIS, ILLINOIS
LINDA T. SÁNCHEZ, CALIFORNIA
BRIAN HIGGINS, NEW YORK
TERRI A. SEWELL, ALABAMA
SUZAN DELBENE, WASHINGTON
JUDY CHU, CALIFORNIA
GWEN MOORE, WISCONSIN
DAN KILDEE, MICHIGAN
BRENDAN BOYLE, PENNSYLVANIA
DON BEYER, VIRGINIA
DWIGHT EVANS, PENNSYLVANIA
BRAD SCHNEIDER, ILLINOIS
TOM SUOZZI, NEW YORK
JIMMY PANETTA, CALIFORNIA
STEPHANIE MURPHY, FLORIDA
JIMMY GOMEZ, CALIFORNIA
STEVEN HORSFORD, NEVADA

BRANDON CASEY,
MAJORITY STAFF DIRECTOR

KEVIN BRADY, TEXAS
RANKING MEMBER

DEVIN NUNES, CALIFORNIA
VERN BUCHANAN, FLORIDA
ADRIAN SMITH, NEBRASKA
KENNY MARCHANT, TEXAS
TOM REED, NEW YORK
MIKE KELLY, PENNSYLVANIA
GEORGE HOLDING, NORTH CAROLINA
JASON SMITH, MISSOURI
TOM RICE, SOUTH CAROLINA
DAVID SCHWEIKERT, ARIZONA
JACKIE WALORSKI, INDIANA
DARIN LAHOOD, ILLINOIS
BRAD R. WENSTRUP, OHIO
JODEY ARRINGTON, TEXAS
DREW FERGUSON, GEORGIA
RON ESTES, KANSAS

GARY ANDRES,
MINORITY STAFF DIRECTOR

# Congress of the United States
## U.S. House of Representatives
COMMITTEE ON WAYS AND MEANS
1102 LONGWORTH HOUSE OFFICE BUILDING
(202) 225-3625

Washington, DC 20515-0348

http://waysandmeans.house.gov

August 8, 2019

The Honorable Steven T. Mnuchin
Secretary
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Dear Secretary Mnuchin,

As you are aware, the Committee on Ways and Means ("Committee") has legislative and oversight jurisdiction over the Department of the Treasury ("Treasury"), the Internal Revenue Service ("IRS"), and the Federal tax laws and is currently investigating the mandatory examination of Presidents' and Vice-Presidents' income tax returns outlined in the Internal Revenue Manual ("mandatory audit program").

On July 29, 2019, the Committee received an unsolicited communication from a Federal employee setting forth credible allegations of "evidence of possible misconduct"—specifically, potential "inappropriate efforts to influence" the mandatory audit program. This is a grave charge that appreciably heightens the Committee's concerns about the absence of appropriate safeguards as part of the mandatory audit program and whether statutory codification of such program or other remedial, legislative measures are warranted.

The Committee has raised these concerns repeatedly, both in prior correspondence as well as at the June 10 briefing with staff from both Treasury and the IRS. Commissioner Rettig, in his May 17, 2019 letter, responded that the "concern that IRS employees could be subject to undue influence when conducting mandatory audits of a President's tax returns" is "unfounded." The allegations received by the Committee cast doubt on this statement and underscore the pressing need for complete and meaningful oversight of the mandatory audit program.

In light of the serious and urgent concerns raised by this new information, I have requested, under separate cover, a rolling production of certain documents and communications of specified Treasury and IRS employees, with an initial production due August 13, 2019. Thank you, in advance, for your prompt attention to this matter.

Sincerely,

The Honorable Richard E. Neal, *Chairman*