**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      *Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>      *Defendants*. | Case No. 1:19-cv-01974-TNM |

# Exhibit RR



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

SECRETARY OF THE TREASURY

August 13, 2019

The Honorable Richard E. Neal
Chairman
Committee on Ways and Means
U.S. House of Representatives
Washington, DC  20515

Dear Chairman Neal:

I write in response to your August 8, 2019 letter and accompanying request for information.  The July 29 communication to which you referred would fall within the jurisdiction of the Treasury Inspector General for Tax Administration (TIGTA), and we have referred your letter to that office.

Your letter requests information pursuant to your authority under 26 U.S.C. § 6103(f).  As far as we have been able to determine, the Department of the Treasury does not have any responsive records that contain information covered under section 6103(f)—*i.e.*, tax returns or return information.  To the extent your request seeks Internal Revenue Service records, I respectfully suggest that you direct your concerns to TIGTA to avoid interfering with any TIGTA review that may currently be underway.

Sincerely,

Steven T. Mnuchin