IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON WAYS AND MEANS,
UNITED STATES HOUSE OF
REPRESENTATIVES,

                *Plaintiff*,

vs.

UNITED STATES DEPARTMENT OF THE
TREASURY, *et al.*,

                *Defendants*.

Case No. 1:19-cv-01974-TNM

## **[PROPOSED] ORDER**

UPON CONSIDERATION OF Plaintiff's Motion for Summary Judgment, the opposition thereto, any reply in support of the Motion, and the entire record herein, it is by the Court this \_\_\_\_\_ day of _____, 2019, ORDERED

That Plaintiff's Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED

That Defendants comply immediately with Plaintiff's subpoenas and request for information under 26 U.S.C. § 6013(f).

SO ORDERED.

                BY THE COURT:

                _____
                Hon. Trevor N. McFadden
                United States District Judge