IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants*. | Case No. 1:19-cv-01974-TNM |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's motion for entry of a briefing schedule and for expedited consideration of this case, it is ORDERED that Plaintiff's motion is GRANTED. The following briefing schedule shall govern:

| | |
|---|---|
| Defendants' and Defendants-Intervenors' consolidated dispositive motions and opposition to Plaintiff's motion for summary judgment; Defendants to serve administrative record on Plaintiff and file certified index with the Court | September 20, 2019 |
| Plaintiff's consolidated opposition to motions to dismiss and reply in support of motion for summary judgment | October 11, 2019 |
| Defendants' and Defendants-Intervenors' reply in support of their dispositive motions | October 25, 2019 |
| Oral argument | As soon as practicable following the conclusion of briefing |

SIGNED this _____ day of _____, 2019.

                                                  BY THE COURT:

                                                  _____
                                                  Hon. Trevor N. McFadden
                                                  United States District Judge