IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-1974 (TNM)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

  PLEASE TAKE NOTICE that, pursuant to Local Civil Rules 83.2(e) and 83.6(a), James M. Burnham hereby enters his appearance in the above-captioned matter as counsel of record for Defendants United States Department of the Treasury; Internal Revenue Service; Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury; and Charles P. Rettig, in his official capacity as Commissioner of the Internal Revenue Service. Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court.

Dated: August 20, 2019      Respectfully submitted,

                JOSEPH H. HUNT
                Assistant Attorney General

                JAMES M. BURNHAM
                Deputy Assistant Attorney General

                JAMES J. GILLIGAN
                Acting Director

ELIZABETH J. SHAPIRO
Deputy Director

JOSHUA E. GARDNER
Special Counsel

/s/ *James M. Burnham*
JAMES M. BURNHAM (AZ Bar No. 034363)
Deputy Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave, NW
Washington, D.C. 20530
Tel: (202) 353-2793
Fax: (202) 305-8470
Email: James.M.Burnham@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon counsel of record by the Electronic Case Filing System on August 20, 2019.  In addition, the following individual is being served by first-class mail:

>Duane Morley Cox
>1199 Cliffside Dr.
>Logan, UT 84321

*/s/ James M. Burnham*
James M. Burnham
