IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, <br><br> *Defendants*, <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendant-Intervenors.* | No. 1:19-cv-1974-TNM |

## NOTICE OF APPEARANCE

Please take notice that James J. Gilligan, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants United States Department of the Treasury, the Internal Revenue Service, Steven T. Mnuchin, in his official capacity as Secretary of the Treasury, and Charles P. Rettig, in his official capacity as Commissioner of the Internal Revenue Service.

Dated:  August 20, 2019

                                                                            Respectfully submitted,

                                                                            JOSEPH H. HUNT
                                                                            Assistant Attorney General

                                                                            JAMES M. BURNHAM
                                                                            Deputy Assistant Attorney General

                                                                            ELIZABETH J. SHAPIRO
                                                                            Deputy Branch Director

        */s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3358
E-mail: james.gilligan@usdoj.gov
Fax: (202) 616-8470

*Counsel for Defendants*