## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                              )
COMMITTEE ON WAYS AND MEANS,                  )
  UNITED STATES HOUSE OF                      )
  REPRESENTATIVES,                            )
                                              )
                *Plaintiff*,                  )
                                              )
            v.                                )
                                              )    No. 1:19-cv-1974-TNM
UNITED STATES DEPARTMENT OF THE               )
  TREASURY, *et al*.,                         )
                                              )
                *Defendants*,                 )
                                              )
DONALD J. TRUMP, *et al.*,                    )
                                              )
            *Defendant-Intervenors.*          )
_____     )

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion for Entry of Briefing Schedule and Expedited Consideration of this Case, and the Defendants' and Defendant-Intervenors' Consolidated Motion to Hold Plaintiff's Motion for Summary Judgment in Abeyance Pending Resolution of Defendants' and Defendant-Intervenors' Forthcoming Motion(s) to Dismiss. The Court having considered the parties' respective submissions in support of and in opposition to these motions,

IT IS HEREBY ORDERED THAT:

1.    Plaintiff's Motion for Entry of Briefing Schedule and Expedited Consideration of this Case is hereby DENIED;

2.    Defendant-Intervenors' Consolidated Motion to Hold Plaintiff's Motion for Summary Judgment in Abeyance Pending Resolution of Defendants' and Defendant-Intervenors' Forthcoming Motion(s) to Dismiss is hereby GRANTED;

3.      Defendants and Defendant-Intervenors shall file their motion(s) to dismiss by September 6, 2019;

4.      Plaintiff shall file its opposition to Defendants' and Defendant-Intervenors' motion(s) to dismiss by September 30, 2019; and

5.      Defendants and Defendant-Intervenors shall file their reply(ies) in support of their motion(s) to dismiss by October 11, 2019.

So ORDERED this _____ day of August, 2019.

 

HON. TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE