IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS,<br>UNITED STATES HOUSE OF<br>REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE<br>TREASURY, *et al.*,<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | No. 1:19-cv-1974-TNM |

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion for Entry of Briefing Schedule and Expedited Consideration of this Case, and the Defendants' and Defendant-Intervenors' Consolidated Motion to Hold Plaintiff's Motion for Summary Judgment in Abeyance Pending Resolution of Defendants' and Defendant-Intervenors' Forthcoming Motion(s) to Dismiss. The Court having considered the parties' respective submissions in support of and in opposition to these motions,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Entry of Briefing Schedule and Expedited Consideration of this Case is hereby DENIED;

2. Defendant-Intervenors' Consolidated Motion to Hold Plaintiff's Motion for Summary Judgment in Abeyance Pending Resolution of Defendants' and Defendant-Intervenors' Forthcoming Motion(s) to Dismiss is hereby GRANTED;

3.       Defendants and Defendant-Intervenors shall file their motion(s) to dismiss by September 6, 2019;

4.       Plaintiff shall file its opposition to Defendants' and Defendant-Intervenors' motion(s) to dismiss by September 30, 2019; and

5.       Defendants and Defendant-Intervenors shall file their reply(ies) in support of their motion(s) to dismiss by October 11, 2019.

So ORDERED this _____ day of August, 2019.

 

HON. TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE