

Duane Morley Cox, Pro Se
1199 Cliffside Dr.
Logan, Utah 84321
Ph: (801) 755-3578

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Committee On Ways And Means          Civil Action No. 1:19-cv-1974 (TNM)
United States House Of Representatives
1102 Longworth House Office Building
Washington D.C. 20515

      Plaintiff                     Second Notice
                                    To Submit For Decision
                                    On
United States Department Of The       Duane Morley Cox's Motion To
Treasury et. al.                      Intervene.
1500 Pennsylvania Avenue, N.W.
Washington D.C. 20220

      Defendants

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

Judge Trevor N McFadden

Duane Morley Cox, Pro Se, very respectively, reminds the Court of his Motion

To Intervene in order to raise a unique Jurisdictional Argument based upon U.S.

Supreme Court Precedent which should result in Dismissal of this suit (11 July

2019, Filing 10), which was opposed by the Justice Department (25 July 2019,

Filing 16). Mr. Cox subsequently filed a Reply in opposition to the Justice

Department filing (9August 2019, Filing 27) followed by an amendment to this

Reply (6 August 2019, Filing 25) and a Notice to Submit For Decision (6 August

2019, Filing 26).

    Mr. Cox served his Reply and Amended Reply a day apart and their inversion

in the Docket is probably the result of delay in the mail of the Reply.

Also, Attorneys for the President who were granted permission to Intervene as Defendants (18 July 2019, Filing 14) have not Opposed Mr Cox's Motion To Intervene in support of Defendants, President Trump and other Defendant Companies.

*Duane Morley Cox*
Duane Morley Cox, Pro Se

21 AUG 2019
Date

## Certificate Of Service

I, Duane Morley Cox, Pro Se, does hereby swear that on 24, *One Copy* 23 August 2019, that I did serve a true and correct copy of the attached Second Notice To Submit For Decision to the below listed parties by first class mail, postage prepaid.

Clerk's Office (Original)  
U.S. District Court  
District of Columbia  
Room 1225  
333 Constitution Avenue, NW  
Washington D.C. 20001  

Office Of General Counsel  
U.S. House of Representatives  
291 Cannon House Office Building  
Washington, D.C. 20515  

Steven A. Myers et., al.  
United States Department of Justice  
Civil Division, Federal Programs Branch  
P.O. Box 883  
Washington, D.C. 20044  

William S. Consovoy, et. al.  
Consovoy McCarthy Park PLLC  
3033 Wilson Blvd., Ste 700  
Arlington, Va. 22201  

_____  
Duane Morley Cox, Pro Se  

24 Aug 2019  
Date

SALT LAKE CITY UT 840

24 AUG 2019 PM 2 L

CLERK
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
Room 1225
333 CONSTITUTION AVE. NW
WASHINGTON DC 20001

20001-280299

Morley and Jeanne Cox
1199 Cliffside Drive
Logan, UT 84321