# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors*. | No. 1:19-cv-1974 (TNM) |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rules 83.2(e) and 83.6(a), ANDREW M. BERNIE, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for Defendants United States Department of the Treasury; Internal Revenue Service; Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury; and Charles P. Rettig, in his official capacity as Commissioner of the Internal Revenue Service. Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court

Dated: September 4, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM

Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Andrew M. Bernie*
ANDREW M. BERNIE
DC Bar No. 995376
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8488 | Fax: (202) 616–8470
andrew.m.bernie@usdoj.gov

*Counsel for Defendant*