# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, *Plaintiff*, v. UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* *Defendants*, DONALD J. TRUMP, *et al.*, *Defendant-Intervenors.* | No. 1:19-cv-1974 (TNM) |

**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

1. Pursuant to Local Rule 7(e), Defendants United States Department of the Treasury, et al., and Defendant-Intervenors Donald J. Trump, et al., respectfully move for leave to file a consolidated Memorandum of Law in support of their Motion to Dismiss at a length of up to 60 pages.

2. On August 29, 2019, this Court entered an order that, inter alia, directed Defendants to respond to the Complaint on or before September 6, 2019. ECF No. 38 at 6.

3. Plaintiff's Complaint asserts eight purported causes of action and, as this Court previously observed, "[t]his case presents novel and complex questions about the privileges and authority of all three branches of the federal government." ECF No. 38 at 3. When Plaintiff previously sought leave to exceed the page limit for its Memorandum of Law in Support of its Motion for Summary Judgment (a page-extension motion this Court granted, though the Court has

since denied the summary judgment motion without prejudice as premature), Plaintiff similarly noted that the legal issues here "are numerous, important, and complex." ECF No. 28 at 1.

4. Defendants are working diligently to present their legal arguments to the Court as concisely as possible. But in light of the number and importance of the issues raised by their forthcoming Motion to Dismiss—and the intent of Defendants and Defendant-Intervenors to file a consolidated brief—Defendants and Defendant-Intervenors believe that a 15-page extension will enable them to best assist the Court in resolving the significant questions presented. Even if such an extension is granted, the total number of pages filed by Defendants and Defendant-Intervenors will be 30 pages less than the 90 total pages the two parties are allocated under the Local Rules.

5. Pursuant to Local Rule 7(m), counsel for Defendants conferred with counsel for Plaintiff, who consents to this motion.

Dated: September 4, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

*/s/Andrew M. Bernie*
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)
ANDREW M. BERNIE (DC BAR No. 995376)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8488 | Fax: (202) 616–8470

andrew.m.bernie@usdoj.gov

*Attorneys for Defendants*

 */s/ William S. Consovoy*

William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor
South PMB #706
Boston, Massachusetts 02109
(617) 227-0548

*Attorneys for Defendant-Intervenors*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | No. 1:19-cv-1974 (TNM) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' and Defendant-Intervenors' Consent Motion for Leave to Exceed Page Limit, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that Defendants' and Defendant-Intervenors' forthcoming consolidated Memorandum of Law in support of their Motion to Dismiss may be up to 60 pages in length.

**IT IS SO ORDERED.**

Date: _____

_____
HON. TREVOR N. MCFADDEN
United States District Judge