IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | No. 1:19-cv-1974 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' and Defendant-Intervenors' Consent Motion for Leave to Exceed Page Limit, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that Defendants' and Defendant-Intervenors' forthcoming consolidated Memorandum of Law in support of their Motion to Dismiss may be up to 60 pages in length.

**IT IS SO ORDERED.**

Date: _____                                     _____
                                                                             HON. TREVOR N. MCFADDEN
                                                                             United States District Judge