Duane Morley Cox, Pro Se
1199 Cliffside Dr.
Logan, Utah 84321
Ph: (801) 755-3578

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

| | | |
|---|---|---|
| Committee On Ways And Means United States House Of Representatives | + + + | Civil Action No. 1:19-cv-1974 (TNM) |
| Plaintiff | + + | Request To Amend Answer In Intervention |
| United States Department Of The Treasury et. al. | + + + | To Be |
| Defendants | + + | Motion To Dismiss In Intervention |
| Donald J. Trump, et. al. | + + | Judge: Trevor N. McFadden |
| Defendants | + | |

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**Now Comes** Duane Morley Cox, Pro Se, after review and reflection on the

Memorandum and Order of 29 August 2019, specifically the following statement:

> "This court's general practice is to adhere to the traditional litigation sequence of complaint; answer **or** motion to dismiss; discovery, if appropriate; and only then, summary judgement." **Order, pg 4 [Emphasis Added]**

It apparent that my Answer In Intervention is and should be considered a

"Motion To Dismiss In Intervention" because that is exactly the relief the Answer In

Intervention seeks when it is stated:

> "... this court must find that President Trump has absolute immunity, that the related Subpoenas must be quashed, and the case must be dismissed with prejudice for lack of Jurisdiction pursuant to **Nixon v. Fitzgerald**."
> **Answer In Intervention, Pg 18**

With apologies: [signature] Duane Morley Cox        Date: 30 AUG 2019

Pg 1

RECEIVED
Mail Room

SEP - 3 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## Certificate Of Service

I, Duane Morley Cox, Pro Se, does hereby swear that on 30th day of August 2019, that I did serve a true and correct copy of the attached Request To Amend Answer In Intervention To Be Motion To Dismiss In Intervention to the below listed parties by first class mail, postage prepaid.

Clerk's Office (Original)
U.S. District Court
District of Columbia
Room 1225
333 Constitution Avenue, NW
Washington D.C. 20001

Office Of General Counsel
U.S. House of Representatives
291 Cannon House Office Building
Washington, D.C. 20515

Steven A. Myers et., al.
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

William S. Consovoy, et. al.
Consovoy McCarthy Park PLLC
3033 Wilson Blvd., Ste 700
Arlington, Va. 22201

_____          30 Aug 2019
Duane Morley Cox

SALT LAKE CITY UT 840

30 AUG 2019 PM 1 L

Morley and Jeanne Cox
1199 Cliffside Drive
Logan, UT 84321

CLERK
US DISTRICT COURT
DISTRICT OF COLUMBIA
ROOM 1225
333 CONSTITUTION AVE, NW
WASHINGTON DC, 20001

20001-260299

