## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | No.  1:19-cv-1974 (TNM) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* | ) ) ) | |
| *Defendants*, | ) ) | |
| DONALD J. TRUMP, *et al.*, | ) ) | |
| *Defendant-Intervenors.* | ) ) | |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to excuse filing of a certified list of contents of

the administrative record, IT IS HEREBY ORDERED that the motion is GRANTED.

DATED: _____

_____

HON. TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE