# EXHIBIT B

```
 1                    IN THE UNITED STATES DISTRICT COURT
                           FOR THE DISTRICT OF COLUMBIA
 2

 3     Donald J. Trump,                )  Civil Action
                                       )  No. 19-CV-2173
 4                    Plaintiff,       )
                                       )  MOTION HEARING
 5     vs.                             )
                                       )  Washington, DC
 6     Committee on Ways and Means,    )  July 29, 2019
       et al.,                         )  Time:  4:00 p.m.
 7                                     )
                      Defendants.      )
 8     _____

 9                       TRANSCRIPT OF MOTION HEARING
                                 HELD BEFORE
10              THE HONORABLE JUDGE CARL J. NICHOLS
                        UNITED STATES DISTRICT JUDGE
11     _____

12                         A P P E A R A N C E S

13     For the Plaintiff:      **William S. Consovoy**
                               CONSOVOY McCARTHY, PLLC
14                             1600 Wilson Blvd.
                               Suite 700
15                             Arlington, VA 22209
                               (703) 243-9423
16                             Email: Will@consovoymccarthy.com

17     For Defendant
         U.S. House of Rep.:   **Douglas N. Letter**
18                             **Brooks McKinly Hanner**
                               **Josephine T. Morse**
19                             **Megan Barbero**
                               **Todd Barry Tatelman**
20                             **Sally Clouse**
                               U.S. HOUSE OF REPRESENTATIVES
21                             Office of General Counsel
                               219 Cannon House Office Building
22                             Washington, DC 20515
                               (202) 225-9700
23                             Email: Douglas.letter@mail.house.gov
                               Email: Brooks.hanner@mail.house.gov
24                             Email: Jodie.morse@mail.house.gov
                               Email: Megan.barbero@mail.house.gov
25                             Email: Todd.tatelman@mail.house.gov
                               Email: Sarah.clouse@mail.house.gov
```

```
 1      For Defendants
           James and Schmidt:      Andrew Stuart Amer (By Phone)
 2                                 OFFICE OF NEW YORK ATTORNEY GENERAL
                                   28 Liberty Street
 3                                 New York, NY 10005
                                   (212) 416-6127
 4                                 Email: Andrew.amer@ag.ny.gov

 5      _____

 6      Court Reporter:            Janice E. Dickman, RMR, CRR, CRC
                                   Official Court Reporter
 7                                 United States Courthouse, Room 6523
                                   333 Constitution Avenue, NW
 8                                 Washington, DC  20001
                                   202-354-3267
 9
                                     *   *   *
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              THE COURTROOM DEPUTY:  Civil action 19-2173.  Donald
 2   J. Trump versus Committee on Ways and Means, United States
 3   House of Representatives, et al.
 4              Counsel, please come forward and identify yourselves
 5   for the record.
 6              MR. CONSOVOY:  Good afternoon.  Your Honor.  Will
 7   Consovoy appearing on behalf of the plaintiff.
 8              THE COURT:  Mr. Consovoy, good afternoon.
 9              MR. LETTER:  Good afternoon, Your Honor.  Douglas
10   Letter, general counsel of the House of Representatives.  And I
11   have with me today Deputy General Counsel Todd Tatelman,
12   Associate General Counsel Megan Barbero, Associate General
13   Counsel Josephine Morse, Assistant General Counsel Brooks
14   Hanner and Assistant General Counsel Sally Clouse.
15              THE COURT:  Good afternoon, Mr. Letter.
16              MR. LETTER:  Thank you.
17              THE COURT:  We're obviously here on Plaintiff Trump's
18   emergency application for relief under the All Writs Act.
19              MR. AMER:  Your Honor --
20              THE COURT:  Oh, yes.  Thank you.
21              MR. AMER:  Yes.  Good afternoon, Your Honor.  Andrew
22   Amer for the New York Attorney General and the Commissioner for
23   New York State Department of Taxation and Finance.
24              THE COURT:  Thank you, Mr. Amer.  Appreciate you
25   appearing by teleconference.  We received your letter and I'll
```

```
 1    would be happy to do so.
 2            THE COURT:  Thank you.
 3            MR. CONSOVOY:  Thank you for your time, Your Honor.
 4            THE COURT:  Mr. Letter, do you want to respond very
 5    briefly?
 6            MR. LETTER:  Thank you, Your Honor.  I just want to
 7    redirect your attention.  I said it before, but just to make
 8    sure, the most recent case in this circuit is *Rangel*, 2015,
 9    Judge Henderson, Judge Tatel, and I think it was Judge Wilkins,
10    and they make quite clear that it's the type of act, it's not
11    looking into the purpose.  And I know that language is in
12    *Eastland,* but if you look at what *Eastland* did, the
13    Court there, seems to me, is much more -- the whole doctrine is
14    much more consistent with this.  And as I say, because
15    otherwise what you would be doing is what Mr. Consovoy is
16    asking here, which is, I think, totally inconsistent with what
17    the framers intended.
18            The House would be hauled into court against its will
19    and a decision, a legal decision would be made that the House
20    did not seek and does not want.  If the House wants a court
21    ruling on that, it will take steps and then it could be heard.
22            But I cannot emphasize enough the framers did not
23    intend judiciary to be able to haul Congress into court and
24    issue a decision against it that Congress does not seek or
25    want.
```