# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, | )<br>)<br>)<br>) |
| *Plaintiff*, | ) |
| v. | )<br>) No. 1:19-cv-1974 (TNM) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* | )<br>) |
| *Defendants*, | ) |
| DONALD J. TRUMP, *et al.*, | ) |
| *Defendant-Intervenors.* | ) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' and Defendant-Intervenors' Motion to Dismiss, the memorandum in support, the opposition thereto, any reply in support of the Motion, and the entire record herein, it is by the Court this _____ day of _____, 2019, ORDERED

That Defendants' and Defendant-Intervenors' Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED

That this case is dismissed.

**IT IS SO ORDERED.**

Date: _____

_____
HON. TREVOR N. MCFADDEN
United States District Judge