**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      *Plaintiff*,<br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>      *Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>      *Defendant-Intervenors.* | Case No. 19-cv-1974 (TNM) |

**JOINT MOTION TO REVISE BRIEFING SCHEDULE**

The parties jointly request a one-business-day modification of the schedule for briefing Defendants' and Defendant-Intervenors' motion to dismiss in this matter. Pursuant to this Court's schedule, ECF No. 38 at 6, Defendants filed their motion to dismiss on Friday, September 6, 2019, *see* ECF No. 44, attaching a 14-page declaration from Frederick W. Vaughan, the Deputy Assistant Secretary for Legislative Affairs at the U.S. Department of the Treasury, *see* ECF No. 44-3. Plaintiff's opposition to the motion to dismiss is currently due on Friday, September 20, 2019. ECF No. 38 at 6.

At 10:30 p.m. on Tuesday, September 17, 2019, counsel for Defendants advised counsel for Plaintiff that "additional facts have recently come to our attention" that were "inadvertently omitted from the Vaughan Declaration," and stated that Defendants "anticipate[d] that tomorrow we will file one or more brief declarations supplementing the Vaughan Declaration." As of the filing of this motion, Defendants have not yet filed any supplemental declaration(s).

In order to permit Plaintiff time to review and respond to Defendants' supplemental declaration(s), the parties respectfully request a one-business-day extension of time for Plaintiff's opposition, until Monday, September 23, 2019.  The parties further request a corresponding extension for Defendants' and Defendant-Intervenors' reply, *see* ECF No. 38 at 7, until Monday, September 30, 2019.

Dated: September 18, 2019	Respectfully submitted,

/s/ Douglas N. Letter
Douglas N. Letter (DC Bar No. 253492)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
   *Deputy General Counsel*
Megan Barbero (MA Bar No. 668854)
   *Associate General Counsel*
Josephine Morse (DC Bar No. 1531317)
   *Associate General Counsel*
Brooks M. Hanner (DC Bar No. 1005346)
   *Assistant General Counsel*
Sarah E. Clouse (MA Bar No. 688187)
   *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Plaintiff the Committee on Ways and
   Means, U.S. House of Representatives*

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

/s/      *Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)
ANDREW BERNIE (DC Bar No. 995376)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 305-0648
Fax: (202) 305-8470
Email: Steven.A.Myers@usdoj.gov

*Attorneys for Defendants*

 */s/ William S. Consovoy*
William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor
South PMB #706
Boston, Massachusetts 02109
(617) 227-0548

*Attorneys for Defendant-Intervenors*