UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | Case No. 19-cv-1974 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Revise Briefing Schedule (Sept. 18, 2019), and for good cause shown, it is hereby

**ORDERED** that the Joint Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's opposition to the motion to dismiss is due September 23, 2019; and it is further

**ORDERED** that Defendants' and Defendant-Intervenors' reply is due September 30, 2019.

**SO ORDERED**.

Date: _____           _____
                                                                         U.S. District Judge