**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMITTEE ON WAYS AND MEANS,
UNITED STATES HOUSE OF
REPRESENTATIVES,

       *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF THE
TREASURY, *et al.*,

       *Defendants*,

DONALD J. TRUMP, *et al.*,

       *Defendant-Intervenors.*

Case No. 19-cv-1974 (TNM)

**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

1.    Pursuant to Local Rule 7(e), Plaintiff Committee on Ways and Means of the United States House of Representatives (Committee) respectfully moves for leave to file its memorandum of law in support of its forthcoming opposition to Defendants' and Defendant-Intervenors' motion to dismiss at a length of up to 65 pages.

2.    On September 6, 2019, Defendants and Defendant-Intervenors filed a 59-page motion to dismiss, *see* ECF No. 44, along with two declarations totaling 24 pages, *see* ECF Nos. 44-3, 44-4.  On September 18, 2019, Defendants filed an additional 6-page supplemental declaration.  *See* ECF No. 47-1.  Defendants and Defendant-Intervenors are also entitled to file a reply not to exceed 25 pages.  *See* ECF No. 38 at 7; ECF No. 2 at 5; LCvR 7(e).

3.    In light of the number and importance of the issues in this case, as well as the size of Defendants' and Defendant-Intervenors' filings, the Committee believes that a 20-page extension will enable it to best assist the Court in resolving the questions presented.

4.       Pursuant to Local Rule 7(m), counsel for the Committee have conferred with counsel for Defendants and Defendant-Intervenors, who have consented to this motion.

5.       Accordingly, the Committee respectfully requests that the Court set 65 pages as the limit for the Committee's memorandum of law in support of its forthcoming opposition to Defendants' and Defendant-Intervenors' motion to dismiss.

                              Respectfully submitted,

                              */s/ Douglas N. Letter*
                              Douglas N. Letter (DC Bar No. 253492)
                                  *General Counsel*
                              Todd B. Tatelman (VA Bar No. 66008)
                                  *Deputy General Counsel*
                              Megan Barbero (MA Bar No. 668854)
                                  *Associate General Counsel*
                              Josephine Morse (DC Bar No. 1531317)
                                  *Associate General Counsel*
                              Brooks M. Hanner (DC Bar No. 1005346)
                                  *Assistant General Counsel*
                              Sarah E. Clouse (MA Bar No. 688187)
                                  *Assistant General Counsel*

                              OFFICE OF GENERAL COUNSEL
                              U.S. HOUSE OF REPRESENTATIVES
                              219 Cannon House Office Building
                              Washington, D.C. 20515
                              Telephone: (202) 225-9700
                              douglas.letter@mail.house.gov

                              *Counsel for Plaintiff the Committee on Ways and Means, U.S. House of Representatives*

September 19, 2019