**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, ) ) ) ) *Plaintiff*, ) ) v. ) ) UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, ) ) ) ) *Defendants*, ) ) DONALD J. TRUMP, *et al.*, ) ) *Defendant-Intervenors*. ) ) ) | Case No. 1:19-cv-01974-TNM |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for proposed *amici curiae* Geraldine R. Gennet, Kerry W. Kircher, Irvin B. Nathan, William Pittard, Thomas J. Spulak, and Charles Tiefer.

    Respectfully submitted,

    /s/ Lawrence S. Robbins
    Lawrence S. Robbins (D.C. Bar No. 420260)
    ROBBINS, RUSSELL, ENGLERT,
    ORSECK, UNTEREINER & SAUBER LLP
    2000 K Street, N.W., Fourth Floor
    Washington, DC 20006
    Telephone: (202) 775-4500
    Facsimile: (202) 775-4510
    lrobbins@robbinsrussell.com

Dated: September 20, 2019