**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants,*<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | Case No. 1:19-cv-01974-TNM |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for proposed *amici curiae* Geraldine R. Gennet, Kerry W. Kircher, Irvin B. Nathan, William Pittard, Thomas J. Spulak, and Charles Tiefer.

                                                            Respectfully submitted,

                                                            /s/ Wendy Liu
                                                            Wendy Liu (D.C. Bar No. 1600942)
                                                            ROBBINS, RUSSELL, ENGLERT,
                                                            ORSECK, UNTEREINER & SAUBER LLP
                                                            2000 K Street, N.W., Fourth Floor
                                                            Washington, DC 20006
                                                            Telephone: (202) 775-4500
                                                            Facsimile: (202) 775-4510
                                                            wliu@robbinsrussell.com

Dated: September 20, 2019