**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants,*<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | Case No. 1:19-cv-01974-TNM |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for proposed *amici curiae* Geraldine R. Gennet, Kerry W. Kircher, Irvin B. Nathan, William Pittard, Thomas J. Spulak, and Charles Tiefer.

                                                          Respectfully submitted,

                                                          /s/ D. Hunter Smith
                                                          D. Hunter Smith (D.C. Bar No. 1035055)
                                                          ROBBINS, RUSSELL, ENGLERT,
                                                          ORSECK, UNTEREINER & SAUBER LLP
                                                          2000 K Street, N.W., Fourth Floor
                                                          Washington, DC 20006
                                                          Telephone: (202) 775-4500
                                                          Facsimile: (202) 775-4510
                                                          hsmith@robbinsrussell.com

Dated: September 20, 2019