# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, )<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors*. | Case No. 1:19-cv-01974-TNM |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Before the Court is a motion for leave to file a brief of *amici curiae* by Geraldine R. Gennet, Kerry W. Kircher, Irvin B. Nathan, William Pittard, Thomas Spulak, and Charles Tiefer.

Good cause appearing and all parties having consented, it is hereby **ORDERED** that the Motion For Leave To File Brief As *Amici Curiae* is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____                                   _____
                                                    Hon. Trevor N. McFadden
                                                    United States District Judge