IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br>    *Defendants,*<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendant-Intervenors.* | No. 1:19-cv-1974 (TNM) |

**MOTION FOR ADMISSION *PRO HAC VICE***

  COMES NOW the undersigned as sponsoring member of the Bar of this Court and pursuant to LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia, moves the Court for an order granting admission *pro hac vice* of Laurence H. Tribe to appear and participate in the proceedings in this Court in the above-referenced action as counsel for amici Constitutional Law Scholars in support of Plaintiff Committee on Ways and Means, United States House of Representatives. The grounds for this motion are set forth in the signed declaration of Mr. Tribe, which is incorporated herein and filed herewith.

  The undersigned is a member in good standing of the Bar of the United States District Court for the District of Columbia and will be associated with Mr. Tribe, who is a law professor at Harvard Law School, for this case.

  WHEREFORE, for these and other reasons, we respectfully request that the Court grant this motion and enter the order for admission *pro hac vice*.

Respectfully submitted this 20th day of September, 2019.

/s/ *Joshua A. Matz*
Joshua A. Matz, D.C. Bar No. 1045064
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Tel:  (212) 763-0883
Fax:  (212) 564-0883
jmatz@kaplanhecker.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

      I hereby certify that true copies of the above document and its attachments were served upon counsel of record by the Electronic Case Filing System on September 20, 2019. In addition, the following individual is being served via FedEx:

      Duane Morley Cox
      1199 Cliffside Dr.
      Logan, UT 84321

/s/ *Joshua A. Matz*
Joshua A. Matz
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Tel:  (212) 763-0883
Fax:  (212) 564-0883
jmatz@kaplanhecker.com

*Counsel for Amici Curiae*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br>   *Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>   *Defendant-Intervenors*. | No. 1:19-cv-1974 (TNM) |

**DECLARATION OF LAURENCE H. TRIBE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, LAURENCE H. TRIBE, declare and certify the following:

1. My full name is Laurence Henry Tribe.

2. My address and telephone number are:

   Harvard Law School
   1575 Massachusetts Avenue
   Cambridge, MA 02138
   T: 617-495-1767
   F: 617-496-4947

3. I have been admitted to practice in the courts listed on the attached Schedule A.

4. I am in good standing with all of the courts listed in Schedule A and have not been disciplined by any bar.

5. Within the past two years, I have not been admitted *pro hac vice* in this Court.

6. I am law professor at Harvard Law School.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted this 20th day of September, 2019.

*/s/ Laurence H. Tribe*
Laurence H. Tribe, California Bar No. 39441
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138
T:  617-495-1767
F:  617-496-4947
larry@tribelaw.com

*Counsel for Amici Curiae*

Schedule A

| | |
|---|---|
| Supreme Court of the United States | 10/2/78 |
| State of California | 12/23/66 |
| Supreme Judicial Court of Massachusetts | 8/13/78 |

U.S. District Court:

    Massachusetts — 9/25/78

U.S. Court of Appeals for:

| | |
|---|---|
| 1st Circuit | 11/03/80 |
| 2nd Circuit | 09/14/82 |
| 3rd Circuit | 07/10/91 |
| 4th Circuit | 10/07/93 |
| 5th Circuit | 04/29/97 |
| 6th Circuit | 06/23/98 |
| 7th Circuit | 10/08/99 |
| 8th Circuit | 06/22/98 |
| 9th Circuit | 05/31/79 |
| 10th Circuit | 04/14/98 |
| 11th Circuit | 06/23/98 |
| DC Circuit | 11/30/77 |
| Federal Circuit | 12/7/93 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>　　　　　*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br>　　　　　*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　*Defendant-Intervenors*. | No. 1:19-cv-1974 (TNM) |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF LAURENCE H. TRIBE**

Under consideration of the motion of Joshua A. Matz, D.C. 1045064, an active member of the bar of this Court, for the admission *pro hac vice* of Laurence H. Tribe, and for good cause shown, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Laurence H. Tribe is GRANTED, and that Laurence H. Tribe be, and hereby is, admitted *pro hac vice* to appear and participate as counsel in the above-referenced action under LCvR 83.2(d) of the Rules of the United States District Court for the District of Columbia.

　　　　IT IS SO ORDERED.

DATED:_____　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies of this Order to be served on the following:

　　Duane Morley Cox
　　1199 Cliffside Dr.
　　Logan, UT 84321