IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br>*Defendants,*<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | No. 1:19-cv-1974 (TNM) |

**DECLARATION OF LAURENCE H. TRIBE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, LAURENCE H. TRIBE, declare and certify the following:

1. My full name is Laurence Henry Tribe.

2. My address and telephone number are:

   Harvard Law School
   1575 Massachusetts Avenue
   Cambridge, MA 02138
   T: 617-495-1767
   F: 617-496-4947

3. I have been admitted to practice in the courts listed on the attached Schedule A.

4. I am in good standing with all of the courts listed in Schedule A and have not been disciplined by any bar.

5. Within the past two years, I have not been admitted *pro hac vice* in this Court.

6. I am law professor at Harvard Law School.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted this 20th day of September, 2019.

*/s/ Laurence H. Tribe*
Laurence H. Tribe, California Bar No. 39441
Harvard Law School
1575 Massachusetts Avenue
Cambridge, MA 02138
T:  617-495-1767
F:  617-496-4947
larry@tribelaw.com

*Counsel for Amici Curiae*

Schedule A

| | |
|---|---|
| Supreme Court of the United States | 10/2/78 |
| State of California | 12/23/66 |
| Supreme Judicial Court of Massachusetts | 8/13/78 |

U.S. District Court:

    Massachusetts — 9/25/78

U.S. Court of Appeals for:

| | |
|---|---|
| 1st Circuit | 11/03/80 |
| 2nd Circuit | 09/14/82 |
| 3rd Circuit | 07/10/91 |
| 4th Circuit | 10/07/93 |
| 5th Circuit | 04/29/97 |
| 6th Circuit | 06/23/98 |
| 7th Circuit | 10/08/99 |
| 8th Circuit | 06/22/98 |
| 9th Circuit | 05/31/79 |
| 10th Circuit | 04/14/98 |
| 11th Circuit | 06/23/98 |
| DC Circuit | 11/30/77 |
| Federal Circuit | 12/7/93 |