**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMITTEE ON WAYS AND
MEANS, UNITED STATES HOUSE
OF REPRESENTATIVES,
                    *Plaintiff,*

        v.

UNITED STATES DEPARTMENT                    No. 1:19-cv-1974 (TNM)
OF THE TREASURY, *et al.,*
                    *Defendants,*

DONALD J. TRUMP, *et al.,*

                    *Defendant-Intervenors.*

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF LAURENCE H. TRIBE**

Under consideration of the motion of Joshua A. Matz, D.C. 1045064, an active member of

the bar of this Court, for the admission *pro hac vice* of Laurence H. Tribe, and for good cause

shown, it is HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Laurence H.

Tribe is GRANTED, and that Laurence H. Tribe be, and hereby is, admitted *pro hac vice* to appear

and participate as counsel in the above-referenced action under LCvR 83.2(d) of the Rules of the

United States District Court for the District of Columbia.


        IT IS SO ORDERED.

DATED:_____            _____
                                   UNITED STATES DISTRICT JUDGE


Copies of this Order to be served on the following:

        Duane Morley Cox
        1199 Cliffside Dr.
        Logan, UT 84321