# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMITTEE ON WAYS AND MEANS, U.S. HOUSE OF REPRESENTATIVES,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF THE TREASURY et al.,

*Defendants*.

No. 1:19-cv-1974 (McFadden, J.)

**[PROPOSED] ORDER**

Before me, pursuant to Local Civil Rule 7, is the motion of constitutional law scholars Lee Bollinger, Michael Dorf, Walter Dellinger, Pamela S. Karlan, Harold Hongju Koh, Norm Ornstein, Leah Litman, Judith Resnik, Geoffrey Stone, and David Strauss for leave to file an amicus curiae brief, a copy of which is attached as Exhibit A to said motion, in support of Plaintiff's opposition to Defendants' motion to dismiss. Having considered the Motion and the record in this case,

IT IS ORDERED that the Motion be GRANTED.

Dated: ___________________
Washington, D.C.

______________________________
Hon. Trevor N. McFadden
United States District Judge