## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) No. 1:19-cv-1974 (TNM) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* | ) ) ) |
| *Defendants*, | ) ) |
| DONALD J. TRUMP, *et al.*, | ) ) |
| *Defendant-Intervenors.* | ) ) |

### CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Local Rule 7(e), Defendants United States Department of the Treasury, et al., and Defendant-Intervenors Donald J. Trump, et al., respectfully move for leave to file a consolidated Reply Memorandum in support of their Motion to Dismiss of up to 40 pages. The Court has previously granted Defendants and Defendant-Intervenors leave to file a sixty-page memorandum in support of their Motion to Dismiss, *see* Minute Order dated September 4, 2019, and it has granted Plaintiff leave to file a sixty-five-page opposition to that Motion, *see* Minute Order dated September 19, 2019. Defendants and Defendant-Intervenors respectfully submit that the requested extension will permit them to best assist the Court in resolving the significant questions presented by Defendants' and Defendant-Intervenors' Motion to Dismiss.

Pursuant to Local Rule 7(m), counsel for Defendants conferred with counsel for Plaintiff, who consent to the relief requested herein.

Dated: September 27, 2019                    Respectfully submitted,


                                             JOSEPH H. HUNT
                                             Assistant Attorney General

                                             JAMES M. BURNHAM
                                             Deputy Assistant Attorney General

                                             ELIZABETH J. SHAPIRO
                                             Deputy Director

                                             JAMES J. GILLIGAN
                                             Special Litigation Counsel

                                             */s/ Steven A. Myers*
                                             STEVEN A. MYERS (NY Bar No. 4823043)
                                             SERENA M. ORLOFF (CA Bar No. 260888)
                                             ANDREW M. BERNIE (DC BAR No. 995376)
                                             Trial Attorneys
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             1100 L Street, NW
                                             Washington, DC 20005
                                             Tel: (202) 305-8648 | Fax: (202) 616–8470
                                             steven.a.myers@usdoj.gov

                                             *Attorneys for Defendants*

                                             */s/ William S. Consovoy*

                                             William S. Consovoy (D.C. Bar #493423)
                                             Cameron T. Norris
                                             Steven C. Begakis
                                             CONSOVOY MCCARTHY PLLC
                                             1600 Wilson Boulevard, Suite 700
                                             Arlington, VA 22209
                                             (703) 243-9423
                                             will@consovoymccarthy.com

                                             Patrick Strawbridge
                                             CONSOVOY MCCARTHY PLLC
                                             Ten Post Office Square, 8th Floor
                                             South PMB #706
                                             Boston, Massachusetts 02109
                                             (617) 227-0548

                                             *Attorneys for Defendant-Intervenors*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* | ) No. 1:19-cv-1974 (TNM) ) ) ) |
| *Defendants*, | ) ) |
| DONALD J. TRUMP, *et al.*, | ) ) |
| *Defendant-Intervenors*. | ) ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' and Defendant-Intervenors' Consent Motion for Leave to Exceed Page Limit, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that Defendants' and Defendant-Intervenors' forthcoming consolidated Reply Memorandum in support of their Motion to Dismiss may be up to 40 pages in length.

**IT IS SO ORDERED.**

Date: _____

_____
HON. TREVOR N. MCFADDEN
United States District Judge