UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, U.S. HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY ET AL.,<br><br>*Defendants*. | MOTION TO WITHDRAW APPEARANCE<br><br><br>No. 1:19-cv-1974 (McFadden, J.) |

## MOTION TO WITHDRAW APPEARANCE

PLEASE TAKE NOTICE, that Joshua Matz hereby withdraws his appearance as counsel for Amici Curiae, Constitutional Law Scholars. Laurence H. Tribe will remain counsel for amici.

Dated: October 15, 2019                                         Respectfully submitted,

                                                                 /s/ Joshua Matz
                                                                 Joshua Matz