AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Committee on Ways and Means ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-01974 |
| United States Department of the Treasury ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Constitutional Law Scholars .

Date: 11/01/2019

/s/Deepak Gupta
*Attorney's signature*

Deepak Gupta (DC bar number 495451)
*Printed name and bar number*
1900 L Street, NW, Suite 312
Washington, DC 20036

*Address*

deepak@guptawessler.com
*E-mail address*

(202) 888-1741
*Telephone number*

(202) 888-7792
*FAX number*