IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) No. 1:19-cv-1974 (TNM) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* | ) ) ) |
| *Defendants*, | ) ) ) |
| DONALD J. TRUMP, *et al.*, | ) ) |
| *Defendant-Intervenors.* | ) ) |

## **NOTICE**

Defendants and Defendant-Intervenors respectfully notify the Court that they intend to submit a response to Plaintiffs' Supplemental Memorandum, *see* ECF No. 71. Absent contrary direction from this Court, Defendants and Defendant-Intervenors will file their response not later than Tuesday, November 19, 2019.

Dated: November 13, 2019      Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

/s/   *Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)

        SERENA M. ORLOFF (CA Bar No. 260888)
        ANDREW BERNIE (DC Bar No. 995376)
        Trial Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883
        Washington, D.C. 20044
        Tel: (202) 305-0648
        Fax: (202) 305-8470
        Email: Steven.A.Myers@usdoj.gov

        *Attorneys for Defendants*


        */s/ William S. Consovoy*

        William S. Consovoy (D.C. Bar #493423)
        Cameron T. Norris
        Steven C. Begakis
        CONSOVOY MCCARTHY PLLC
        1600 Wilson Boulevard, Suite 700
        Arlington, VA 22209
        (703) 243-9423
        will@consovoymccarthy.com

        Patrick Strawbridge
        CONSOVOY MCCARTHY PLLC
        Ten Post Office Square, 8th Floor
        South PMB #706
        Boston, Massachusetts 02109
        (617) 227-0548

        *Attorneys for Defendant-Intervenors*