# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 19-5331                                         September Term, 2019

1:19-cv-02379-KBJ

**Filed On:** November 27, 2019

Committee on the Judiciary of the United
States House of Representatives,

       Appellee

      v.

Donald F. McGahn, II,

       Appellant

    **BEFORE:** Henderson, Rogers, and Griffith, Circuit Judges

## O R D E R

    Upon consideration of the emergency motion for stay pending appeal and for an immediate administrative stay pending disposition of the stay motion, it is

    **ORDERED** that the district court's order filed November 25, 2019, be administratively stayed pending further order of this court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the appeal and should not be construed in any way as a ruling on the merits of either the motion for stay pending appeal or the appeal. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2018). It is

    **FURTHER ORDERED**, on the court's own motion, that the parties brief the merits of this appeal pursuant to the following schedule:

| | |
|---|---|
| Brief of Appellant | Monday, December 9, 2019 |
| Appendix | Monday, December 9, 2019 |
| Brief of Appellee | Monday, December 16, 2019 |
| Reply Brief of Appellant | Thursday, December 19, 2019 |

    The parties are directed to file their briefs and appendix and hand deliver the paper copies to the Clerk's Office by 4:00 p.m. on the date due. It is

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-5331**                      **September Term, 2019**

     **FURTHER ORDERED** that oral argument be scheduled before this panel at 9:30 a.m. on Friday, January 3, 2020.

     All issues and arguments must be raised by appellant in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

     To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 41 (2018); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

     All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

### Per Curiam

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                    BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk