



RECEIVED

DEC 0 2 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# United States of America, Appellee, v. Gary Apker, Appellant, 101 F.3d 75 (8th Cir. 1996)

## U.S. Court of Appeals for the Eighth Circuit - 101 F.3d 75 (8th Cir. 1996)

**Submitted Sept. 20, 1996. Decided Dec. 6, 1996. Rehearing and Suggestion for Rehearing En Banc Denied March4, 1997. \***

Michael T. Levy, Omaha, NE, for appellant.

Daniel Alan Morris and Michael G. Heavican, U.S. Attorneys, Omaha, NE, for appellee.

Before McMILLIAN, Circuit Judge, HENLEY, Senior Circuit Judge, and MORRIS SHEPPARD ARNOLD, Circuit Judge.

MORRIS SHEPPARD ARNOLD, Circuit Judge.

A certificate of appealability is not available to the petitioner in this case because petitioner is not asserting the denial of a constitutional right. See Hohn v. United States, 99 F.3d 892 (8th Cir. 1996) (per curiam) . We are therefore obligated to deny the certificate.

HENLEY, Senior Circuit Judge, concurring in the result.

I join in the decision of the panel to deny Apker's request for a certificate of appealability because I believe we are obliged to do so under Hohn v. United States, 99 F.3d 892 (8th Cir. 1996), which represents the law of this circuit. I disagree, however, with the reasoning of the Hohn decision and therefore concur only in the result. Because of the importance of the issue raised by both Hohn and Apker, the court may wish to take one of these cases for en banc review.

There are at least two reasons why Apker's claim that he was convicted and sentenced in violation of the Supreme Court's decision in Bailey v. United States, --- U.S. ----, 116 S. Ct. 501, 133 L. Ed. 2d 472 (1995),

should be considered on the merits. First, it is doubtful Congress intended in its 1996 habeas revisions to bar appeals of claims that a conviction violates federal law. 18 U.S.C. § 2255 states that inmates may challenge their confinement on grounds that it violates either "the Constitution or laws of the United States." Thus, to me it makes little sense to limit appeals from denials of habeas relief to violations of the Constitution only and to hold that claims resting on interpretation of federal law are not appealable.

Second, even if Congress did intend to so limit appeals from denials of Section 2255 relief, Apker's appeal states a constitutional claim. For the reasons set forth in the dissent by Judge McMillian in Hohn, the unlawful application of the federal statute here--convicting and punishing Apker for conduct which does not fall within the terms of the weapons statute as construed by the Supreme Court in Bailey--denies Apker due process of law. Apker should be allowed to raise this issue on appeal.

For the stated reasons I respectfully concur in the result.


Judge McMillian would grant the suggestion

No. _____

In The

Supreme Court of the United States

++++++++++++++++++++++++++++++++++++++++++++

In re Duane Morley Cox,

++++++++++++++++++++++++++++++++++++++++++

On Petition For Extra Ordinary Writ

Seeking Declaratory Judgement

++++++++++++++++++++++++++++++++++++++++++

Duane Morley Cox, Pro Se
1199 Cliffisde Dr.
Logan, Utah 84321
Ph: 801-755-3578

Now Comes, Petitioner, seeking an Extra

Ordinary Writ and Declaratory Relief through Chief

Justice, John Roberts, who would preside at any

formal Impeachment Proceedings in the Senate.

Constitutional Question Presented

1.      Did Respondent, as Speaker of the House of

Representatives, violate Art. I, Sec. 2, Clause 5 of the

U.S. Constitution when Respondent initiated an

Impeachment Inquiry on President Trump without a

vote of the House Members, thus depriving Petitioner

Pg i

his right to representation and violating the
fundamental principle "that the people should choose
whom they please to govern them" <u>Powell</u>, 395 U.S.
486,  2nd from last para. (1969)

Justification Of Writ

This petition is deemed necessary to vindicate
the Constitutional rights of Mr. Cox, which rights are
the right to be represented in Congress by his duly
elected Representative from the 1st District of the
State of Utah.  And which rights were unjustly denied
when the Speaker of the House of Representatives
usurped the Constitutional Power of the House under
Art. I, Sec. 2, Clause 5 of the U.S. Constitution to
Initiate an Impeachment Inquiry (Proceeding), by
unilaterally announcing the initiation of such an
inquiry without allowing the members of the House to
vote on that issue, thus denying Mr. Cox's
Constitutional right to be represented on this most

Pg ii

important of all issues.

