UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>Defendants,<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:19-cv-01974 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF the Motion to Lift Stay of the Committee on Ways and Means of the U.S. House of Representatives and any opposition thereto, it is

ORDERED that Plaintiff's Motion to Lift Stay is GRANTED.

IT IS FURTHER ORDERED that the parties are directed to brief the merits on a schedule to be set by the Court.

SO ORDERED.

Dated: _____

_____
HON. TREVOR N. MCFADDEN
United States District Judge