# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-1974 (TNM)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW APPEARANCE OF JAMES M. BURNHAM

I, James M. Burnham, hereby move to withdraw my appearance on behalf of Defendants in the above-captioned case because I am moving from the Civil Division to the Office of the Attorney General and will no longer have responsibility for this case. The United States will continue to be represented by other attorneys at the Department of Justice who have entered appearances in this case.

Dated: February 4, 2020

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　/s/ *James M. Burnham*
　　　　　　　　　　　　　　　　　JAMES M. BURNHAM (AZ Bar No. 034363)
　　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　950 Pennsylvania Ave, NW
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　Tel: (202) 353-2793
　　　　　　　　　　　　　　　　　Fax: (202) 305-8470
　　　　　　　　　　　　　　　　　Email: James.M.Burnham@usdoj.gov

　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon counsel of record by the Electronic Case Filing System on February 4, 2020.  In addition, the following individual is being served by first-class mail:

>Duane Morley Cox
>1199 Cliffside Dr.
>Logan, UT 84321

*/s/ James M. Burnham*
James M. Burnham
