**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* <br><br> *Defendants*, <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendant-Intervenors.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:19-cv-1974 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Lift Stay, Defendants' and Defendant-Intervenors' opposition to that motion, and the entire record herein, it is hereby:

ORDERED that the motion is DENIED. This case shall continue to be stayed pending a decision in *Comm. on the Judiciary, U.S. House of Reps. v. McGahn*, No. 19-5331 (D.C. Cir.).

**SO ORDERED.**

Date: _____                          _____
                                                HON. TREVOR N. MCFADDEN
                                                United States District Judge