AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Comm. on Ways and Means | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-1974-TNM |
| U.S. Dep't of Treasury, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendants Donald J. Trump, et al.                                                                 .

Date:  02/29/2020

/s/ Cameron T. Norris
*Attorney's signature*

Cameron T. Norris (Bar ID: VA083)
*Printed name and bar number*

Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
*Address*

cam@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*