**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-1974 (TNM) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF APPEARANCE**

Please take notice that, pursuant to Local Civil Rules 83.2(e) and 83.6(a), David M. Morrell hereby enters his appearance in the above-captioned matter as counsel of record for Defendants United States Department of the Treasury; Internal Revenue Service; Steven T. Mnuchin, in his official capacity as Secretary of the United States Department of the Treasury; and Charles P. Rettig, in his official capacity as Commissioner of the Internal Revenue Service.  Undersigned counsel hereby certifies that he is personally familiar with the Local Rules of this Court.

Dated: March 2, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel

ELIZABETH J. SHAPIRO
Deputy Director

/s/ *David M. Morrell*
DAVID M. MORRELL (DC Bar 1013411)
Deputy Assistant Attorney General
United States Department of Justice
Civil Division, Federal Programs Branch
950 Pennsylvania Ave, NW, Room 3137
Washington, D.C. 20530
Tel: (202) 353-2793
Fax: (202) 514-8071
Email: David.M.Morrell@usdoj.gov

*Attorneys for Defendants*