UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON WAYS AND MEANS,
UNITED STATES HOUSE OF
REPRESENTATIVES,

        *Plaintiff*,

  v.

UNITED STATES DEPARTMENT OF THE
TREASURY, *et al.*,

        *Defendants*,

DONALD J. TRUMP, *et al.*,

        *Defendant-Intervenors*.

Case No. 1:19-cv-01974-TNM

### [PROPOSED] ORDER

UPON CONSIDERATION OF the Motion to Vacate Hearing and For Supplemental Briefing on *McGahn* by the Committee on Ways and Means of the U.S. House of Representatives and any opposition thereto, it is

ORDERED that the March 5, 2020 hearing is vacated.

IT IS FURTHER ORDERED that the parties are directed to file 10-page supplemental briefs by March 13, 2020 on the effect of *McGahn* on this case.

SO ORDERED.

Dated:

                                        HON. TREVOR N. MCFADDEN
                                        United States District Judge