IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, ) ) ) ) ) *Plaintiff*, ) ) v. ) ) UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* ) ) ) ) *Defendants*, ) ) DONALD J. TRUMP, *et al.*, ) ) *Defendant-Intervenors.* ) ) | No. 1:19-cv-1974 (TNM) |

**DEFENDANTS' AND DEFENDANT-INTERVENORS' OPPOSITION
TO PLAINTIFF'S MOTION TO VACATE HEARING AND
FOR SUPPLEMENTAL BRIEFING ON MCGAHN**

Defendants and Defendant-Intervenors respectfully submit this opposition to Plaintiff's motion to vacate tomorrow's hearing in favor of simultaneous supplemental briefing. As set out in Defendants' and Defendant-Intervenors' Notice of Supplemental Authority, *see* ECF No. 84, the D.C. Circuit's recent decision in *Committee on the Judiciary v. McGahn*, No. 19-5331 (D.C. Cir. Feb. 28, 2020), requires that this case be dismissed—a proposition that Defendants and Defendant-Intervenors will be prepared to address at the hearing scheduled for March 5, 2020. Moreover, given the basis of the Court's holding—that "[l]awsuits to resolve interbranch informational disputes" do not constitute Article III cases or controversies (Op. 16)—Defendants and Defendant-Intervenors do not believe supplemental briefing is necessary. To the extent the Court disagrees, however, Defendants and Defendant-Intervenors would also be prepared to address a schedule for such briefing at the hearing.

Nevertheless, if the Court is inclined to vacate the March 5 hearing and order supplemental briefing, under no circumstances should the Court order the simultaneous briefing that Plaintiff proposes. If Plaintiff has a theory for why this case may proceed notwithstanding the decision in *McGahn*, the Court should require Plaintiff to articulate it, and then permit Defendants and Defendant-Intervenors the opportunity to submit a brief in opposition two weeks later.

Dated: March 4, 2020  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

/s/     Steven A. Myers
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 305-0648
Fax: (202) 305-8470
Email: Steven.A.Myers@usdoj.gov

*Attorneys for Defendants*

 /s/ William S. Consovoy

William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

        Patrick Strawbridge
        CONSOVOY MCCARTHY PLLC
        Ten Post Office Square, 8th Floor
        South PMB #706
        Boston, Massachusetts 02109
        (617) 227-0548

        *Attorneys for Defendant-Intervenors*