# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | No. 1:19-cv-1974 (TNM) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Vacate Hearing and for Supplemental Briefing on *McGahn*, IT IS HEREBY ORDERED that the Motion is DENIED.

Date: _____                                _____
                                                                         HON. TREVOR N. MCFADDEN
                                                                         United States District Judge