## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON WAYS AND MEANS,
UNITED STATES HOUSE OF
REPRESENTATIVES,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF THE
TREASURY, *et al.*,

*Defendants*,

DONALD J. TRUMP, *et al.*,

*Defendant-Intervenors.*

No. 1:19-cv-01974-TNM

## JOINT STATUS REPORT

Plaintiff Committee on Ways and Means of the U.S. House of Representatives
(Committee), Defendants U.S. Department of the Treasury et al., and Defendant-Intervenors
Donald J. Trump et al. respectfully submit this report in accordance with the Court's Minute
Entry of March 5, 2020.  The parties' respective statements of position are set forth below.

### Plaintiff's Statement of Position

On March 6, the House Committee on the Judiciary filed a petition for rehearing en banc
of the panel's decision in *Committee on the Judiciary v. McGahn*, — F.3d —, No. 19-5331, 2020
WL 1125837 (D.C. Cir. Feb. 28, 2020).  The D.C. Circuit panel held that the Judiciary
Committee lacked Article III standing to seek judicial enforcement of its subpoena to a former
White House Counsel.  The panel sua sponte expedited the time for the Judiciary Committee to
seek rehearing.  *See* Order, *McGahn*, 2020 WL 1125837 (D.C. Cir. Feb. 28, 2020).

If the D.C. Circuit grants rehearing en banc in *McGahn*, the Court's ruling in that case will inform this Court's determination of whether the Committee has Article III standing to pursue its subpoena-enforcement claim in this case.  If the D.C. Circuit denies rehearing en banc in *McGahn*, the Committee seeks an opportunity to brief the effect of *McGahn* on both its subpoena-enforcement claim and its claims pursuant to 26 U.S.C. § 6103(f).  As the Committee has advised the Court, crucial differences exist between the threshold issues presented in *McGahn* and those in this case.  *See* Mot. to Vacate Hr'g and for Suppl. Briefing on *McGahn* at 2 (Mar. 4, 2020), Dkt. 86; Mot. to Lift Stay at 2-4 (Jan. 28, 2020), Dkt. 79.  Regardless of whether the D.C. Circuit grants or denies rehearing en banc, the Committee intends to press forward with its subpoena-enforcement claim and its Section 6103 claims.

### Defendants' and Defendant-Intervenors' Statement of Position

In *Committee on the Judiciary v. McGahn*, No. 19-5331, 2020 WL 1225837 (D.C. Cir. Feb. 28, 2020), the D.C. Circuit held that "[l]awsuits to resolve interbranch informational disputes" do not constitute Article III cases or controversies.  *Id.* at *7.  In light of the D.C. Circuit's holding, which extends to all of the Committee's claims in this lawsuit, Defendants and Defendant-Intervenors respectfully submit that the Court should dismiss this action in its entirety without further briefing.

If the Court is not inclined to dismiss the case at this time, then Defendants and Defendant-Intervenors would not object to the Court's staying this case pending the completion of further proceedings in *McGahn*, provided that any such stay extend through the completion of any Supreme Court proceedings, and not merely the completion of proceedings in the D.C. Circuit.  Should the Court order such a stay, Defendants and Defendant-Intervenors propose that the parties file a further joint status report within seven days of either (a) final action by the

Supreme Court on any petition for certiorari filed in *McGahn*, or (b) if no such petition is filed,

the expiration of the deadline to file such a petition.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
　　*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
　　*Principal Deputy General Counsel*
Megan Barbero (MA Bar No. 668854)
　　*Deputy General Counsel*
Josephine Morse (DC Bar No. 1531317)
　　*Deputy General Counsel*
Adam A. Grogg (DC Bar No. 1552438)
　　*Associate General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Ways and*
　　*Means, U.S. House of Representatives*


JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

*/s/ Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)

3

Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-3358
Fax:         (202) 616-8470
E-mail:      stephen.a.myers@usdoj.gov

*Attorneys for Defendants*


*/s/ William S. Consovoy*
William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor
South PMB #706
Boston, Massachusetts 02109
(617) 227-0548

*Attorneys for Defendant-Intervenors*


March 12, 2020