# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Committee on Ways and Means | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-01974 |
| United States Department of the Treasury | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae, Constitutional Law Scholars    .

Date:    03/17/2020

*Attorney's signature*

Joshua A. Matz (1045064)
*Printed name and bar number*

Kaplan Hecker & Fink LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118

*Address*

jmatz@kaplanhecker.com
*E-mail address*

(212) 763-0883
*Telephone number*

(212) 564-0883
*FAX number*