**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, | |
| *Plaintiff*, | |
| v. | No. 1:19-cv-01974-TNM |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, | |
| *Defendants*, | |
| DONALD J. TRUMP, *et al.*, | |
| *Defendant-Intervenors*. | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion to Lift Stay of the Committee on Ways and Means of the U.S. House of Representatives and any opposition thereto, it is

ORDERED that Plaintiff's Motion to Lift Stay is GRANTED.  It is further

ORDERED that the parties are directed to promptly file cross-motions for summary judgment.

SO ORDERED.


Dated:                                          _____
                                                HON. TREVOR N. McFADDEN, U.S.D.J.