IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | No. 1:19-cv-1974 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Lift Stay, Defendants' and Defendant-Intervenors' opposition to that motion, and the entire record herein, it is hereby:

ORDERED that the motion is DENIED.  This case shall continue to be stayed pending further decision in *Comm. on the Judiciary, U.S. House of Reps. v. McGahn*, No. 19-5331 (D.C. Cir.).

**SO ORDERED.**


Date: _____                                  _____
                                                                               HON. TREVOR N. MCFADDEN
                                                                               United States District Judge