**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMITTEE ON WAYS AND<br>MEANS, UNITED STATES HOUSE<br>OF REPRESENTATIVES,<br><br>   *Plaintiff*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF THE TREASURY, *et al.*<br><br>   *Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>   *Defendant-Intervenors.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 1:19-cv-1974 (TNM)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' AND DEFENDANT-INTERVENORS'
NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants and Defendant-Intervenors respectfully notify the Court of the opinion issued yesterday by the U.S. Court of Appeals for the D.C. Circuit in *Committee on the Judiciary v. McGahn*, No. 19-5331 (D.C. Cir.), concluding that a committee of the House of Representatives lacks a cause of action to enforce its subpoenas against the Executive Branch. A copy of the D.C. Circuit opinion is attached.

Dated: September 1, 2020    Respectfully submitted,

            ETHAN P. DAVIS
            Acting Assistant Attorney General

            DAVID M. MORRELL
            Deputy Assistant Attorney General

            ELIZABETH J. SHAPIRO
            Deputy Director

            JAMES J. GILLIGAN
            Special Litigation Counsel

/s/ *Steven A. Myers*
STEVEN A. MYERS (NY Bar No. 4823043)
SERENA M. ORLOFF (CA Bar No. 260888)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O.  Box 883
Washington, D.C.  20044
Tel: (202) 305-8648
Fax: (202) 305-8470
Email: steven.a.myers@usdoj.gov

*Attorneys for Defendants*


 /s/ *William S. Consovoy*

William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
Steven C. Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor
South PMB #706
Boston, Massachusetts 02109
(617) 227-0548

*Attorneys for Defendant-Intervenors*