IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors*. | No. 1:19-cv-01974-TNM |

**NOTICE AND WITHDRAWAL OF MOTION TO LIFT STAY**

On August 31, 2020, the D.C. Circuit held in *Committee on the Judiciary, U.S. House of Representatives v. McGahn*, No. 19-5331 (D.C. Cir.), that the Judiciary Committee lacked a cause of action to enforce its subpoena to former White House Counsel Donald F. McGahn, II. That decision conflicts with both Supreme Court and D.C. Circuit precedent, and the Judiciary Committee will soon be filing a petition for rehearing *en banc*. In light of these developments, Plaintiff Committee on Ways and Means (Committee) hereby withdraws the Motion to Lift Stay (ECF No. 93) that it filed with this Court on August 14, 2020.

Additionally, at this juncture Plaintiff Committee notifies the Court that it is no longer relying on the July 29, 2019 allegation contained in Exhibit QQ (ECF No. 29-46).

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Megan Barbero (MA Bar No. 668854)
Josephine Morse (D.C. Bar No. 1531317)
Adam A. Grogg (D.C. Bar No. 1552438)
William E. Havemann (VA Bar No. 86)
Jonathan B. Schwartz (D.C. Bar No. 342758)

Office of General Counsel
U.S. House of Representatives
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Ways and Means, United States House of Representatives*

September 4, 2020