IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

COMMITTEE ON WAYS AND MEANS, )
  UNITED STATES HOUSE OF )
  REPRESENTATIVES, )
        *Plaintiff*, )
        v. ) No. 1:19-cv-1974-TNM
UNITED STATES DEPARTMENT OF THE )
  TREASURY, *et al.*, )
        *Defendants*, )
DONALD J. TRUMP, *et al.*, )
        *Defendant-Intervenors.* )
_____)

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that David M. Morrell hereby withdraws his appearance as counsel of record in this case. Mr. Morrell is leaving the Department of Justice on September 11, 2020, and will no longer have responsibility for this case. The agency Defendants will continue to be represented by other counsel of record from the Department of Justice.

Dated: September 11, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

/s/ *David M. Morrell*
David M. Morrell (DC Bar 1013411)
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 353-2793

Fax: (202) 305-8470
Email: David.M.Morrell@usdoj.gov

*Attorneys for Defendants*

2