## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON WAYS AND MEANS,
UNITED STATES HOUSE OF
REPRESENTATIVES,

*Plaintiff,*

v.

UNITED STATES DEPARTMENT OF THE
TREASURY, *et al.*,

*Defendants,*

DONALD J. TRUMP, *et al.*,

*Intervenor-Defendants.*

Case No. 1:19-cv-1974-TNM

### INTERVENOR-DEFENDANTS' MOTION FOR PRO HAC VICE
### ADMISSION OF PATRICK STRAWBRIDGE

I am a member in good standing of the bar of this Court. Per LCvR 83.2(d), I ask the Court

to allow Patrick Strawbridge to appear pro hac vice as counsel for Intervenor-Defendants Donald J.

Trump, The Donald J. Trump Revocable Trust, DJT Holdings LLC, DJT Holdings Managing

Member LLC, DTTM Operations LLC, DTTM Operations Managing Member Corp., LFB

Acquisition Member Corp., LFB Acquisition LLC, and Lamington Farm Club, LLC d/b/a Trump

National Golf Club-Bedminster. Mr. Strawbridge is familiar with this case and this Court's rules. He

meets all the requirements of LCvR 83.2(d), as explained in the attached declaration.

Dated: January 19, 2021

Respectfully submitted,

 */s/ Cameron T. Norris*

Cameron T. Norris (VA083)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for Intervenor-Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br>*Plaintiff*, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, <br><br>*Defendants*, <br><br>DONALD J. TRUMP, *et al.*, <br>*Intervenor-Defendants*. | Case No. 1:19-cv-1974-TNM |

**DECLARATION OF PATRICK STRAWBRIDGE**

1.    My full name is Patrick Strawbridge.

2.    I am an attorney at Consovoy McCarthy PLLC. My office address is Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109. My telephone number is (617) 22-0548.

3.    I am a member of the Maine (admitted October 28, 2004), Connecticut (admitted October 31, 2005), and Massachusetts (admitted July 13, 2010) bars.

4.    I certify that I have not been disciplined by any bar.

5.    Within the last two years, I have been admitted pro hac vice to this Court two times.

6.    I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on January 19, 2021.

*/s/ Patrick Strawbridge*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, <br><br> *Defendants*, <br><br> DONALD J. TRUMP, *et al.*, <br> *Intervenor-Defendants*. | Case No. 1:19-cv-1974-TNM |

**[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANTS' MOTION FOR
PRO HAC VICE ADMISSION OF PATRICK STRAWBRIDGE**

The Court has reviewed Intervenor-Defendants' motion for admission of attorney Patrick

Strawbridge pro hac vice. The motion is **GRANTED**.


_____                                    _____
Date                                                                                         **HON. TREVOR N. MCFADDEN**
                                                                                                   United States District Judge