IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON WAYS AND MEANS,
UNITED STATES HOUSE OF
REPRESENTATIVES,
                          *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF THE
TREASURY, *et al.*,
                          *Defendants*,

DONALD J. TRUMP, *et al.*,
           *Intervenor-Defendants*.

Case No. 1:19-cv-1974-TNM

## DECLARATION OF PATRICK STRAWBRIDGE

1. My full name is Patrick Strawbridge.

2. I am an attorney at Consovoy McCarthy PLLC. My office address is Ten Post Office Square, 8th Floor South PMB #706, Boston, MA 02109. My telephone number is (617) 22-0548.

3. I am a member of the Maine (admitted October 28, 2004), Connecticut (admitted October 31, 2005), and Massachusetts (admitted July 13, 2010) bars.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have been admitted pro hac vice to this Court two times.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

Executed on January 19, 2021.

                                                                                     */s/ Patrick Strawbridge*