# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br>*Intervenor-Defendants*. | Case No. 1:19-cv-1974-TNM |

## [PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANTS' MOTION FOR PRO HAC VICE ADMISSION OF PATRICK STRAWBRIDGE

The Court has reviewed Intervenor-Defendants' motion for admission of attorney Patrick Strawbridge pro hac vice. The motion is **GRANTED**.

_____  
Date

_____  
**HON. TREVOR N. MCFADDEN**  
United States District Judge