AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Comm. on Ways and Means | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-1974-TNM |
| U.S. Dep't of Treasury, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendants Donald J. Trump, et al.

Date: 01/19/2021

/s/ Patrick Strawbridge
*Attorney's signature*

Patrick Strawbridge (ME #10024)
*Printed name and bar number*

Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
*Address*

patrick@consovoymccarthy.com
*E-mail address*

(617) 227-0548
*Telephone number*

*FAX number*