**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants,*<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | No. 1:19-cv-01974-TNM |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Wendy Liu hereby withdraws her appearance as counsel for *amici curiae* Geraldine R. Gennet, Kerry W. Kircher, Irvin B. Nathan, William Pittard, Thomas J. Spulak, and Charles Tiefer in this case. As of January 20, 2021, Wendy Liu will no longer be affiliated with Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP ("Robbins Russell LLP"). *Amici* will continue to be represented by other counsel of record from Robbins Russell LLP.

Dated: January 19, 2021

Respectfully submitted,

/s/ Wendy Liu
Wendy Liu (D.C. Bar No. 1600942)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
2000 K Street, N.W., Fourth Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
wliu@robbinsrussell.com