IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors*. | No.1:19-cv-01974-TNM |

## NOTICE OF WITHDRAWAL OF COUNSEL

I, Josephine Morse, hereby withdraw my appearance as counsel in this case. Defendants will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

*/s/ Josephine Morse*
Josephine Morse (D.C. Bar No. 1531317)

February 4, 2021