IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al*.,<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al*.,<br><br>*Defendant-Intervenors.* | No. 1:19-cv-1974-TNM |

## JOINT STATUS REPORT

Pursuant to the Court's February 3, 2021, Minute Order, the parties respectfully submit the following joint status report.

**Position of the Defendants**

Incoming leadership at the Department of the Treasury and the Department of Justice have been evaluating and discussing Defendants' position in this case. Because the transition to new leadership at both agencies is still ongoing, Defendants require additional time to complete this process.

It is therefore Defendants' view at this time that the parties should file a further status report on April 2, 2021. Defendants would not object in the meantime to a corresponding extension of the Court's January 22 and February 3 Minute Orders requiring 72 hours' notice to counsel for the Defendant-Intervenors before any release of the Defendant-Intervenors' tax-return information to the Committee.

**Position of the Plaintiff**

As the Committee explained during the January 22 status conference (Tr. 4-5), the Committee's request under 26 U.S.C. § 6103(f)(1) that Defendants furnish it with tax "return [and] return information" of former President Trump remains outstanding.  Defendants have not yet complied with their legal obligation to furnish this information to the Committee, which continues to need former President Trump's tax returns and return information to further its ongoing investigation into Internal Revenue Service administration and policy.  The Committee seeks expeditious resolution of this litigation.

The Court noted at the status conference that how this case should proceed will depend on "what the Treasury intends to do; what position it intends to take on some of the issues."  Tr. 18.  On February 3, 2021, this Court granted Defendants' request for twenty-eight days to file the next joint status report.  As Defendants have indicated above, they still have not taken a position on whether they intend to comply with the Committee's pending Section 6103(f)(1) request.  Any further provision of time to Defendants should be limited, given how long the Committee's request has been stymied.

**Position of the Intervenor-Defendants**

The Intervenor-Defendants agree with the Defendants' approach.

Dated:  March 3, 2021

        Respectfully submitted,

        MICHAEL D. GRANSTON
        Deputy Assistant Attorney General

        JOHN R. GRIFFITHS
        Director

        ELIZABETH J. SHAPIRO
        Deputy Director

   /s/ James J. Gilligan
JAMES J. GILLIGAN
Special Litigation Counsel

SERENA M. ORLOFF
STEVEN A. MYERS
CRISTEN C. HANDLEY
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044

Telephone:   (202) 514-3358
Fax:   (202) 616-8470
E-mail:   james.gilligan@usdoj.gov

*Counsel for Defendants*


   /s/ Douglas N. Letter
Douglas N. Letter (DC Bar No. 253492)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Megan Barbero (MA Bar No. 668854)

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Ways and Means, U.S. House of Representatives*


   /s/ William S. Consovoy
William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

3

Patrick Strawbridge (pro hac vice)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor
South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Intervenor-Defendants Donald J. Trump, The Donald J. Trump Revocable Trust, DJT Holdings LLC, DJT Holdings Managing Member LLC, DTTM Operations LLC, DTTM Operations Managing Member Corp, LFB Acquisition Member Corp., LFB Acquisition LLC, and Lamington Farm Club, LLC d/b/a Trump National Golf Club-Bedminster*