IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, <br><br> *Defendants*, <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendant-Intervenors.* | No. 1:19-cv-1974-TNM |

## JOINT STATUS REPORT

Pursuant to the Court's May 3, 2021, Minute Order, the parties respectfully submit the following joint status report.

**Joint Position of the Plaintiff and Defendants**

Plaintiff and Defendants advise the Court that they have had additional communications, and anticipate still further communications, that may inform Defendants' position in this case. Plaintiff and Defendants therefore request that the parties be directed to file a further status report on or before July 2, 2021.

Defendants would not object in the meantime to a corresponding extension of the Court's prior Minute Orders requiring 72 hours' notice to counsel for the Defendant-Intervenors before any release of the Defendant-Intervenors' tax-return information to the Committee.

**Position of the Intervenor-Defendants**

Intervenor-Defendants do not oppose the government's proposal on how to proceed, provided the court leaves in place the existing order allowing for notice and an opportunity to challenge if the government's position changes. Intervenor-Defendants have not yet been included in any of the discussions between Plaintiff and the government.

Dated:  May 28, 2021

                                            Respectfully submitted,

                                            BRIAN D. NETTER
                                            Deputy Assistant Attorney General

                                            JOHN R. GRIFFITHS
                                            Director

                                            ELIZABETH J. SHAPIRO
                                            Deputy Director


                                             */s/ James J. Gilligan*
                                            JAMES J. GILLIGAN
                                            Special Litigation Counsel

                                            SERENA M. ORLOFF
                                            STEVEN A. MYERS
                                            CRISTEN C. HANDLEY
                                            Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            P.O. Box 883
                                            Washington, D.C.  20044

                                            Telephone:   (202) 514-3358
                                            Fax:                (202) 616-8470
                                            E-mail:           james.gilligan@usdoj.gov

                                            *Counsel for Defendants*

    */s/ Douglas N. Letter*
Douglas N. Letter (DC Bar No. 253492)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Megan Barbero (MA Bar No. 668854)

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Ways and Means, U.S. House of Representatives*


*/s / William S. Consovoy*
William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

Patrick Strawbridge (pro hac vice)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor
South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Intervenor-Defendants Donald J. Trump, The Donald J. Trump Revocable Trust, DJT Holdings LLC, DJT Holdings Managing Member LLC, DTTM Operations LLC, DTTM Operations Managing Member Corp, LFB Acquisition Member Corp., LFB Acquisition LLC, and Lamington Farm Club, LLC d/b/a Trump National Golf Club-Bedminster*