IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, | )<br>)<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | )<br>) No. 1:19-cv-1974-TNM |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, | )<br>)<br>) |
| *Defendants*, | )<br>) |
| DONALD J. TRUMP, *et al.*, | )<br>) |
| *Defendant-Intervenors.* | )<br>) |

### JOINT STATUS REPORT

Pursuant to the Court's May 28, 2021, Minute Order, the parties respectfully submit the following joint status report.

**Joint Position of the Plaintiff and Defendants**

Plaintiff and Defendants advise the Court that they have had additional communications regarding a possible resolution of their differences in this matter. Plaintiff and Defendants therefore request that they be directed to file a final status report on or before July 30, 2021, to inform the Court whether a resolution has been reached, and if so, on what terms.

Defendants would not object in the meantime to a corresponding extension of the Court's prior Minute Orders requiring 72 hours' notice to counsel for the Defendant-Intervenors before any release of the Defendant-Intervenors' tax-return information to the Committee.

**Position of the Intervenor-Defendants**

Intervenor-Defendants do not oppose the government's proposal on how to proceed, provided the court leaves in place the existing order allowing for notice and an opportunity to challenge if the government's position changes. Intervenor-Defendants note that they have not yet been included in any of the discussions between Plaintiff and the government, and ask that, if this is going to be the final requested extension, they be included in the discussions at some point before the next status report is submitted so they have adequate time to decide how to proceed.

Dated:  July 2, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ELIZABETH J. SHAPIRO
Deputy Director

 /s/James J. Gilligan
JAMES J. GILLIGAN
Special Litigation Counsel

SERENA M. ORLOFF
STEVEN A. MYERS
CRISTEN C. HANDLEY
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044

Telephone:   (202) 514-3358
Fax:              (202) 616-8470
E-mail:         james.gilligan@usdoj.gov

*Counsel for Defendants*

    /s/ Douglas N. Letter
Douglas N. Letter (DC Bar No. 253492)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Megan Barbero (MA Bar No. 668854)

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Ways and Means, U.S. House of Representatives*


/s / William S. Consovoy
William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

Patrick Strawbridge (pro hac vice)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor
South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Intervenor-Defendants Donald J. Trump, The Donald J. Trump Revocable Trust, DJT Holdings LLC, DJT Holdings Managing Member LLC, DTTM Operations LLC, DTTM Operations Managing Member Corp, LFB Acquisition Member Corp., LFB Acquisition LLC, and Lamington Farm Club, LLC d/b/a Trump National Golf Club-Bedminster*

3