IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors*. | No. 1:19-cv-01974-TNM |

## NOTICE OF WITHDRAWAL OF COUNSEL

I, Megan Barbero, hereby withdraw my appearance as counsel in this case. Plaintiff will continue to be represented by the other attorneys who have entered appearances in this case.

Respectfully submitted,

*/s/ Megan Barbero*
Megan Barbero (MA Bar No. 668854)
   *Deputy General Counsel*

Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Megan.Barbero@mail.house.gov

July 9, 2021