IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br>*Plaintiff*, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, <br><br>*Defendants*, <br><br>DONALD J. TRUMP, *et al.*, <br><br>*Defendant-Intervenors.* | No. 1:19-cv-1974-TNM |

## NOTICE OF ERRATA

The parties' Joint Status Report filed on July 30, 2021, inadvertently referred on page one to the House of Representatives Committee on Ways and Means as the House of Representatives Committee on Oversight and Reform. The attached corrected Joint Status Report rectifies that error.

Dated: July 31, 2021

                                                                                            Respectfully submitted,

                                                                                            BRIAN D. NETTER
                                                                                            Deputy Assistant Attorney General

                                                                                            JOHN R. GRIFFITHS
                                                                                            Director

                                                                                            ELIZABETH J. SHAPIRO
                                                                                            Deputy Director

    */s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

SERENA M. ORLOFF
STEVEN A. MYERS
CRISTEN C. HANDLEY
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone:   (202) 514-3358
Fax:   (202) 616-8470
E-mail:   james.gilligan@usdoj.gov

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al*.,<br><br>*Defendants*,<br><br>DONALD J. TRUMP, *et al*.,<br><br>*Defendant-Intervenors*. | No. 1:19-cv-1974-TNM |

**JOINT STATUS REPORT (CORRECTED)**

Pursuant to the Court's July 3, 2021, Minute Order, the parties respectfully submit the following joint status report.

On June 16, 2021, the Chairman of the House of Representatives Committee on Ways and Means (the "Committee") sent correspondence to the Secretary of the Treasury (the "Secretary") making a renewed request, pursuant to 26 U.S.C. § 6103(f)(1), for the individual tax returns of former President Donald J. Trump, and the returns of eight of his businesses, for the tax years 2015-2020.  The request also seeks IRS audit histories and work papers associated with each return.  The Chairman's request is attached hereto as Exhibit A.

The Department of the Treasury ("Treasury") asked for the views of the Department of Justice Office of Legal Counsel ("OLC") as to whether the Secretary must furnish the requested returns and return information to the Committee.  Today OLC has issued an opinion concluding that the information requested by the Committee is related to and would further legitimate

legislative objectives of the Congress, and therefore, under the terms of section 6103(f)(1), Treasury must furnish the requested information to the Committee. A copy of OLC's opinion is attached hereto as Exhibit B. Treasury intends, therefore, to comply with the Committee's renewed request, in accordance with the conclusions reached by OLC.

In light of the foregoing developments, the parties wish to confer on an orderly schedule that would afford the Defendant-Intervenors a reasonable opportunity to raise and to litigate such grounds as they may have against disclosure of the requested tax-return information, but that also respects the Committee's interest in timely production of the return information it seeks.

**Position of the Plaintiff**

Plaintiff respectfully requests that the Court direct the parties to file a status report on or before August 4, 2021, setting forth proposals for expedited proceedings in this case, including proposals for expedited briefing on possible motion(s) for summary judgment. Plaintiff submits that expedited briefing and consideration by the Court are warranted due to the length of time that the Chairman's request for the Defendant-Intervenors' tax returns has been pending. Plaintiff does not object to Treasury's forbearance from production to the Committee of the requested tax-return information pending the Court's action on a schedule for expedited submission, briefing, and resolution by this Court of any claims the Defendant-Intervenors wish to raise.

Plaintiff further requests that the Court allow to expire on August 3, 2021, its Minute Order allowing 72 hours' notice to counsel for the Defendant-Intervenors before any release of the Defendant-Intervenors' tax returns to the Committee. Plaintiff submits that a further extension of that requirement is unnecessary in light of the agreed upon forbearance from production of the tax returns pending the Court's action on a schedule.

**Joint Position of the Defendants and Defendant-Intervenors**

Treasury is prepared to forbear from production to the Committee of the requested tax-return information pending a suitable schedule for expedited submission, briefing, and resolution by this Court of any claims the Defendant-Intervenors wish to raise.

Defendants and Defendant-Intervenors therefore request that the Court direct them to file a status report on or before August 4, 2021, in which the parties are to propose an agreed-upon schedule for further proceedings in this matter, or, if the parties are unable to come such an agreement, to submit their respective proposals for further litigation of the case.

Defendants would not object in the meantime to an order requiring 72 hours' notice to counsel for the Defendant-Intervenors before any release to the Committee of the tax-return information requested in the Committee's June 16, 2021, correspondence.

Dated: July 30, 2021

        Respectfully submitted,

        BRIAN D. NETTER
        Deputy Assistant Attorney General

        JOHN R. GRIFFITHS
        Director

        ELIZABETH J. SHAPIRO
        Deputy Director

        */s/ James J. Gilligan*
        JAMES J. GILLIGAN
        Special Litigation Counsel

SERENA M. ORLOFF
STEVEN A. MYERS
CRISTEN C. HANDLEY
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:     (202) 514-3358
Fax:               (202) 616-8470
E-mail:          james.gilligan@usdoj.gov

*Counsel for Defendants*

 /s/ Douglas N. Letter
Douglas N. Letter (DC Bar No. 253492)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Stacie M. Fahsel (D.C. Bar. No. 1034314)

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515

Telephone: (202) 225-9700
douglas.letter@mail.house.gov

*Counsel for Plaintiff Committee on Ways and Means, U.S. House of Representatives*

William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

4

    */s/ Patrick Strawbridge*
Patrick Strawbridge (pro hac vice)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor
South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Intervenor-Defendants Donald J. Trump, The Donald J. Trump Revocable Trust, DJT Holdings LLC, DJT Holdings Managing Member LLC, DTTM Operations LLC, DTTM Operations Managing Member Corp, LFB Acquisition Member Corp., LFB Acquisition LLC, and Lamington Farm Club, LLC d/b/a Trump National Golf Club-Bedminster*