IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>  *Plaintiff–Counterdefendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; JANET YELLEN, in her official capacity as Secretary of the United States Department of the Treasury; and CHARLES P. RETTIG, in his official capacity as Commissioner of the Internal Revenue Service,<br>  *Defendants–Crossdefendants*,<br><br>and<br><br>DONALD J. TRUMP; THE DONALD J. TRUMP REVOCABLE TRUST; DJT HOLDINGS LLC; DJT HOLDINGS MANAGING MEMBER LLC; DTTM OPERATIONS LLC; DTTM OPERATIONS MANAGING MEMBER CORP.; LFB ACQUISITION MEMBER CORP.; LFB ACQUISITION LLC; and LAMINGTON FARM CLUB, LLC d/b/a TRUMP NATIONAL GOLF CLUB-BEDMINSTER<br>  *Intervenors–Counterclaimants–Crossclaimants.* | No. 1:19-cv-1974-TNM |

## NOTICE OF APPEARANCE FOR SETH P. WAXMAN

To the Clerk of this Court and all parties of record:

  PLEASE TAKE NOTICE that the undersigned will now appear in this action on behalf of Plaintiff-Counterdefendant, Committee on Ways and Means.

The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: August 5, 2021

Respectfully submitted,

/s/ Seth P. Waxman
Seth P. Waxman (D.C. Bar No. 257337)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
kelly.dunbar@wilmerhale.com

*Counsel for Plaintiff-Counterdefendant, Committee on Ways and Means*