IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>    *Plaintiff–Counterdefendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; JANET YELLEN, in her official capacity as Secretary of the United States Department of the Treasury; and CHARLES P. RETTIG, in his official capacity as Commissioner of the Internal Revenue Service,<br>    *Defendants–Crossdefendants*,<br><br>and<br><br>DONALD J. TRUMP; THE DONALD J. TRUMP REVOCABLE TRUST; DJT HOLDINGS LLC; DJT HOLDINGS MANAGING MEMBER LLC; DTTM OPERATIONS LLC; DTTM OPERATIONS MANAGING MEMBER CORP.; LFB ACQUISITION MEMBER CORP.; LFB ACQUISITION LLC; and LAMINGTON FARM CLUB, LLC d/b/a TRUMP NATIONAL GOLF CLUB-BEDMINSTER<br>    *Intervenors–Counterclaimants– Crossclaimants.* | No. 1:19-cv-1974-TNM |

## NOTICE OF APPEARANCE FOR KELLY P. DUNBAR

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned will now appear in this action on behalf of Plaintiff–Counterdefendant, Committee on Ways and Means.

The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: August 5, 2021

Respectfully submitted,

/s/ Kelly P. Dunbar
Kelly P. Dunbar (D.C. Bar No. 500038)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
kelly.dunbar@wilmerhale.com

*Counsel for Plaintiff-Counterdefendant, Committee on Ways and Means*