IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-1974 (TNM)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please take notice that Elizabeth J. Shapiro hereby enters her appearance in the above-captioned matter as counsel of record for the Executive Branch defendants. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated: August 6, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO (D.C. Bar 418925)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12100
Washington, D.C. 20530
Tel: (202) 514-5302
Fax: (202) 616-8470
Email: elizabeth.shapiro@usdoj.gov
*Attorneys for Defendants*