# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-1974 (TNM)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that Julia A. Heiman hereby enters her appearance in the above-captioned matter as counsel of record for the Executive Branch defendants. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated: August 9, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

/s/ *Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar 986228)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 616-8470
Email: julia.heiman@usdoj.gov
*Attorneys for Defendants*