# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff–Counterdefendant*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, ET AL., <br><br> *Defendants–Crossdefendants*, <br><br> DONALD J. TRUMP, ET AL., <br><br> *Intervenors– Counterclaimants– Crossclaimants*. | Case No. 19-cv-01974-TNM |

## NOTICE OF APPEARANCE FOR ANDRES C. SALINAS

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned will now appear in this action on behalf of Plaintiff-Counterdefendant, Committee on Ways and Means.

The undersigned hereby certifies that he is admitted to practice in this Court.


Dated:  September 9, 2021

/s/ Andres C. Salinas
Andres C. Salinas (D.C. Bar No. 156118)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
andres.salinas@wilmerhale.com