IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff–Counterdefendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,<br><br>*Defendants–Crossdefendants*,<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Intervenors–Counterclaimants–Crossclaimants*. | Case No. 19-cv-01974-TNM |

## [PROPOSED] ORDER

Upon consideration of Plaintiff-Counterdefendant's motion to dismiss, the opposition to the motion, the reply in support of the motion, and any oral argument concerning the motion, it is HEREBY ORDERED that the motion is GRANTED, and that all counterclaims are DISMISSED.

IT IS FURTHER ORDERED that Defendants-Crossdefendants may comply immediately with Plaintiff's request for information under 26 U.S.C. § 6103(f).

SO ORDERED.


Dated: _____          _____
                                        Hon. Trevor N. McFadden
                                        United States District Judge