IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS & MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    *Plaintiff, Counter-Defendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et. al.*,<br><br>    *Defendants, Cross-Defendants*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Intervenor-Defendants, Counter-Claimants, Cross-Claimants.* | No. 1:19-cv-1974 (TNM) |

## CROSS-DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Cross-Defendants U.S. Department of the Treasury, the Internal Revenue Service, Secretary of the Treasury Janet Yellen, and Internal Revenue Commissioner Charles P. Rettig respectfully move the Court to dismiss the cross-claims asserted in the above-captioned action by Intervenor-Defendants. The grounds for this motion are set forth in the accompanying memorandum of points and authorities. A proposed order is submitted herewith.

Dated: September 9, 2021

                                                  Respectfully submitted,

                                                  BRIAN D. NETTER
                                                  Deputy Assistant Attorney General

                                                  JOHN R. GRIFFITHS
                                                  Director

                                                  ELIZABETH J. SHAPIRO
                                                  Deputy Director

        */s/ James J. Gilligan*
JAMES J. GILLIGAN
Special Litigation Counsel

SERENA M. ORLOFF
STEVEN A. MYERS
CRISTEN C. HANDLEY
JULIA A. HEIMAN
Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:	(202) 514-3358
Fax:	(202) 616-8470
E-mail:	james.gilligan@usdoj.gov

*Counsel for Defendants, Cross-Defendants*