IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, *Plaintiff, Counter-Defendant* v. UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* *Defendants, Cross-Defendants*, v. DONALD J. TRUMP, *et al.*, *Intervenor-Defendants, Counter-Claimants, Cross-Claimants.* | No. 1:19-cv-1974 (TNM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Cross-Defendants' Motion to Dismiss, the memorandum in support thereof, the opposition thereto, any reply in support of the Motion, and the entire record herein, it is hereby ORDERED

That Cross-Defendants' Motion to Dismiss is GRANTED and Intervenor-Defendants' cross-claims are DISMISSED.

**IT IS SO ORDERED.**

Date: _____

_____
HON. TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE