IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>   *Plaintiff–Counterdefendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,<br><br>   *Defendants–Crossdefendants*,<br><br>DONALD J. TRUMP, ET AL.,<br><br>   *Intervenors–Counterclaimants–Crossclaimants*. | Case No. 19-cv-01974-TNM<br><br>**MOTION FOR ADMISSION OF KATHERINE V. KELSH** *PRO HAC VICE* |

**MOTION FOR ADMISSION OF KATHERINE V. KELSH *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), David M. Lehn, a member of the bar of this Court and counsel for the Committee on Ways and Means of the United States House of Representatives, hereby moves that Katherine V. Kelsh be granted leave to appear and practice *pro hac vice* in these proceedings on behalf of the Committee on Ways and Means of the United States House of Representatives.

In support of this motion, Movant states as follows:

1. Ms. Kelsh's full name is Katherine Virginia Kelsh.

2. Ms. Kelsh is a licensed attorney practicing in the Boston office of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109, telephone number 617-526-6000.

3. Ms. Kelsh is a member in good standing of the bars of the state of Massachusetts and the state of California, as well as the bars of the following federal courts:

- U.S. District Court for the Northern District of California;
- U.S. Court of Appeals for the Ninth Circuit.

4. Ms. Kelsh has not been disciplined by any bar and there are no pending disciplinary proceedings against her in any bar.  She is not currently disbarred in any court, and she has not been denied admission to the courts of any state or any court of the United States.

5. Ms. Kelsh has not been previously admitted to practice in this Court *pro hac vice*.

6. A declaration signed by Ms. Kelsh, certifying the foregoing information, is annexed hereto.

WHEREFORE, Mr. Lehn requests that Katherine V. Kelsh be granted leave to appear and practice *pro hac vice* on behalf of the Committee on Ways and Means of the United States House of Representatives in the above-captioned matter.

Dated: September 10, 2021               Respectfully submitted,

*/s/ David M. Lehn*

David M. Lehn (D.C. Bar No. 496847)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
david.lehn@wilmerhale.com
*Counsel for the Committee on Ways and Means of the United States House of Representatives*