IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>   *Plaintiff–Counterdefendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,<br><br>   *Defendants–Crossdefendants*,<br><br>DONALD J. TRUMP, ET AL.,<br><br>   *Intervenors–Counterclaimants–Crossclaimants*. | Case No. 19-cv-01974-TNM<br><br>**DECLARATION OF KATHERINE V. KELSH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

**DECLARATION OF KATHERINE V. KELSH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Katherine V. Kelsh, hereby declare pursuant to Local Civil Rule 83.2(d):

1. My full name, office address, and telephone number are as follows:

   Katherine Virginia Kelsh
   WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street,
   Boston, MA 02109,
   Tel: 617-526-6000

2. I have been admitted to the following Bars and Courts:

   State Bar of California (2019);

   State Bar of Massachusetts (2021);

U.S. Court of Appeals for the Ninth Circuit (2020); and

U.S. District Court for the Northern District of California (2021).

3. I am currently in good standing with all States, Bars, and Courts in which I am admitted and have not been disciplined by any bar.

4. I have not previously been admitted *pro hac vice* in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 10, 2021

Respectfully submitted,

*/s/ Katherine V. Kelsh*

Katherine V. Kelsh (MA Bar No. 707359)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street,
Boston, MA 02109,
Tel: 617-526-6000
katie.kelsh@wilmerhale.com