IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    *Plaintiff–Counterdefendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,<br><br>    *Defendants–Crossdefendants*,<br><br>DONALD J. TRUMP, ET AL.,<br><br>    *Intervenors–Counterclaimants–Crossclaimants*. | Case No. 19-cv-01974-TNM |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY KATHERINE V. KELSH *PRO HAC VICE***

This Court has reviewed the Plaintiff-Counterdefendant's Motion for Admission of Attorney Katherine V. Kelsh *Pro Hac Vice*. Upon consideration of that motion, the Court grants Katherine V. Kelsh *pro hac vice* admission to this Court.

SO ORDERED.

Dated: _____                                             _____

                                                                                                                                                               Judge Trevor N. McFadden