IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Committee on Ways and Means, United States House of Representatives,<br><br>*Plaintiff–Counter-Defendant*,<br><br>v.<br><br>United States Department of the Treasury, *et al.*,<br><br>*Defendants–Cross-Defendants*,<br><br>v.<br><br>Donald J. Trump, *et al.*,<br><br>*Intervenors–Counter-Claimants, Cross-Claimants*. | Case No. 1:19-cv-1974 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of the motion of Constitutional Accountability Center for leave to file an *amicus curiae* brief in support of Counter-Defendant's and Cross-Defendants' motions to dismiss, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____

_____
Trevor N. McFadden
United States District Judge