# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff–Counterdefendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,<br><br>*Defendants–Crossdefendants*,<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Intervenors–Counterclaimants–Crossclaimants*. | Case No. 19-cv-01974-TNM |

## NOTICE OF APPEARANCE FOR KATHERINE V. KELSH

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned will now appear in this action on behalf of Plaintiff-Counterdefendant, Committee on Ways and Means.

The undersigned hereby certifies that she is admitted pro hac vice in this action.

Dated: September 15, 2021

/s/ Katherine V. Kelsh
Katherine V. Kelsh (MA Bar No. 707359)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
 (617) 526-6000
katie.kelsh@wilmerhale.com