IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants,*<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendant-Intervenors.* | No. 1:19-cv-01974-TNM |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that David H. Smith hereby withdraws his appearance as counsel for *amici curiae* Geraldine R. Gennet, Kerry W. Kircher, Irvin B. Nathan, William Pittard, Thomas J. Spulak, and Charles Tiefer in this case. As of October 2, 2021, David H. Smith is no longer affiliated with Robbins, Russell, Englert, Orseck & Untereiner LLP ("Robbins Russell LLP"). *Amici* will continue to be represented by other counsel of record from Robbins Russell LLP.

Dated: October 4, 2021

Respectfully submitted,

/s/ David H. Smith
David H. Smith (D.C. Bar No. 1035055)
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
2000 K Street, N.W., Fourth Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
hsmith@robbinsrussell.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 4, 2021, I will electronically file the foregoing Notice of Withdrawal of Counsel with the United States District Court for the District of Columbia using the CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ David H. Smith
David H. Smith