IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TOREN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE FEDERAL REPUBLIC OF GERMANY, )<br>)<br>Defendant. )<br>) | No. 16-cv-01885 (RJL) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that D. Hunter Smith hereby withdraws his appearance as counsel for David Toren in the above-captioned case. As of October 2, 2021, D. Hunter Smith is no longer affiliated with Robbins, Russell, Englert, Orseck & Untereiner LLP ("Robbins Russell"). Robbins Russell attorneys Gary Orseck, Ariel Lavinbuk and Anna Deffebach will continue to represent Mr. Toren in this case.

Respectfully submitted,

/s/ D. Hunter Smith
   D. Hunter Smith (D.C. Bar. No. 1035055)
ROBBINS, RUSSELL, ENGLERT,
   ORSECK & UNTEREINER LLP
2000 K Street, NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
hsmith@robbinsrussell.com

Dated: October 4, 2021

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 4, 2021, I will electronically file the foregoing Notice of Withdrawal of Counsel with the United States District Court for the District of Columbia using the CM/ECF system. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ D. Hunter Smith
D. Hunter Smith