# EXHIBIT A

| RICHARD E. NEAL, MASSACHUSETTS, CHAIRMAN | **Congress of the United States** | KEVIN BRADY, TEXAS, RANKING MEMBER |
|---|---|---|
| JOHN LEWIS, GEORGIA<br>LLOYD DOGGETT, TEXAS<br>MIKE THOMPSON, CALIFORNIA<br>JOHN B. LARSON, CONNECTICUT<br>EARL BLUMENAUER, OREGON<br>RON KIND, WISCONSIN<br>BILL PASCRELL JR., NEW JERSEY<br>DANNY K. DAVIS, ILLINOIS<br>LINDA T. SÁNCHEZ, CALIFORNIA<br>BRIAN HIGGINS, NEW YORK<br>TERRI A. SEWELL, ALABAMA<br>SUZAN DELBENE, WASHINGTON<br>JUDY CHU, CALIFORNIA<br>GWEN MOORE, WISCONSIN<br>DAN KILDEE, MICHIGAN<br>BRENDAN BOYLE, PENNSYLVANIA<br>DON BEYER, VIRGINIA<br>DWIGHT EVANS, PENNSYLVANIA<br>BRAD SCHNEIDER, ILLINOIS<br>TOM SUOZZI, NEW YORK<br>JIMMY PANETTA, CALIFORNIA<br>STEPHANIE MURPHY, FLORIDA<br>JIMMY GOMEZ, CALIFORNIA<br>STEVEN HORSFORD, NEVADA<br><br>BRANDON CASEY,<br>MAJORITY STAFF DIRECTOR | **U.S. House of Representatives**<br>COMMITTEE ON WAYS AND MEANS<br>1102 LONGWORTH HOUSE OFFICE BUILDING<br>(202) 225–3625<br>**Washington, DC 20515–0348**<br>http://waysandmeans.house.gov | DEVIN NUNES, CALIFORNIA<br>VERN BUCHANAN, FLORIDA<br>ADRIAN SMITH, NEBRASKA<br>KENNY MARCHANT, TEXAS<br>TOM REED, NEW YORK<br>MIKE KELLY, PENNSYLVANIA<br>GEORGE HOLDING, NORTH CAROLINA<br>JASON SMITH, MISSOURI<br>TOM RICE, SOUTH CAROLINA<br>DAVID SCHWEIKERT, ARIZONA<br>JACKIE WALORSKI, INDIANA<br>DARIN LAHOOD, ILLINOIS<br>BRAD R. WENSTRUP, OHIO<br>JODEY ARRINGTON, TEXAS<br>DREW FERGUSON, GEORGIA<br>RON ESTES, KANSAS<br><br>GARY ANDRES,<br>MINORITY STAFF DIRECTOR |

April 3, 2019

The Honorable Charles P. Rettig
Commissioner
Internal Revenue Service
1111 Constitution Avenue, NW
Washington, D.C. 20224

Dear Commissioner Rettig:

    The Committee on Ways and Means ("Committee") has oversight and legislative authority over our Federal tax laws. With this authority comes a responsibility to ensure that the Internal Revenue Service ("IRS") is enforcing the laws in a fair and impartial manner.

    Consistent with its authority, the Committee is considering legislative proposals and conducting oversight related to our Federal tax laws, including, but not limited to, the extent to which the IRS audits and enforces the Federal tax laws against a President. Under the Internal Revenue Manual, individual income tax returns of a President are subject to mandatory examination, but this practice is IRS policy and not codified in the Federal tax laws. It is necessary for the Committee to determine the scope of any such examination and whether it includes a review of underlying business activities required to be reported on the individual income tax return.

    Pursuant to my authority under Internal Revenue Code section 6103(f), for each of the tax years 2013 through 2018, I request the following return and return information:

1. The Federal individual income tax returns of Donald J. Trump.

2. For each Federal individual income tax return requested above, a statement specifying: (a) whether such return is or was ever under any type of examination or audit; (b) the length of such examination or audit; (c) the applicable statute of limitations on such examination or audit; (d) the issue(s) under examination or audit; (e) the reason(s) the return was selected for examination or audit; and (f) the present status of such examination or audit (to include the date and description of the most recent return or return information activity).

3. All administrative files (workpapers, affidavits, etc.) for each Federal individual income tax return requested above.

4. The Federal income tax returns of the following entities:

   - The Donald J. Trump Revocable Trust;
   - DJT Holdings LLC;
   - DJT Holdings Managing Member LLC;
   - DTTM Operations LLC;
   - DTTM Operations Managing Member Corp;
   - LFB Acquisition Member Corp;
   - LFB Acquisition LLC; and
   - Lamington Farm Club, LLC d/b/a Trump National Golf Club—Bedminster.

5. For each Federal income tax return of each entity listed above, a statement specifying: (a) whether such return is or was ever under any type of examination or audit; (b) the length of such examination or audit; (c) the applicable statute of limitations on such examination or audit; (d) the issue(s) under examination or audit; (e) the reason(s) the return was selected for examination or audit; and (f) the present status of such examination or audit (to include the date and description of the most recent return or return information activity).

6. All administrative files (workpapers, affidavits, etc.) for each Federal income tax return of each entity listed above.

7. If no return was filed for the tax year requested, a statement that the entity or individual did not file a return for such tax year.

This document is a record of the Committee and is entrusted to the IRS only for use in handling this matter. Additionally, any documents created by the IRS in connection with a response to this Committee document, including (but not limited to) any replies to the Committee, are records of the Committee and shall be segregated from agency records and remain subject to the control of the Committee. Accordingly, the aforementioned documents are not "agency records" for purposes of the Freedom of Information Act. Absent explicit Committee authorization, access to this document and any responsive documents shall be limited to IRS personnel who need such access for the purpose of providing information or assistance to the Committee.

Please provide the requested return and return information by April 10, 2019. Thank you for your prompt attention to this matter.

Sincerely,

The Honorable Richard E. Neal, *Chairman*