IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff-Counterdefendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*<br><br>*Defendants-Crossdefendants*,<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Intervenor-Defendants-Counterclaimants-CrossClaimants*. | No. 1:19-cv-1974 (TNM) |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Local Rule 7(e), Defendants and Crossdefendants United States Department of the Treasury, *et al.*, respectfully move for leave to file a consolidated Memorandum of Law in support of their Motion to Dismiss Amended Cross-Claims at a length of up to 55 pages. Good cause exists for such relief, as follows:

1. On August 9, 2021, the Court entered a schedule for Defendants' and Counterdefendant's anticipated motions to dismiss cross-claims and counter-claims asserted by Intervenor-Defendants (the "Trump parties") in the Trump parties' consolidated answer, cross-claims, and counteclaims of August 4, 2021, ECF No. 113 (the "original" cross-claims and counter-claims).

2. On September 9, 2021, Defendants and Counterdefendant moved to dismiss the original cross-claims and counter-claims. *See* ECF Nos. 123, 124.

3. The Trump parties did not file oppositions to Defendants' and Counterdefendant's motions to dismiss but instead, on September 28, 2021, filed an amended consolidated answer, cross-

claims, and counterclaims, ECF No. 129 (the "amended" cross-claims and counter-claims). The same day, the Court entered a minute order denying Defendants' and Counterdefendant's previous motions to dismiss as moot and directing Defendants and Counterdefendant to file any new motions to dismiss no later than October 12, 2021.

4. The Trump parties' amended pleading spans 84 pages and is more than twice the length of the original pleading. The amended pleading also adds two additional cross-claims, thus now asserting a total of eight cross-claims against Defendants, presenting a range of constitutional and statutory issues. Many of these eight cross-claims implicate important institutional principles on which Defendants and Counterdefendant—representing separate branches of the Federal Government—do not necessarily possess identical views, even though they agree on the application of those principles here. Indeed, the Court has observed that "[t]his case presents novel and complex questions about the privileges and authority of all three branches of the federal government." ECF No. 38 at 3.

5. Defendants have worked diligently to present their legal arguments to the Court as concisely as possible, and to avoid redundancies with the Counterdefendant's arguments while presenting their separate perspective. For example, only Defendants address the Trump parties' amended cross-claims nos. 5-8. But in light of the number of issues raised by the Trump parties, their importance to the Executive Branch, and the limited opportunity, under an abbreviated schedule, for Defendants and Counterdefendant to coordinate, Defendants believe that an additional 10 pages beyond the limit set in Local Rule 7 is necessary in order to present the Executive Branch's unique views regarding the issues presented, and will best enable Defendants to assist the Court in resolving those issues.

6. Pursuant to Local Rule 7(m), counsel for Defendants conferred with counsel for the Trump parties and the Counterdefendant. Counterdefendant consents to this motion and the Trump parties do not oppose it.

Dated:  October 12, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ELIZABETH J. SHAPIRO
Deputy Director

  /s/ James J. Gilligan
JAMES J. GILLIGAN
Special Litigation Counsel

SERENA M. ORLOFF
STEVEN A. MYERS
CRISTEN C. HANDLEY
JULIA A. HEIMAN
Attorneys

U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3358
Fax:  (202) 616-8470
E-mail:  james.gilligan@usdoj.gov

*Counsel for Defendants, Cross-Defendants*