**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) |
| *Plaintiff-Counterdefendant* | ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* | ) No. 1:19-cv-1974 (TNM) ) ) |
| *Defendants-Crossdefendants*, | ) ) |
| DONALD J. TRUMP, *et al.*, | ) ) |
| *Intervenor-defendants-Counterclaimants-Crossclaimants.* | ) ) ) ) |

---

## [PROPOSED] ORDER

UPON CONSIDERATION of Cross-Defendants' Unopposed Motion for Leave to Exceed Page Limit, and the entire record herein, it is hereby ORDERED

That the Motion is GRANTED. Cross-Defendants may file a memorandum of law in support of their motion to dismiss amended cross-claims at a length of up to 55 pages.

**IT IS SO ORDERED.**

Date: _____            _____

HON. TREVOR N. MCFADDEN
United States District Judge