**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMITTEE ON WAYS & MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff-Counterdefendant*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, *et. al.*, <br><br> *Defendants-Crossdefendants*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Intervenor-defendants-Counter-claimants-Crossclaimants.* | No. 1:19-cv-1974 (TNM) |

## CROSS-DEFENDANTS' MOTION TO DISMISS AMENDED CROSS-CLAIMS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Cross-Defendants U.S. Department of the Treasury, the Internal Revenue Service, Secretary of the Treasury Janet Yellen, and Internal Revenue Commissioner Charles P. Rettig respectfully move the Court to dismiss the amended cross-claims asserted in the above-captioned action by Intervenor-Defendants. The grounds for this motion are set forth in the accompanying memorandum of points and authorities in support of the motion. A proposed order is submitted herewith.

October 12, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ELIZABETH J. SHAPIRO
Deputy Director

_/s/ James J. Gilligan_
JAMES J. GILLIGAN
Special Litigation Counsel

SERENA M. ORLOFF
STEVEN A. MYERS
CRISTEN C. HANDLEY
JULIA A. HEIMAN
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:       (202) 514-3358
Fax:             (202) 616-8470
E-mail:          james.gilligan@usdoj.gov