# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, *Plaintiff-Counterdefendant* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, *et al.* *Defendants-Crossdefendants*, <br><br> DONALD J. TRUMP, *et al.*, *Intervenor-defendants-Counterclaimants-Crossclaimants.* | No. 1:19-cv-1974 (TNM) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Cross-Defendants' Motion to Dismiss Amended Cross-Claims, the memorandum in support, the opposition thereto, any reply in support of the motion, and the entire record herein, it is hereby ORDERED

That Cross-Defendants' Motion to Dismiss Amended Cross-Claims is GRANTED, and Intervenor-Defendants' amended cross-claims, ECF No. 129, are DISMISSED.

**IT IS SO ORDERED.**

Date: _____                          _____
                                                HON. TREVOR N. MCFADDEN
                                                United States District Judge