**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Committee on Ways and Means, United States
House of Representatives,

      *Plaintiff–Counterdefendant*,

    v.

United States Department of the Treasury, *et al.*,

      *Defendants–Crossdefendants*,

Donald J. Trump, *et al.*,

      *Intervenors–Counterclaimants–
Cross-Claimants*.

Case No. 1:19-cv-1974 (TNM)

**[PROPOSED] ORDER**

Upon consideration of the motion of Constitutional Accountability Center for leave to file

an *amicus curiae* brief in support of Counterdefendant's and Crossdefendants' motions to

dismiss, it is hereby

ORDERED that the motion is GRANTED.

Dated: _____

                            _____
                            Trevor N. McFadden
                            United States District Judge