IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENT- ATIVES,<br><br>　　　　　Plaintiff–Counterdefendant,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; et al.,<br>　　　　　Defendants–Crossdefendants,<br><br>and<br><br>DONALD J. TRUMP; et al.,<br>　　　　　Intervenors–Counterclaimants–<br>　　　　　　　　　Crossclaimants. | No. 1:19-cv-1974-TNM |

**UNOPPOSED MOTION TO FILE A CONSOLIDATED OPPOSITION
OF NO MORE THAN 90 PAGES TO THE MOTIONS TO DISMISS**

Intervenors respectfully ask to file a consolidated opposition, of no more than 90 pages, to the two motions to dismiss. Intervenors have good cause for this relief:

1.　The Committee and the Government each filed a motion to dismiss Intervenors' amended counterclaims and cross-claims. This Court's Rules allow briefs in support of motions to be 45 pages long. *See* LCvR 7(e). The Committee's brief is 43 pages long, even though it addresses only half of Intervenors' claims. *See* Doc. 133. The Government's brief is 55 pages long (after receiving a page extension from this Court). *See* Doc. 135-1. Needless to say, Intervenors have a lot to respond to.

2.　This Court's rules allow Intervenors to file two 45-page oppositions, one for each motion. *See* LCvR 7. A combined brief of no more than 90 pages thus could not prejudice the other parties.

1

3. Given the overlapping nature of some of the arguments, a consolidated brief would be more efficient and readable.

4. Intervenors conferred with the other parties about this motion. The Committee consents to this relief, and the Government does not oppose it.

Respectfully submitted,

Dated: October 21, 2021

 /s/ Patrick Strawbridge
Patrick Strawbridge (pro hac vice)
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor
South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

William S. Consovoy (D.C. Bar #493423)
Cameron T. Norris
James P. McGlone*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com
jim@consovoymccarthy.com

*Barred in MA, but not yet VA.
Work supervised by principals of the firm.

**CERTIFICATE OF SERVICE**

I filed this motion with the Court via ECF, which will email everyone requiring notice.

Dated: October 21, 2021                 /s/ Patrick Strawbridge