IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>　　　　Plaintiff–Counterdefendant,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; et al.,<br>　　　　Defendants–Crossdefendants,<br><br>and<br><br>DONALD J. TRUMP; et al.,<br>　　　　Intervenors–Counterclaimants–Crossclaimants. | No. 1:19-cv-1974-TNM |

**[PROPOSED] ORDER**

Intervenors' unopposed motion to file a combined opposition, of no more than 90 pages, to the motions to dismiss is **GRANTED**.

Date: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. TREVOR MCFADDEN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1