IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>   Plaintiff–Counterdefendant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; et al.,<br>   Defendants–Crossdefendants,<br><br>and<br><br>DONALD J. TRUMP; et al.,<br>   Intervenors–Counterclaimants–Crossclaimants. | No. 1:19-cv-1974-TNM |

**UNOPPOSED MOTION TO EXTEND DEADLINES
FOR BRIEFING ON MOTIONS TO DISMISS**

  Intervenors respectfully request that this Court extend the current deadlines for briefing on the pending motions to dismiss. Intervenors have good cause for this relief:

  1. The Committee and the Government each filed a motion to dismiss Intervenors' amended counterclaims and cross-claims on October 12.

  2. Under the Court's scheduling order of September 28, Intervenors have until Tuesday, October 26, to file their consolidated opposition brief and the movants have until Tuesday, November 2, to file their replies.

  3. In light of the Court's order today rescheduling the hearing on the pending motions to November 16, the many issues presented by the motions to dismiss, and the press of other business, Intervenors propose that their consolidated opposition be filed by Friday, October 29, and that the movants' reply briefs be filed by Tuesday, November 9.

1

4.      Intervenors conferred with the other parties about this motion. The Committee and the Government do not oppose an extension of the opposition to October 29 on the condition that they have until November 9 to file their replies.

                                                          Respectfully submitted,

Dated: October 25, 2021                      */s/ Patrick Strawbridge*
                                                    Patrick Strawbridge (pro hac vice)
                                                    Consovoy McCarthy PLLC
                                                    Ten Post Office Square, 8th Floor
                                                    South PMB #706
                                                    Boston, MA 02109
                                                    (617) 227-0548
                                                    patrick@consovoymccarthy.com

                                                    William S. Consovoy (D.C. Bar #493423)
                                                    Cameron T. Norris
                                                    James P. McGlone*
                                                    Consovoy McCarthy PLLC
                                                    1600 Wilson Boulevard, Suite 700
                                                    Arlington, VA 22209
                                                    (703) 243-9423
                                                    will@consovoymccarthy.com
                                                    cam@consovoymccarthy.com
                                                    jim@consovoymccarthy.com

                                                    *Barred in MA, but not yet VA.
                                                    Work supervised by principals of the firm.

## CERTIFICATE OF SERVICE

I filed this motion with the Court via ECF, which will email everyone requiring notice.

Dated: October 25, 2021                                      */s/ Patrick Strawbridge*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>   Plaintiff–Counterdefendant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; et al.,<br>   Defendants–Crossdefendants,<br><br>and<br><br>DONALD J. TRUMP; et al.,<br>   Intervenors–Counterclaimants–Crossclaimants. | No. 1:19-cv-1974-TNM |

**[PROPOSED] ORDER**

  Intervenors' unopposed motion to extend the briefing schedule on the pending motions to dismiss is **GRANTED**. Intervenors' combined opposition is due by October 29, 2021, and the other parties' reply briefs are due by November 9, 2021.

Date: _____          _____
                          HON. TREVOR MCFADDEN
                          United States District Judge