IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS & MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff, Counter-Defendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et. al.*,<br><br>*Defendants, Cross-Defendants*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Intervenor-Defendants, Counter-Claimants, Cross-Claimants.* | No. 1:19-cv-1974 (TNM) |

**CROSS-DEFENDANTS' UNOPPOSED MOTION FOR A
TWO-DAY EXTENSION OF TIME TO FILE THEIR REPLY**

Cross-Defendants U.S. Department of the Treasury, the Internal Revenue Service, Secretary of the Treasury Janet Yellen, and Internal Revenue Commissioner Charles P. Rettig respectfully request a two-day extension of time to submit their reply in support of their motion to dismiss the cross-claims asserted in the above-captioned action by Intervenor-Defendants, ECF No. 135. Cross-Defendants' reply is currently due on November 2, 2021. *See* Minute Order (Sept. 28, 2021); Minute Order (Oct. 25, 2021).

Cross-Defendants seek this extension with great reluctance. As explained herein, Cross-Defendants' request is necessitated by the sudden unavailability of the long-time principal team member who had been responsible for drafting their arguments regarding the key issues of legitimate legislative purpose and the application of *Trump v. Mazars USA, LLP*, 140 S. Ct. 2019 (2020). That team member is unable to assist in preparing the reply because her three year old daughter has tested positive for COVID-19, and her full attention is required to care for her daughter and her five year

1

old son, who is now at risk of infection. The two-day extension that Cross-Defendants seek would allow other team members to become sufficiently familiar with the key issues for which she had been responsible to prepare Cross-Defendants' reply.

The same team that is responsible for drafting Cross-Defendants' reply had been responsible for preparing the Executive Branch's response to a motion for a preliminary injunction in *Trump v. Thompson*, No. 1:21-cv-2769 (TSC), a case in which the former President is challenging the disclosure of Presidential records to the Select Committee to Investigate the January 6th Attack on the United States Capitol. From October 19, 2021 until the early morning of October 30, 2021, when they filed their opposition to that preliminary injunction motion, the team had to focus fully on preparing that submission. The team had planned to spend the weekend of October 30–31, 2021 drafting their reply in the instant case. However, on the evening of October 29, 2021, counsel's three year old daughter tested positive for COVID-19. As a result, a key member of the Cross-Defendants' team is unavailable to work on their submission.

Cross-Defendants seek the brief extension requested herein not to allow them to prepare an over-length submission, but only to permit remaining counsel on the case to adequately familiarize themselves with the arguments for which that team member had had primary responsibility. Cross-Defendants intend to submit the 25-page reply provided for by Local Civil Rule 7(e), but request the two-day extension sought herein to allow them to do so.

Consistent with Local Civil Rule 7(m) Cross-Defendants conferred with the other parties in this case regarding the requested extension. Counter-Defendants and Intervenor-Defendants indicated that they do not oppose the relief sought herein.

For the reasons explained herein, Cross-Defendants respectfully request that the Court extend the deadline for the submission of their reply from November 2, 2021 until November 4, 2021.

Dated:  Oct. 30, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ELIZABETH J. SHAPIRO
Deputy Director


 /s/ Julia A. Heiman
JAMES J. GILLIGAN
Special Litigation Counsel
SERENA M. ORLOFF
STEVEN A. MYERS
CRISTEN C. HANDLEY
JULIA A. HEIMAN
Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:    (202) 616-8480
Fax:               (202) 616-8470
E-mail:           julia.heiman@usdoj.gov

*Counsel for Defendants, Cross-Defendants*