**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| COMMITTEE ON WAYS & MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, | ) ) ) ) | |
| *Plaintiff, Counter-Defendant*, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et. al.*, | ) ) ) | No. 1:19-cv-1974 (TNM) |
| *Defendants, Cross-Defendants*, | ) ) | |
| v. | ) ) | |
| DONALD J. TRUMP, *et al.*, | ) ) ) | |
| *Intervenor-Defendants, Counter-Claimants, Cross-Claimants.* | ) ) ) ) | |

**[PROPOSED] ORDER**

The Court having considered the Cross-Defendants' Unopposed Motion for a Two-Day Extension of Time to File Their Reply,

IT IS HEREBY ORDERED THAT the Cross-Defendants' motion is GRANTED.  Cross-Defendants shall have until November 4, 2021, to submit their reply in support of their motion to dismiss the cross-claims asserted by Intervenor-Defendants

So ORDERED this _____ day of _____, 2021.

_____
HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE