IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, *Plaintiff-Counterdefendant*, v. UNITED STATES DEPARTMENT OF THE TREASURY, *et al. Defendants-Crossdefendants*, DONALD J. TRUMP, *et al.*, *Intervenor-Defendants-Counterclaimants-CrossClaimants.* | No. 1:19-cv-1974 (TNM) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

I, Serena M. Orloff, hereby withdraw my appearance as counsel in this case. The United States will continue to be represented by other attorneys at the Department of Justice who have entered appearances in this case.

Dated:  November 10, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director

ELIZABETH J. SHAPIRO
Deputy Director

JAMES J. GILLIGAN
Special Litigation Counsel

 */s/ Serena M. Orloff*
SERENA M. ORLOFF

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0167
Fax: (202) 616-8470
E-mail: serena.m.orloff@usdoj.gov

*Counsel for Defendants, Cross-Defendants*