IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES<br><br>*Plaintiff–Counterdefendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,<br><br>*Defendants–Crossdefendants,*<br><br>DONALD J. TRUMP, ET AL.,<br><br>*Intervenors–Counterclaimants–Crossclaimants.* | Case No. 19-cv-01974-TNM |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff–Counterdefendant Committee on Ways and Means of the United States House of Representatives respectfully notifies this Court of the recent decision, attached as Exhibit A, in *Trump v. Thompson, et al.*, No. 21-cv-2769 (D.D.C.), *appeal pending*, No 21-5254 (D.C. Cir.). There, the court rejected a challenge by former President Trump to a request by the House Select Committee to Investigate the January 6th Attack on the United States Capitol seeking certain records from the National Archives and Records Administration pursuant to the Presidential Records Act. In analyzing whether a Congressional request serves a valid legislative purpose, the court stated that it "must be highly deferential to the legislative branch," and that "it is not

this court's role to decide whether Congress is motivated to aid legislation or exact political retribution; rather, the key factor is whether there is some discernable legislative purpose." Slip. Op. 26.  Moreover, the court held that Mr. Trump's "status as a former President, and the fact that the legislative and executive branches agree that the records should be produced, reduces the import of the … test" applied in *Trump v. Mazars USA, LLP*, 140 S. Ct. 2019 (2020).  Slip. Op. 33.

November 13, 2021

Respectfully submitted,

/s/ Douglas N. Letter

SETH P. WAXMAN (D.C. Bar No. 257337)
KELLY P. DUNBAR (D.C. Bar No. 500038)
DAVID M. LEHN (D.C. Bar No. 496847)
ANDRES C. SALINAS (D.C. Bar No. 156118)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000
seth.waxman@wilmerhale.com

KATHERINE V. KELSH (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

DOUGLAS N. LETTER (D.C. Bar No. 253492)
    *General Counsel*
TODD B. TATELMAN (VA Bar No. 66008)
ERIC R. COLUMBUS (D.C. Bar No. 487736)
STACIE M. FAHSEL (D.C. Bar. No. 1034314)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, DC  20515
(202) 225-9700
douglas.letter@mail.house.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2021, I filed this document with the Court via ECF, which will electronically notify all counsel of record.

/s/ Douglas N. Letter
Douglas N. Letter
