UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMITTEE ON WAYS AND MEANS, U.S. HOUSE OF REPRESENTATIVES**,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF THE TREASURY**, *et al.*,<br><br>Defendants,<br><br>**DONALD J. TRUMP**, *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:19-cv-01974 (TNM) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion and upon consideration of the law and the briefs and arguments of the parties, it is hereby

**ORDERED** that Counterdefendant's [133] Motion to Dismiss is GRANTED.  It is also

**ORDERED** that Cross-Defendants' [135] Motion to Dismiss is GRANTED, and the Amended Counterclaims and Cross-claims are dismissed.

**SO ORDERED**.

This is a final, appealable Order.  The Clerk of Court is requested to close this case.

Dated: December 14, 2021

TREVOR N. McFADDEN
United States District Judge