UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMITTEE ON WAYS AND MEANS, U.S. HOUSE OF REPRESENTATIVES**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF THE TREASURY**, *et al.*, <br><br> Defendants, <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> Defendant-Intervenors. | Case No. 1:19-cv-01974 (TNM) |

## ORDER

The Court has granted the motions to dismiss the operative pleading in this case. Under Fed. R. Civ. P. 62(c)(1), the Court hereby STAYS execution of that judgment for 14 days. This will allow the parties to confer regarding next steps in this litigation and the effect of those steps on Intervenors' tax documents. If they do not reach a mutually agreeable schedule, Intervenors may seek interim relief with the Court of Appeals. The Court directs the Executive Branch Defendants not to disclose any of Intervenors' tax documents during this 14-day period. *See* Nov. 16, 2021 Hr'g Tr. at 118.

**SO ORDERED**.

Dated: December 14, 2021

TREVOR N. McFADDEN
United States District Judge