IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br>　　　　Plaintiff-Counterdefendant,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; et al.,<br>　　　　Defendants-Crossdefendants,<br><br>and<br><br>DONALD J. TRUMP; et al.,<br>　　　　Intervenors-Counterclaimants-Crossclaimants. | No. 1:19-cv-1974-TNM |

**NOTICE OF APPEAL**

Intervenors (Donald J. Trump; The Donald J. Trump Revocable Trust; DJT Holdings LLC; DJT Holdings Managing Member LLC; DTTM Operations LLC; DTTM Operations Managing Member Corp.; LFB Acquisition Member Corp.; LFB Acquisition LLC; Lamington Farm Club, LLC d/b/a Trump National Golf Club-Bedminster) hereby appeal to the U.S. Court of Appeals for the D.C. Circuit this Court's memorandum opinion and order dated December 14, 2021. *See* Docs. 148; 149.

1

Respectfully submitted,

Dated: December 14, 2021     /s/ Patrick Strawbridge
                            Patrick Strawbridge (pro hac vice)
                            CONSOVOY MCCARTHY PLLC
                            Ten Post Office Square, 8th Floor
                            South PMB #706
                            Boston, MA 02109
                            (617) 227-0548
                            patrick@consovoymccarthy.com

                            William S. Consovoy (D.C. Bar #493423)
                            Cameron T. Norris
                            James P. McGlone*
                            CONSOVOY MCCARTHY PLLC
                            1600 Wilson Boulevard, Suite 700
                            Arlington, VA 22209
                            (703) 243-9423
                            will@consovoymccarthy.com
                            cam@consovoymccarthy.com
                            jim@consovoymccarthy.com

                            *Barred in MA, but not yet VA.
                            Work supervised by principals of the firm.

## CERTIFICATE OF SERVICE

I filed this notice of appeal with the Court via ECF, which will email everyone requiring notice.

Dated: December 14, 2021          /s/ Patrick Strawbridge