UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMITTEE ON WAYS AND MEANS, U.S. HOUSE OF REPRESENTATIVES**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF THE TREASURY**, *et al.*, <br><br> Defendants, <br><br> **DONALD J. TRUMP**, *et al.*, <br><br> Defendant-Intervenors. | Case No. 1:19-cv-01974 (TNM) |

## ORDER

On December 14, 2021, the Court granted the motions to dismiss Intervenors' operative pleading in this case. *See* Order, ECF No. 149.  Intervenors have appealed that ruling to the D.C. Circuit.  *See* Notice of Appeal, ECF No. 151.  Intervenors now ask the Court to stay its ruling pending that expedited appeal.  *See* Emergency Motion, ECF No. 154.  The Federal Parties do not oppose Intervenors' motion.  *See id.* at 2.

The Court considers four factors for a stay pending appeal: (1) the likelihood that the movant will prevail on the merits; (2) the chance of irreparable injury to the movant absent a stay; (3) the possibility that a stay would substantially harm other parties; and (4) the public interest in a stay.  *See Wash. Metro. Area Transit Auth. v. Holiday Tours, Inc.*, 559 F.2d 841, 843 (D.C. Cir. 1977).  Upon consideration of these factors and recognizing that the absence of a stay could result in the mooting of the case, the Court finds that a stay is appropriate.

For these reasons, it is hereby

**ORDERED** that Intervenors' [154] Emergency Motion to Continue is GRANTED. The Court STAYS its judgment pending Intervenors' appeal to the D.C. Circuit.

**SO ORDERED**.

Dated: December 20, 2021                                      TREVOR N. McFADDEN
                                                              United States District Judge