## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS & MEANS, UNITED STATES HOUSE OF REPRESENTATIVES, *Plaintiff-Counterdefendant*, v. UNITED STATES DEPARTMENT OF THE TREASURY, *et. al.*, *Defendants-Crossdefendants*, v. DONALD J. TRUMP, *et al.*, *Intervenor-Defendants-Counterclaimants-Crossclaimants.* | No. 1:19-cv-1974 (TNM) |

# ORDER

This matter is before the Court on Defendants' Unopposed Motion for Clarification of the Court's December 14 and 20, 2021, Stay Orders. Plaintiff-Counterdefendant Committee on Ways and Means of the United States House of Representatives (the "Committee") consents to Defendants' motion. Intervenors Donald J. Trump, *et al.*, take no position on the motion. Upon consideration of Defendants' submissions in support of their motion,

IT IS HEREBY ORDERED THAT:

1. Defendants' motion is hereby GRANTED.

2. The Court hereby clarifies that its December 14 and 20, 2021, stay orders (ECF Nos. 150 and 155), which together prohibit Defendants from "disclos[ing] any of Intervenors' tax documents" "pending Intervenors' appeal to the D.C. Circuit," apply (i) only to disclosures of the Intervenors' tax information to the Committee, and (ii) only to disclosures of the Intervenors' tax

information that the Committee seeks in its June 16, 2021, request to Defendants made pursuant to 26 U.S.C. § 6103(f) (ECF No. 111, Exh. A).

So ORDERED this 12th day of April, 2022.

HON. TREVOR N. McFADDEN<br>
UNITED STATES DISTRICT JUDGE