IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>　　　　*Plaintiff–Counterdefendant*,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,<br><br>　　　　*Defendants–Crossdefendants*,<br><br>DONALD J. TRUMP, ET AL.,<br><br>　　　　*Intervenors–Counterclaimants–Crossclaimants*. | Case No. 19-cv-01974-TNM |

## NOTICE OF WITHDRAWAL

Katherine Kelsh of Wilmer Cutler Pickering Hale and Dorr LLP is departing the law firm as of June 1, 2022 and hereby gives notice of withdrawal as counsel for Plaintiff-Counterdefendant, Committee on Ways and Means. Plaintiff-Counterdefendant's other counsel of record will continue to represent it in this case.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: May 31, 2022　　　　　　　　　　　/s/ *Katherine V. Kelsh*
　　　　　　　　　　　　　　　　　　　　　Katherine V. Kelsh (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　WILMER CUTLER PICKERING
　　　　　　　　　　　　　　　　　　　　　　HALE AND DORR LLP
　　　　　　　　　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　 (617) 526-6000
　　　　　　　　　　　　　　　　　　　　　katie.kelsh@wilmerhale.com