IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      *Plaintiff–Counterdefendant*,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, et al.,<br><br>      *Defendants–Crossdefendants*,<br><br>DONALD J. TRUMP, et al.,<br><br>      *Intervenors–Counterclaimants–Crossclaimants*. | No. 1:19-cv-01974-TNM |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.6(b), I, Stacie M. Fahsel, currently listed as counsel for Plaintiff–Counterdefendant the Committee on Ways and Means of the United States House of Representatives in the above-captioned case, withdraw my appearance as counsel. I am leaving my position in the Office of General Counsel. Please remove my name from the case docket and the electronic filing system. The Plaintiff–Counterdefendant will continue to be represented by the other attorneys who have entered appearances in this matter.

                                                Respectfully submitted,

                                                */s/ Stacie M. Fahsel*
                                                Stacie M. Fahsel (D.C. Bar No. 1034314)
                                                  *Associate General Counsel*

                                                Office of General Counsel
                                                U.S. House of Representatives
                                                5140 O'Neill House Office Building
                                                Washington, D.C. 20515

(202) 225-9700<br>Stacie.Fahsel@mail.house.gov

July 29, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I caused the foregoing Notice of Withdrawal as Counsel to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Stacie M. Fahsel*
Stacie M. Fahsel