IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMITTEE ON WAYS & MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>*Plaintiff-Counterdefendant*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et. al.*,<br><br>*Defendants-Crossdefendants*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Intervenor-Defendants-Counterclaimants-Crossclaimants*. | No. 1:19-cv-1974 (TNM) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

I, Steven A. Myers, hereby withdraw my appearance as counsel. Defendants will continue to be represented by the other attorneys at the Department of Justice who have entered appearances in this case.

Dated:  October 21, 2022

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Steven A. Myers*
STEVEN A. MYERS
Senior Trial Counsel (NY Bar No. 4823043)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, DC 20005
Tel: (202) 305-8648
E-mail: steven.a.myers@usdoj.gov

*Counsel for Defendants*