# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5289**  **September Term, 2022**

**1:19-cv-01974-TNM**

**Filed On: November 22, 2022** [1974789]

Committee on Ways and Means, United States House of Representatives,

      Appellee

   v.

United States Department of the Treasury, et al.,

      Appellees

Donald J. Trump, et al.,

      Appellants

## M A N D A T E

In accordance with the judgment of August 9, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                 **FOR THE COURT:**
                 Mark J. Langer, Clerk

           BY:   /s/
                 Daniel J. Reidy
                 Deputy Clerk

Link to the judgment filed August 9, 2022