# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5289**  **September Term, 2021**
FILED ON: AUGUST 9, 2022

COMMITTEE ON WAYS AND MEANS, UNITED STATES HOUSE OF REPRESENTATIVES,
    APPELLEE

v.

UNITED STATES DEPARTMENT OF THE TREASURY, ET AL.,
    APPELLEES

DONALD J. TRUMP, ET AL.,
    APPELLANTS

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-01974)

---

Before: HENDERSON and WILKINS, *Circuit Judges*, and SENTELLE, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:    /s/

    Daniel J. Reidy
    Deputy Clerk

Date: August 9, 2022

Opinion for the court filed by Senior Circuit Judge Sentelle.
Opinion concurring in part and concurring in the judgment filed by Circuit Judge Henderson.