This Writ is important to this court's appellate jurisdiction where in all previous instances of Impeachment of a President the full House (all members) participated in this important decision.  And this Court has the important duty of interpreting the Constitution to assure that injustice to all, including the People who delegated powers to the three branches of the government, is avoided.

Exceptional circumstances exist where the House Committees are already issuing subpoenas and planning on an expedited schedule to proceed with the inquiry, even though the planned Inquiry process benefits only the Democratic members of Congress, the Democratic Presidential Candidates, and the Speaker herself, while trampling upon the Constitutional rights of the millions of voters including Mr. Cox whose elected representatives were illegally and

Pg iii

unconstitutionally denied their rights to
representation in the decision making process.

Because this issue is clearly an Issue of First
Impression, and is alleged to violate the Constitutional
rights of millions of voters who would oppose the
Inquiry, including Mr. Cox, this issue cannot afford to
be litigated through the lower Courts.  Further, the
House Committees are already issuing what may be
invalid or unconstitutional subpoenas which will
undoubtedly be contested, perhaps unnecessarily
clogging the lower courts with litigation and causing
unnecessary expense and inconvenience to many
individuals, as well as unconstitutionally diverting the
attention of the President from his duties in
contradiction to the principles articulated by this
Court in <u>Nixon v. Fitzgerald</u>, 457 U.S. 731.

Adequate relief cannot be obtained without
expedited consideration by the U.S. Supreme Court.

Pg iv

Table Of Contents

| Topic | Page |
|---|---|
| Constitutional Question Presented ................. | i |
| Justification Of Writ ......................................... | ii |
| Table Of Contents ............................................ | v |
| Table of Authorities ........................................ | v |
| Parties To The Case ......................................... | 1 |
| Jurisdiction And Venue .................................... | 1 |
| Standing ............................................................ | 1 |
| Facts Relevant ................................................. | 2 |
| Arguments ........................................................ | 12 |
| Conclusions ...................................................... | 20 |
| Relief Sought ................................................... | 21 |

Table Of Authorities

| Referemce | Page(s) |
|---|---|
| In re Request for Access to Grand Jury (Records), 833 F.2d 1438 (11th Cir.) ................... | 15 |
| Nixon v. Fitzgerald, 457 U.S. 731 ..... | iv, 3, 4, 5, 15 |

Pg v

Referemce                                                                                Page(s)

Nixon v. United States, 506 U.S. 224 m ..............    13

Powell, 395 U.S. 486 (1969) ................................    ii, 2

Appeal in Trump v. Mazars, U.S. Ct. App.
(No. 1:19-5142) ......................................................    3, 4

Declassified Memorandum Of Telephone
Conversation Dated 24 Sept 2019 .....   7, 8, 10, 11, 12

Trump v. Mazars et. al. (1:19-cv-01136) .................    3

Ways & Means v. Treasury & Donald J.
Trump (1:19-cv-01974) ........................................    3,4

Whistleblower Letter To Richard Burr & Adam
Schiff Dated 12 August 2019 .............   7, 8, 9, 10, 12

Art. I, Sect 2, U.S. Constitution ............................    13

Art. I, Sec. 2, Clause 2, U.S. Constitution ....   i, ii, 12

Art. I, Sec 6, Clause 1, U.S. Constitution ...........    14

## Parties To The Case

2.     Plaintiff is Duane Morley Cox of 1199 Cliffside Dr., Logan, Utah 84321 - who is a supporter of President Donald J. Trump, who voted for him in 2016, and lives in Utah's 1st Congressional District which is Represented in the House of Representatives by Republican Rob Bishop.

3.     Respondent is Nancy Pelosi in her official capacity as Speaker of the House of Representatives.

## Jurisdiction and Venue

4.     The venue is correct, and the U.S. Supreme Court has subject matter jurisdiction because this Court has the duty to Interpret the Constitution.

## Standing

5.     Plaintiff, has standing as an aggrieved voter where Respondent unilaterally decided to initiate an Impeachment Inquiry on President Trump without

Pg 1

allowing the full house to vote on whether or not to initiate an Impeachment Inquiry, thus denying Petitioner his right to representation (FN-1).

## Facts Relevant

6.  From the day that Donald J. Trump was sworn in as President, the opposition party has called for his impeachment.

7.  Congresswoman Maxine Waters has repeatedly stated that President Trump should be impeached.

8.  Various Congresspersons have expressed their belief that the Mueller Report would provide grounds for impeachment. But the report found no "Collusion with the Russians", and the DOJ held that there had been no "Obstruction".

9.  Democratic Congressman Elijah Cummings thru the House Oversight Committee filed a subpoena

FN-1:  In *Powell*, 395 U.S. 486 13 voters in the 18th Congressional District of New York were granted standing on similar grounds.

Pg 2

against Mazars in attempt to "investigate" President Trump's personal financial affairs and those of his various business entities in an effort to identify some impeachable conduct.

9a.    President Trump filed a lawsuit to block the Committee's efforts (1:19-cv-01136).

9b.    Petitioner in this case filed a Motion for Leave To File An Amicus Brief challenging the District Courts Jurisdiction pursuant to the precedent of Nixon v. Fitzgerald, 457 U.S. 731, but instead of accepting Petitioner's Brief, the District court erred by expediting the case and dismissing the lawsuit by President Trump without ruling on the Jurisdictional issue which Petitioner sought to raise.

9c.    After Trump appealed to the D.C. Court of Appeals (No. 19-5142), Petitioner filed a Motion For Leave To File An Amicus Brief on the Jurisdictional

Pg 3

Grounds pursuant to the precedent of <u>Nixon v. Fitzgerald</u>, 457 U.S. 731, which Brief was accepted.

9d.    Oral arguments on the merits was held on 12 July 2019, but no decision has been rendered.

9e.    It is on information and belief that no decision has yet been rendered because the Court of Appeals has no record before it from the District Court concerning the Jurisdictional issue raised by Petitioner, which Court is awaiting a decision on this same Jurisdictional issue from the case of Ways & Means Committee v. Treasury & Donald J. Trump (1:19-cv-01974).

10.    In parallel, the House Financial Services Committee, Chaired by Democrat Maxine Watters served subpoenas on Deutsche Bank et. al. seeking access to the bank records of Donald J. Trump, family members and related business entities for the purpose

Pg 4

of trying to find reasons for Impeachment of President Trump.  This matter is now on Appeal in the Second Circuit.

11.    Also in parallel, the House Ways and Means Committee, chaired by Democrat Richard Neal, filed a lawsuit against the Treasury et. al. seeking access to the tax returns and related records of President Trump and his business entities for the same purpose of trying to identify impeachable offenses.

11a    President Trump and his business entities were allowed to Intervene, and Petitioner was allowed to file an Amicus Brief arguing for Dismissal for lack of Jurisdiction pursuant to the precedent of  Nixon v. Fitzgerald, 457 U.S. 731.

12.    But when these subpoena initiatives got bogged down in the courts, the restless Democrat House members cried out that the act of challenging

Pg 5

subpoenas was "Obstruction of Congress" and grounds

for Impeachment.

13.    Many of the Democratic Presidential candidates

have also gone on the record in favor of Impeaching

the President.

14.    There are approximately 10 Democratic

Representatives which were elected in 2016 in

Districts won by President Trump in 2016.

15.    If these 10 vulnerable seats now held by

Democrats are won by Republicans in 2020, the

Respondent, Nancy Pelosi would be in danger of losing

her position as Speaker of the House.

16.    Then in late September 2019, it became known

that an alleged "Whistle blower" had formally reported

an "urgent concern" pertaining to a telephone call

between the President of Ukraine and President

Trump.

17.     It is on information and belief that the three
prior Impeachment Proceedings against Presidents
were initiated by vote of the full House of
Representatives.

18.     Without waiting for the release of the actual
text of the alleged "Whistle blower" letter of concern or
the transcription of the Telephone Conversation,
between the President and the President of Ukraine,
Respondent, and without taking a vote by the full
House of Representatives, Respondent held a news
conference to declare that the House was undertaking
an Impeachment Inquiry against the President to
investigate the substance of the "Whistle blower's"
concerns.

19.     Later that same day, the alleged "Whistle
blower's" letter of concern to Chairmen Richard Burr
and Chairman Shiff dated 12 August 2019 (Letter)

Pg 7

was made public, as was a declassified copy of the

Memorandum Of Telephone Conversation between

President Trump and the President of the Ukraine

(Telephone Call).

20.   The alleged "Whistle blower's" letter states in

relevant parts:

> "I was not a direct witness to most of the events
> described" Letter, Pg 1; I found my colleagues
> accounts of these events to be credible" Letter,
> Pg 1, ... a variety of information ... has been
> reported publicly." Letter, Pg 1; "Multiple
> White House officials with direct knowledge of
> the call informed me" Letter, Pg 2; "According
> to the White House officials who had direct
> knowledge of the call" Letter, Pg 2; "I do not
> know which side initiated the call" Letter, Pg
> 2; "The White House officials who told me this
> information" Letter, Pg 3; "They told me that
> there was a "discussion ongoing"" Letter, Pg
> 3"I was told by White House Officials" Letter,
> Pg 3; "Based upon my understanding" Letter,
> Pg 3; "The officials I spoke with told me"
> Letter, Pg 3; "I do not know whether anyone
> was physically present with the President
> during the call." Letter, Pg 3; "I learned from
> multiple U.S. Officials" Letter, Pg 3;  "White
> House officials told me" Letter, Pg 3; "one
> White House official described this act" Letter,
> Pg 8

Pg 4 "I do not know whether similar measures were taken" Letter, Pg 4; "Based upon multiple readouts of these meetings recounted to me" Letter, Pg 4 "I also learned from multiple officials that" Letter, Pg 4; "The U.S. officials characterized this meeting" Letter, Pg 4; "Separately, multiple officials told me" Letter, Pg 4; "I do not know whether those officials met or spoke with" Letter, Pg 4: "but I was told separately by multiple U.S. officials" Letter, Pg 4; "a series of articles appeared in an online publication called *The Hill*" Letter, Pg 4; "I do not know the extent to which, if at all, Mr. Giuliani is directly coordinating his efforts on Ukraine with Attorney General Barr or Mr. Duram." Letter, Pg 5; "On or about 29 April, I learned from U.S. officials that" Letter, Pg 6; "Around the same time, I also learned from a U.S. official that" Letter, Pg 6; "However, several U.S. Officials told me that" Letter, Pg 6; "On 9 May, *The New York Times* reported" Letter, Pg 6; "I do not know" Letter, Pg 6, Footnote 11; "Starting in mid-May, I learned from multiple U.S. officials that they were" Letter, Pg 7; "These officials told me" Letter, Pg 7; "During this same time frame, multiple U.S. officials told me" Letter, Pg 7; "This was the general understanding of the state of affairs as conveyed to me by U.S. officials from late May into early June." Letter, Pg 7; "I do not know who delivered this message" Letter, Pg 7; "According to multiple White House officials I spoke with" Letter, Classified Appendix, Section II; "According to information I received Pg 9

from White House officials, some officials voiced concerns" Letter, Classified Appendix, Section II; "According to White House officials I spoke with" Letter, Classified Appendix, Section II; "As I do not know definitively whether the below mentioned decisions are connected" Letter, Classified Appendix, Section IV; "I learned from U.S. officials that" Letter, Classified Appendix, Section IV; "I also do not know whether this action was connected with the broader understanding" Letter, Classified Appendix, Section IV;  "I heard from U.S. Officials that some Ukraine officials were aware" Letter, Classified Appendix, Section IV; and "I do not know how or when they learned of it" Letter, Classified Appendix, Section IV.

21.     The Transcript of the Telephone Call between

President Trump and President Zelenskyy states in

relevant parts:

"(President Zelenskyy) ... to tell you the truth, we are trying to work hard because we wanted to drain the swamp. ... (President Trump) I would like you to do us a favor though because our country has been through a lot, and Ukraine knows a lot about it.  I would like you to find out what happened with this whole situation with Ukraine ... that whole nonsense ended with a very poor performance by a man named Robert Mueller, an incompetent performance, but they

Pg 10

say a lot of it started with Ukraine.  Whatever you can do, it's very important that you do it if that's possible.  (President Zelenskyy)  Yes it is very important for me and everything that you just mentioned earlier. ... I also plan to surround myself with great people and in addition to that investigation, I guarantee as President of Ukraine that all the investigations will be done quickly and candidly.  That I can assure you.  (President Trump) Good because I heard you had a prosecutor who was very good and he was shut down and that's really unfair.  A lot of people are talking about that, the way they shut your very good prosecutor down and you had some very bad people involved. ... The former ambassador ... the woman, was bad news so I just want you let you know that.  The other thing, there's a lot of talk about Biden's son, that Biden stopped the prosecution and a lot of people want to find out about that so whatever you can do ... would be great.  Biden went around bragging that he stopped the prosecution so if you can look into it... It sounds horrible to me.  (President Zelenskyy) I wanted to tell you about, the prosecutor.  First of all I understand and I'm knowledgeable about the situation. Since we won the absolute majority in our Parliament, the next prosecutor general will be 100% my person, my candidate ... He or she will look into the situation ... The issue of the investigation of the case is actually the issue of making sure to restore the honesty so we will take care of that and will work on the investigation of the case.  On top of that, I

Pg 11

would kindly ask you if you have any additional information that you can provide to us, it would be very helpful for the investigation to make sure that we administer justice in our country with regard to the Ambassador to the United States from Ukraine. Declassified Transcript of Telephone Call dated 24 September 2019

22.    It is on information and belief that both the "Letter" and the Transcript of the Telephone Call were provided to the Justice Department for investigation.

23.    President Trump's response to the Pelosi announcement that the House would begin an Impeachment Inquiry was something like: "This is War".

## Arguments

24.    The facts included at Indentures 1-13 are included by reference here-in.

25.    Respondent violated Art. I, Sec. 2, Clause 5 of the U.S. Constitution

Art. I, Sec. 2, Clause 5 of the U.S. Constitution declares that:

Pg 12

"The House of Representatives ... shall have the sole Power of Impeachment."

This Court has held that:

"We think that the word "sole" is of considerable significance. ... The dictionary definition bears this out. "Sole" is defined as "having no companion," "solitary," "being the only one," and "functioning . . . independently and without assistance or interference." Webster's Third New International Dictionary 2168 (1971)." Nixon v. United States, 506 U.S. 224

But who is the House?  Art. I, Sec. 2 states:

"The House of Representatives shall be composed of Members chosen every second Year by the People of the several States."

Petitioner argues that the plain language of the Constitution declares that the House is comprised of Representatives chosen by the "People", therefore, it is the collective duty of all the Representatives acting in unison as the House, and not just the Speaker, to control or vote upon the initiation of an Impeachment including whether or not an Impeachment Inquiry is

Pg 13

to be initiated and which committee(s) are to be involved.

And where Respondent, as Speaker, unilaterally decided, without a vote by all of the Representatives of the "People" as to whether or not an Impeachment Inquiry is to go forward, that the "People" including Petitioner, are disenfranchised in violation of the U.S. Constitution, and the conduct of Respondent is in violation of the Constitution.

26.   Respondent has no immunity under the Speech and Debate Clause of the U.S. Constitution for her Personal Conduct

The Speech and Debate Clause (Article I, Section 6, Clause 1) states:

> "Members of both Houses of Congress ... shall in all cases, except Treason, Felony, and Breach of the Peace, be privileged from Arrest during their attendance at the Session of their Respective Houses, and in going to and from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place."

Pg 14

It is argued that Respondent was not engaged in Legislative Speech or Debate when she announced her unilateral decision to proceed with an Impeachment Inquiry <u>because such a declaration is reserved by the Constitution to the House and not to the Speaker of the House</u>.   Thus, Respondent was acting outside of her Constitutional Legislative prerogatives, and No one is above the Constitution, thus the protections of the Speech and Debate Clause are inoperative because her conduct was in fact "personal".  Petitioner argues that the Respondent Speaker has no immunity from legal actions for her personal conduct as held by this Court in the Precedent of <u>Nixon v. Fitzgerald</u>, which was later adopted by the Judiciary in its Precedent of <u>In re Request for Access to Grand Jury</u> (Records), 833 F.2d 1438 (11th Cir. 1987).

27.   Respondent has no immunity under the Speech and Debate Clause of the U.S. Constitution where her conduct to

Pg 15

unilaterally initiate an Impeachment
Inquiry was and is a Breach of the Peace

The Democratic House leadership has been

seeking grounds for Impeachment since the day that

President Trump was Inaugurated (F @6).  Maxine

Waters in particular has repeatedly called for Trump's

impeachment (F @7).  They pinned their hopes on the

Mueller Report, to no avail (F @8).  So the various

House Committee Members sought to subpoena years

and years of Trump's financial records and tax returns

so they could "examine" them hoping to find something

they could use for Impeachment purposes (F @9 thru

11a), but these actions are now bogged down in the

Federal Courts, so Congress House members and

sympathetic media clamor that the President is guilty

of "Obstructing" the Congress in its investigations (F

@ 12).  But this is nonsense because by the very fact

that the House Committee have initiated legal process
Pg 16

in the Courts, the right to resist subpoenas is standard

procedure, not an "Obstruction of Congress".

So, beset with the inability to "find" a reason to

Impeach, and pressured by the Dem. Presidential

candidates who wanted and demanded Impeachment

(F @13), apparently because they knew that they

couldn't defeat Trump in 2020, and faced with the

concern for the 10 or so Democrat members elected

from Districts won by President Trump in 2016 (F

@14) which seats could be lost if they were required to

vote on Impeachment (F @15), and knowing that the

Respondent might lose her position as Speaker of the

House (F @15) , Respondent jumped at the knowledge

of the existence of a reputed "Whistleblower" report

had been filed alleging improper conduct by President

Trump (F @ 16), Respondent unilaterally decided to

initiate an Impeachment inquiry (F @18-19) without

having the members of the House vote on the issue (F @18) even before the "Whistleblower" Letter, and the related declassified Telephone Call between Trump and the President of Ukraine were made publicly available (F @19).

And then when the Letter and declassified Transcript of the Telephone Call became available, and it became apparent that the Telephone Call was a perfectly legal call between two Presidents, both of whom were concerned about possible corrupt conduct by some to each Countries citizens (F @ 21), that President Trump was simply fulfilling his Constitutional Duty to see that the laws of the United States were being faithfully executed, and that the reputed "Whistleblower" admitted some 42 times in his Letter (F @20) that he (or she) did not know what was going on, or relied upon second or third hand

Pg 18

information - the Respondent doubled down on her violation of the Constitution and her trampling on the rights of voters whom she realized she was disenfranchising, and continued down the path of an Impeachment Inquiry designed to among many things to assure that she would personally benefit by retaining her position as Speaker of the House while causing an instantaneous Breach of the Peace throughout the electorate and between duly elected members of Congress and between Congress and the President who has stated that "this is war" (F @23) which will now continue and grow more rancorous as the months weeks and months go by.  All because the Democratic members of Congress, the Democratic Candidates and the Speaker herself seek personnel gain by tarnishing the reputation of the President and perhaps removing him from office so that no

Pg 19

Democratic Candidate would have to face him in the

2020 election and Respondent could hold onto her

Speakership,  shutting down the productive channels

of government thereby depriving the electorate of

badly needed legislative actions on drugs, control of

the debt, immigration, etc. etc.,  while illegally and

unconstitutionally depriving approximately half of the

electorate of their right to representation by their

elected members of the House of Representatives.

## Conclusions

28.    It was indeed a sad day for America and the

Constitution to have Respondent usurp the powers of

the House to herself and disenfranchise approximately

half of the electorate in a clear power grab designed to

destroy our duly elected President,  forever damage

the separation of powers doctrine established by "We

the people", all for the personal gain of the

Respondent, the Democratic Party, and the 2020

Democratic Candidates.

## Relief Sought

29.     Petitioner respectfully prays that:

A.     This Court will Declare that the unilateral

initiation of the Impeachment Inquiry without a vote

of the duly elected Representatives of the House is a

violation of the U.S. Constitution,

B.     That this Court will Declare that the Act of

Respondent to unilaterally initiate an Impeachment

Inquiry without a vote by the members of the House

was not a valid legal act, and was in fact

Unconstitutional, such that the immunities of the

Speech and Debate Clause are not operative,

C.     That this Court will Declare that Respondent

Unconstitutionally and illegally sought personal gain

by her unilateral declaration of an Impeachment

Inquiry, and                         Pg 21

D.   That this Court will Declare that the
Impeachment Inquiry now in process is null and void
until the House itself exercises its Constitutionally
mandated authority as determined by a vote of the
whole membership to initiate Impeachment
proceedings of any kind against a sitting President of
the United States.

E.   That this Court immediately issue a temporary
Stay to any and all Impeachment related activities
against President Trump by the House of
Representatives pending the litigation of this Petition
or until the House convenes and the members of the
House are allowed to determine by vote of its whole
membership if Impeachment Proceedings are to be
initiated.

F.   That this Court declare that no one, not even
the Speaker of the House is above the Constitution.

Respectively Submitted:

Duane Morley Cox, Pro Se                    Date

Pg 23

## Certification Statement

I, Duane Morley Cox, Pro Se, do hereby swear that to the best of my knowledge, that I am in compliance with the requirements to file my Petition for Extra Ordinary Writ, and that by manual word count, my Petition, pages 1-23 contains 3120 words,

_____     _____
Duane Morley Cox, Pro Se          Date

Notary:

County of Cache:

State Of Utah:

That on _1_ October 2019, Duane Morley Cox, did appear before me, provided proper identification, and did swear that this Certification Statement is to the best of his knowledge true and correct.

_____
Notary

ASHLEY BEDKE
NOTARY PUBLIC • STATE OF UTAH
COMMISSION NO. 697569
COMM. EXP. 09/27/2021

## Certificate of Service

I, Duane Morley Cox, Pro Se does hereby swear that on 1 October 2019, that I have filed and served upon the below listed parties true and correct copies of the attached Petition For Extra Ordinary Writ Seeking Declaratory Judgement in 8 ½ by 11 format by first class mail postage prepaid, and that 40 copies in booklet format will be provided to the Court as soon as they are published.

Chief Justice, John Roberts
C/O Clerk of the U.S. Supreme Court (Original +10 Copies)
1 First Street, NE
Washington D.C. 20543
Ph: 202-479-3000

Nancy Pelosi, Speaker of The House
U.S. House of Representatives
Washington D.C. 20515
Ph: 202-225-1904


Duane Morley Cox, Pro Se                    1 Oct 2019
                                             Date

Morley and Jeanne Cox
1199 Cliffside Drive
Logan, UT 84321

U S DISTRICT COURT
DISTRICT OF COLUMBIA
CLERK
Room 1225
333 Constitution Ave. NW
Washington D.C. 20001







U.S. POSTAGE PAID
LOGAN, UT
84321
NOV 25, 19
AMOUNT
$1.60
R2304M112533-03